Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Tel: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC<br><br>*Plaintiff,*<br><br>SONY MOBILE COMMUNICATIONS (USA) INC.,<br><br>*Defendant.* | Case No. 3:15-cv-00234 – EDL<br><br>**DUSTIN LO'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

**DUSTIN LO'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO STAY**                                              *3:15-cv-00234-EDL*

I, Dustin Lo, declare as follows:

1. I am an attorney at the law firm of Shore Chan DePumpo LLP. Of counsel for Rothschild Storage Retrieval Innovations, LLC ("RSRI"). I am a member in good standing of the State Bar of Texas. This Declaration is being submitted in support of Plaintiff's Response in Opposition to Defendant Sony Mobile Communications (USA) Inc.'s Motion to Stay Pending *Inter Partes* Review.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Initial Disclosures served on Defendant on November 3, 2014.

3. Attached as Exhibit B is a true and correct copy of Defendant's Initial Disclosures served on RSRI on November 3, 2014.

4. Attached as Exhibit C is a true and correct copy of Defendant's First Set of Interrogatories served on RSRI on November 10, 2014.

5. Attached as Exhibit D is a true and correct copy of Defendant's First Requests for Production served on RSRI on November 10, 2014.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's First Set of Interrogatories served on Defendant on November 11, 2014.

7. Attached as Exhibit F is a true and correct copy of Plaintiff's First Set of Requests for Production served on Defendant on November 11, 2014.

8. Attached as Exhibit G is a true and correct copy of Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories served on December 17, 2014.

9. Attached as Exhibit H is a true and correct copy of Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production served on December 17, 2014.

10. Attached as Exhibit I is a true and correct copy of Defendant's Objection and Answers to Plaintiff's First Set of Interrogatories served on December 18, 2014.

11. Attached as Exhibit J is a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production served on December 18, 2014.

12. Attached as Exhibit K is a true and correct copy of a December 18, 2014 letter, enclosing a cd containing Defendant's document production.

13. Attached as Exhibit L is a true and correct copy of Plaintiff's Amended Set of Interrogatories served on December 31, 2014.

14. Attached as Exhibit M is a true and correct copy of Plaintiff's Amended Set of Requests for Production served on December 31, 2014.

15. Attached as Exhibit N is a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Amended Set of Interrogatories served on January 7, 2015.

16. Attached as Exhibit O is a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Amended Set of Requests for Production served on January 7, 2015.

17. Attached as Exhibit P is a true and correct copy of Plaintiff's Amended Objections and Responses to Defendant's First Set of Interrogatories served on January 15, 2015.

18. Attached as Exhibit Q is a true and correct copy of Plaintiff's Amended Objections and Responses to Defendant's First Set of Requests for Production served on January 15, 2015.

19. Attached as Exhibit R is a true and correct copy of the USPTO document entitled, "AIA Progress (as of March 5, 2015)," available at

http://www.uspto.gov/sites/default/files/documents/030515_aia_stat_graph.pdf.

20. Attached as Exhibit S is a true and correct copy of a screen capture of the webpage article entitled "USPTO Judge Says Successful IPR Cases Potentially Problematic," available at http://www.law360.com/articles/634558/uspto-judge-says-too-many-patents-invalidated-under-aia.

21. Attached as Exhibit T is a true and correct copy of the USPTO document entitled "*Inter Partes* Review Petitions Terminated to Date (As of 1/15/2015)," available at http://www.uspto.gov/sites/default/files/documents/inter_partes_review_petitions_terminated_to_date%2001%2015%202015.pdf.

22. Attached as Exhibit U is a true and correct copy of the USPTO document entitled "AIA Statistics," available at http://www.uspto.gov/patent/laws-and-regulations/america-invents-act-aia/aia-statistics.

Dated: April 6, 2015

_____
Dustin Lo

**DUSTIN LO'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO STAY**    3    *3:15-cv-00234-EDL*