# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14–22652–CIV–BLOOM

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC,

    Plaintiff,

vs.

SONY MOBILE COMMUNICATIONS (USA) INC.

    Defendant.

_____/

**INITIAL DISCLOSURES OF SONY MOBILE COMMUNICATIONS (USA) INC.**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Sony Mobile Communications (USA) Inc. ("Sony Mobile") serves the following initial disclosures:

**(i)** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

**1.**    **Shane Ahern**

    1151 Compass Lane, Apt. 207
    Foster City, California 94404

Mr. Ahern is a former researcher at the University of California, Berkeley, and has knowledge of prior art to the '797 patent.

**2.**    **Marc Davis**

    444 Mississippi Street
    San Francisco, CA 94107

Mr. Davis is a former researcher at the University of California, Berkeley, and has knowledge of prior art to the '797 patent.

3. **Magnus Hilding**

   Sony Mobile
   c/o Richard L. Wynne, Jr.
   Thompson & Knight LLP
   1722 Routh Street, Suite 1500
   Dallas, Texas 75201
   214.969.1700

Mr. Hilding has knowledge of the development and implementation of the camera and photo album applications used by Sony Mobile's Xperia handsets.

4. **Phillipe Kahn**

   777 Hudson Lane
   Aptos, California 95003

Mr. Kahn is the founder of LightSurf Technologies and has knowledge of prior art to the '797 patent.

5. **Francisco Lazardi**

   Sony Mobile
   c/o Richard L. Wynne, Jr.
   Thompson & Knight LLP
   1722 Routh Street, Suite 1500
   Dallas, Texas 75201
   214.969.1700

Mr. Lazardi has knowledge of Sony Mobile's facilities and accounting information.

6. **Stephen Lee**

   Sony Mobile
   c/o Richard L. Wynne, Jr.
   Thompson & Knight LLP
   1722 Routh Street, Suite 1500
   Dallas, Texas 75201
   214.969.1700

Mr. Lee has knowledge of how Sony Mobile's Xperia smartphones operate within a network.

**7.   Sony Mobile**
     **Representative**

   c/o Richard L. Wynne, Jr.
   Thompson & Knight LLP
   1722 Routh Street, Suite 1500
   Dallas, Texas 75201
   214.969.1700

Sony Mobile will supplement its disclosures and identify persons with knowledge relating to the operation, use, marketing and sales of the accused products.

**8.   Rothschild Storage Retrieval Innovations, LLC**
     **Plaintiff**

   Corporate Representative
   Michael Diaz, Jr.
   Diaz Reus & Targ, LLP
   100 Southeast Second Street
   3400 Miami Tower
   Miami, Florida 33131

Plaintiff has knowledge of the patent at issue in this case and its prosecution, as well as licensing efforts for the patent and marking of products allegedly covered by the patent.

> **(ii)   A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Sony Mobile identifies the following documents, data compilations, and tangible things, by category and location, that Sony Mobile may use to support its claims and defenses, except documents to be used solely for impeachment:

Copies of the patent-in-suit — In possession of Sony Mobile's counsel in Dallas, Texas

File histories of the patent-in-suit — In possession of Sony Mobile's counsel in Dallas, Texas

File histories of patents and patent applications that are related to the patent-in-suit — in possession of Plaintiff

– 3 –

Documents relating to the invalidity of the patent-in-suit — In possession of Sony Mobile's counsel in Dallas, Texas

Documents relating to the unenforceability of the patent-in-suit — In possession of Sony Mobile's counsel in Dallas, Texas

User manuals for accused products sold by Sony Mobile — San Mateo, California; Atlanta, Georgia, and Lund, Sweden, among others

Documents relating to the non-infringement defense for accused products manufactured by Sony Mobile — San Mateo, California and Lund, Sweden, among others

Prior art documents relevant to the patent-in-suit — In possession of Sony Mobile's counsel in Dallas, Texas

**(iii)  A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Sony Mobile seeks attorneys' fees under 35 U.S. C. § 285.  Discovery is ongoing and Sony Mobile will supplement its disclosures with a computation of each category of damages claimed.

**(iv)  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Sony Mobile has not identified any documents that fall within the scope of this category of documents.

| | |
|---|---|
| Dated November 3, 2014 | Respectfully submitted, |

/s/ Janet T. Munn
Janet T. Munn, Esq., Fla. Bar No. 501281
Email: jmunn@rascoklock.com

RASCO KLOCK, ET AL.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

AND

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr., Esq.*
Email: richard.wynne@tklaw.com
Adrienne E. Dominguez, Esq.*
Email: adrienne.dominguez@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Telecopy: 214.969.1751
* *Admitted Pro Hac Vice*

ATTORNEYS FOR DEFENDANT
SONY MOBILE COMMUNICATIONS (USA) INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2014, I served the foregoing document on all counsel of record or pro se parties identified below by electronic mail:

Michael Diaz , Jr.
Diaz Reus & Targ LLP
3400 Miami Tower
100 SE 2nd Street Suite 3400
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
Email: mdiaz@diazreus.com

Xingjian Zhao
Diaz Reus & Targ LLP
100 Southeast 2nd Street
Suite 3400
Miami, FL 33131
(914) 330-3359
Email: xzhao@diazreus.com

Brant Collin Hadaway
Diaz Reus & Targ, P.A.
100 S.E. 2nd Street
Miami Tower 3400
Miami, FL 33131
305 -375-9220
Fax: 305-375-8050
Email: bhadaway@diazreus.com

*Attorneys for Plaintiff*
*Rothschild Storage Retrieval Innovations, LLC*

                                                                By: /s/ Richard L. Wynne, Jr.
                                                                     Richard L. Wynne, Jr., Esq.