# EXHIBIT G

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 14-22652-CIV-BLOOM/VALLE

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC,
            Plaintiff,

vs.

SONY MOBILE COMMUNICATIONS (USA) INC.
            Defendant.

_____/

## PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S
## FIRST SET OF INTERROGATORIES

Plaintiff Rothschild Storage Retrieval Innovations, LLC, ("Plaintiff" and/or "RSRI") serves the following Objections and Responses to Defendant Sony Mobile Communications (USA) Inc.'s ("Defendant" and/or "Sony") First Set of Interrogatories.

## GENERAL OBJECTIONS AND QUALIFICATIONS

Plaintiff objects to each of the interrogatories on the following grounds. Each of these general objections are incorporated into Plaintiff's objections to each individual interrogatory.

1.       In connection with the interrogatories, Plaintiff does not intend to waive, and shall not be construed as having waived, the attorney client privilege, the work product doctrine, common interest privilege, joint defense privilege, the trade secret or proprietary information privilege, or any other applicable privilege or immunity. Any inadvertent disclosure thereof shall not be deemed a waiver of any such privilege or protection in whole or in part. Plaintiff reserves its right to recall any such disclosure.

2.       Plaintiff objects to these interrogatories to the extent they seek disclosure of

information already provided in discovery in another form.

3.      Plaintiff objects to these interrogatories to the extent they prematurely call for expert testimony or conclusions by experts in advance of the deadline for expert reports as prescribed by FED. R. CIV. P. 26 and/or the Court's Scheduling Order in this matter.

4.      Plaintiff objects to Definition 1 to the extent it incorporates attorneys and thus implicates the attorney-client privilege, work-product exemption, and/or any other applicable statutory or common law privilege. Plaintiff further objects to Definition 1 as requiring legal conclusions and as unduly burdensome and overbroad as including "predecessors-in-interest or successors-in-interest."

5.      Plaintiff objects to Instruction 1 to the extent it incorporates attorneys and thus implicates the attorney-client privilege, work-product exemption, and/or any other applicable statutory or common law privilege. Plaintiff further objects to Instruction 1 as requiring legal conclusions and as unduly burdensome and overbroad as including "predecessors or successors in interest." Plaintiff further objects to Instruction 1 as modifying the definition of possession, custody, or control applicable pursuant to the Federal Rules of Civil Procedure and interpreting case law.

6.      Plaintiff objects to Instruction 2 to the extent it incorporates attorneys and thus implicates the attorney-client privilege, work-product exemption, and/or any other applicable statutory or common law privilege.

7.      Because fact and expert discovery are still ongoing, Plaintiff explicitly reserves the right to supplement these answers.

## SPECIFIC OBJECTIONS AND RESPONSES

Subject to its General Objections, which are incorporated into each response below as if fully set forth therein, Plaintiff specifically objects and responds as follows:

**INTERROGATORY NO. 1:**        Identify, with specificity, the manner in which you contend Sony Mobile has infringed any claim of the '797 Patent, including:

(a)        Each claim of each Patent-in-Suit that is allegedly infringed by Sony Mobile ("Asserted Claims"), including whether the alleged infringement is literal infringement or infringement under the doctrine of equivalents;

(b)        Separately for each Asserted Claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of Sony Mobile of which You are aware. This identification shall be as specific as possible. Each product, device, and apparatus must be identified by name or model number, if known. Each method or process must be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process; and

(c)        In a chart, specifically where each element of each Asserted Claim is found within each Accused Instrumentality.

**ANSWER:**

RSRI objects to this Interrogatory to the extent it contains multiple discrete subparts. RSRI will respond to this Interrogatory as counting for three separate interrogatories. RSRI further objects to this Interrogatory to the extent it calls for legal conclusions. RSRI further objects to this Interrogatory to the extent it seeks to require RSRI to marshal all of its available proof or the proof RSRI intends to offer at trial. RSRI objects to this Interrogatory as a premature contention interrogatory that cannot be fully answered until after discovery has been completed.

RSRI further objects to this Interrogatory to the extent it is premature and seeks production of expert discovery in advance of deadlines provided by the Court's Scheduling Order. Subject to the foregoing objections, RSRI responds as follows:

Sony has directly infringed, literally and/or under the doctrine of equivalents, and will continue to directly infringe claims 1, 5, 8, 9, 13, and 16 of the '797 patent (the "Asserted Claims") by making, using, selling, offering to sell, and/or importing into the United states products that embody or practice the apparatus and/or method covered by the Asserted Claims, including but not limited to Sony's Xperia Z3 LTE, Xperia Z3 Compact, Xperia Z3, Xperia T3, Xperia M dual, Xperia M2, Xperia M2 LTE, Xperia M2 Dual, Xperia Z1 Compact, Xperia Z1 LTE, Xperia Z1S, Xperia TL, Xperia acro S, Xperia L, Xperia Z 4G LTE, Xperia P, Xperia ZR, Xperia E dual, Xperia SP, Xperia Z – unlocked, Xperia Advance, and Xperia ZL ("Accused Products"). Sony has actively induced and continues to induce infringement of the '797 patent since at least its date of notice via service of the Original Complaint on July 16, 2014. Attached hereto and incorporated fully herein as Exhibit A is a chart specifically detailing where each element of each Asserted Claim is found within the Accused Products.

**INTERROGATORY NO. 2:**       For each Asserted Claim, identify the earliest date of invention, including:

(a)      The priority date to which the Asserted Claim is entitled, for any Patent-in-Suit that claims priority to an earlier application; and

(b)      Whether RSRI wishes to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention. If so, identify, separately for each Asserted Claim, each such apparatus, product, device, process, method, act, or other instrumentality that incorporates or

reflects that particular claim.

**ANSWER:**

RSRI objects to this Interrogatory to the extent it contains multiple discrete subparts. RSRI will respond to this Interrogatory as counting for two separate interrogatories. RSRI further objects to this Interrogatory to the extent it calls for legal conclusions. RSRI further objects to this Interrogatory to the extent it seeks to require RSRI to marshal all of its available proof or the proof RSRI intends to offer at trial. RSRI objects to this Interrogatory as a premature contention interrogatory that cannot be fully answered until after discovery has been completed. RSRI further objects to this Interrogatory to the extent it is premature and seeks production of expert discovery in advance of deadlines provided by the Court's Scheduling Order. Subject to the foregoing objections, RSRI responds as follows:

Pursuant to 35 U.S.C. § 120, the '797 patent claims priority to U.S. Patent No. 8,204,437 and is legally entitled to a priority date of no later than August 8, 2008. At this time, RSRI does not wish to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, but reserves the right to do so.

Dated: December 17, 2014                Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

*/s/Brant C. Hadaway*
Michael Diaz, Jr.
Florida Bar No. 606774
E-mail: mdiaz@diazreus.com
Brant C. Hadaway
Florida Bar No. 494690
E-mail: bhadaway@diazreus.com
Xingjian Zhao
Florida Bar No. 86289
E-mail: xzhao@diazreus.com

*Counsel for Plaintiff*

– AND –

Michael W. Shore
Texas Bar No. 18294915
E-mail: mshore@shorechan.com
Alfonso G. Chan
Texas Bar No. 24012408
E-mail: achan@shorechan.com
Andrew M. Howard*
Texas Bar No. 24059973
E-mail: ahoward@shorechan.com
Dustin R. Lo
Texas Bar No. 24087937
E-mail: dlo@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
*\* pro hac vice granted*

*Of Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 17th day of December, 2014, I served the foregoing

document on all counsel of record identified on the Service List below via email and U.S. mail.


*/s/ Andrew M. Howard*
Andrew M. Howard*
Texas Bar No. 24059973
E-mail: ahoward@shorechan.com

*Counsel for Plaintiff*

## SERVICE LIST

Janet T. Munn
Rasco Klock, et al.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
jmunn@rascoklock.com

Richard L. Wynne, Jr.
Adrienne E. Dominguez
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Richard.wynne@tklaw.com
Adrienne.dominguez@tklaw.com

## **VERIFICATION OF INTERROGATORY ANSWERS**

I, <u>Leigh M. Rothschild</u>, am authorized to verify this response on behalf of **ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC**. I am the Managing Director of Rothschild Storage Retrieval Innovations, LLC.  I believe, based on a reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on December 17th, 2014

_____

# Exhibit A – Claim Chart for U.S. Patent No. 8,437,797

---

**Xperia Z3 LTE, Xperia Z3 Compact, Xperia Z2, Xperia T3, Xperia M Dual, Xperia M2, Xperia M2 LTE, Xperia M2 Dual, Xperia Z1 Compact, Xperia Z1 LTE, Xperia Z1S, Xperia TL, Xperia acro S, Xperia L, Xperia Z 4G LTE, Xperia P, Xperia ZR, Xperia E dual, Xperia SP, Xperia Z – unlocked, Xperia Advance, and Xperia ZL**

Solely for the purpose setting forth RSRI's  preliminary infringement theories. This chart does not constitute RSRI's final proof of infringement and RSRI reserves the right  to amend its theories, based upon discovery produced by Defendant, Defendant's non-infringement or invalidity theories, claim construction, and//or expert reports.

| Claim 1 |
|---|
| An image-capturing mobile device, comprising |

 

Sony Xperia Z3 (front and back)

The operating system and geotagging feature used by **Xperia Z3 LTE, Xperia Z3 Compact, Xperia Z2, Xperia T3, Xperia M dual, Xperia M2, Xperia M2 LTE, Xperia M2 Dual, Xperia Z1 Compact, Xperia Z1 LTE, Xperia Z1S, Xperia TL, Xperia acro S, Xperia L, Xperia Z 4G LTE, Xperia P, Xperia ZR, Xperia E dual, Xperia SP, Xperia Z – unlocked, Xperia Advance, and Xperia ZL** may be different in models or versions, but have identical functionalities for purposes of infringement.

**U.S. Patent No. 8,437,797 – Sony**

| Claim 1 |
| --- |

An **image-capturing mobile device**, comprising

**image-capturing mobile device**

| Claim 1 |
| --- |

a **wireless receiver**; a **wireless transmitter**; and

Sony Xperia Z3 includes a **wireless receiver**, a **wireless transmitter** to allow data transmission through cellular network, WiFi, etc.



**Networks**

- GSM GPRS/EDGE (2G)
- UMTS HSPA (3G)
- LTE (4G) (not available in all markets)

Connectivity

- aGPS**
- Bluetooth® 4.0 wireless technology
- 3.5 mm audio jack with Digital Noise Cancelling (DNC)
- DLNA Certified®
- NFC
- GLONASS**
- Native USB tethering
- Synchronisation via Exchange ActiveSync®, Facebook™, Google™ and SyncML™**
- USB High speed 2.0 and Micro USB support
- Wi-Fi® and Wi-Fi Hotspot functionality
- ANT+ wireless technology

Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

| Claim 1 |
|---|

a **processor** operably connected to the wireless receiver and the wireless transmitter,

Processor (CPU)

- Snapdragon 2.5 GHz Qualcomm Quad-core
- Adreno 330 GPU

Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

| Claim 1 |
|---|

wherein the processor is configured to initiate and/or perform **receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



U.S. Patent No. 8,457,797 – Sony

| Claim 1 |
|---|

**filtering** the plurality of photographic images using a transfer criteria; and

The processor is configured to initiate and/or perform **filtering** the plurality of photographic images using a transfer criteria that includes a geographic location of the image-capturing mobile device through Google+ Stories



U.S. Patent No. 8,437,797 – Sony

| Claim 1 |
|---|

**transmitting**, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, wherein

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" to one or more of the "People," through "Bluetooth," email, messaging, or "Gmail", etc.



U.S. Patent No. 8,437,797 – Sony

| Claim 1 |
| --- |

the transfer criteria is a **geographic location** of the image-capturing mobile device.

**geographic location**



**U.S. Patent No. 8,457,797 – Sony**

| Claim 5 |

An **image-capturing mobile device**, comprising

**image-capturing mobile device**

| Claim 5 |
| --- |

a **wireless receiver**; a **wireless transmitter**; and

Sony Xperia Z3 includes a **wireless receiver**, a **wireless transmitter** to allow data transmission through cellular network, WiFi, etc.



**Connectivity**

- aGPS**
- Bluetooth® 4.0 wireless technology
- 3.5 mm audio jack with Digital Noise Cancelling (DNC)
- DLNA Certified®
- NFC
- GLONASS**
- Native USB tethering
- Synchronisation via Exchange ActiveSync®, Facebook™, Google™ and SyncML™**
- USB High speed 2.0 and Micro USB support
- Wi-Fi® and Wi-Fi Hotspot functionality
- ANT+ wireless technology

**Networks**

- GSM GPRS/EDGE (2G)
- UMTS HSPA (3G)
- LTE (4G) (not available in all markets)

Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

| Claim 5 |
| --- |

a **processor** operably connected to the wireless receiver and the wireless transmitter,

Processor (CPU)

- Snapdragon 2.5 GHz Qualcomm Quad-core
- Adreno 330 GPU

Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

**U.S. Patent No. 8,457,797 – Sony**

| Claim 5 |
| --- |

wherein the processor is configured to initiate and/or perform **receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



Claim 5

**filtering** the plurality of photographic images using a transfer criteria; and

**Filtering** the plurality of photographic images using a transfer criteria that includes a geographic location of the image-capturing mobile device through Google+ Stories



<u>U.S. Patent No. 8,457,797 – Sony</u>

| Claim 5 |
|---|

**transmitting**, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, wherein

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" to one or more of the "People," through "Bluetooth," messaging, email, or "Gmail", etc.

  

15

| Claim 5 |
| --- |

the transfer criteria is a **geographic location** associated with **a respective photographic image** within the plurality of photographic images.

**a respective photographic image** within the plurality of photographic images

**geographic location**





U.S. Patent No. 8,457,797 – Sony

| Claim 8 |
| --- |

An **image-capturing mobile device**, comprising

**image-capturing mobile device**

| Claim 8 |
| --- |

a **wireless receiver**; a **wireless transmitter**; and

 Sony Xperia Z3 includes a **wireless receiver**, a **wireless transmitter** to allow data transmission through the various bands of the GSM/GPRS/EDGE, UMTS/HSPA+ networks.



Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

| Claim 8 |
|---|

a **processor** operably connected to the wireless receiver and the wireless transmitter,



Processor (CPU)

- Snapdragon 2.5 GHz Qualcomm Quad-core
- Adreno 330 GPU

Source: http://www.sonymobile.com/global-en/products/phones/xperia-z3/specifications/#tabs

19

U.S. Patent No. 8,437,797 – Sony

| Claim 8 |
|---|

wherein the processor is configured to initiate and/or perform **receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



| Claim 8 |
| --- |

**filtering** the plurality of photographic images using a transfer criteria; and

**filtering** the plurality of photographic images using a transfer criteria. In this example, the criteria is a geographic location of the image-capturing mobile device used by Google+ Stories



| Claim 8 |
| --- |

**transmitting**, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an **affinity group** associated with the second mobile device

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" based upon an **affinity group** in the image-capturing mobile device user's "Circles".

**affinity groups**



U.S. Patent No. 8,497,797 – Sony

Claim 9

A method performed by an **image-capturing mobile device**, comprising

**image-capturing mobile device**

Claim 9

**receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



Claim 9

**filtering** the plurality of photographic images using a transfer criteria; and

**filtering** the plurality of photographic images using a transfer criteria that is a geographic location of the image-capturing mobile device through Google+ Stories



U.S. Patent No. 8,497,797 – Sony

| Claim 9 |
|---|

**transmitting**, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, wherein

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" to one or more of the "People," through "Bluetooth," or "Gmail", etc.

  

Claim 9

the transfer criteria is a **geographic location** of the image-capturing mobile device.

**geographic location**



U.S. Patent No. 8,437,797 – Sony

| Claim 13 |
| --- |

A method performed by an **image-capturing mobile device**, comprising

**image-capturing mobile device**

Claim 13

**receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



| Claim 13 |
|---|

**filtering** the plurality of photographic images using a transfer criteria; and

**filtering** the plurality of photographic images using a transfer criteria that is a geographic location of the image-capturing mobile device through Google+ Stories



| Claim 13 |
| --- |

**transmitting**, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, wherein

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" to one or more of the "People," through "Bluetooth," or "Gmail", etc.





| Claim 13 |
|---|

the transfer criteria is a **geographic location** associated with **a respective photographic image** with the plurality of photographic images.

**a respective photographic image** within the plurality of photographic images

**geographic location**




Claim 16

A method performed by an **image-capturing mobile device**, comprising

**image-capturing mobile device**

Claim 16

**receiving a plurality of photographic images**;

**receiving a plurality of photographic images**



| Claim 16 |
|---|

**filtering** the plurality of photographic images using a transfer criteria; and

**filtering** the plurality of photographic images using a transfer criteria. In this example, the criteria is a geographic location of the image-capturing mobile device used by Google+ Stories



U.S. Patent No. 8,437,797 – Sony

| Claim 16 |
| --- |

**transmitting**, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an **affinity group** associated with the second mobile device.

The filtered plurality of photographic images can be transmitted, via the wireless transmitter, to a second mobile device by "**shar[ing] story**" based upon an **affinity group** in the image-capturing mobile device user's "Circles".

**affinity groups**

