# EXHIBIT I

# PART 1 OF 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14–22652–CIV–BLOOM/VALLE

ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC,

     Plaintiff,

vs.

SONY MOBILE COMMUNICATIONS (USA) INC.

     Defendant.

_____/

### DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.'S
### OBJECTIONS AND ANSWERS TO PLAINTIFF'S
### FIRST SET OF INTERROGATORIES TO DEFENDANT

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Sony Mobile Communications (USA), Inc. ("Sony Mobile") serves the following Objections and Answers to Plaintiff's First  Set of Interrogatories to Defendant.

### I.

### GENERAL OBJECTIONS

1.     Sony Mobile objects to these discovery requests to the extent that they call for information that is protected by the attorney-client or any other applicable privilege.

2.     Sony Mobile objects to these discovery requests to the extent that they call for information constituting or reflecting work product, including but not limited to, the thoughts or mental impressions of Sony Mobile's attorneys in connection with the preparation, prosecution, or defense of any claim by or against Sony Mobile, singularly or collectively, on the grounds of the work-product doctrine.

3.      Sony Mobile objects to these discovery requests to the extent that they seek the disclosure of information that is not relevant to any claim or defense in this action, or is not reasonably likely to lead to the discovery of admissible evidence, under Rule 26(b)(l) of the Federal Rules of Civil Procedure and the local rules of the Southern District of Florida.

4.      Sony Mobile's answers to these discovery requests do not constitute an admission or acknowledgement that the information sought is within the proper scope of discovery.

5.      Sony Mobile's answers to these discovery requests are made without in any way waiving (a) the right to object on the grounds of competency, relevancy, materiality, privilege, or admissibility as evidence for any purpose in any subsequent proceeding or hearing in this action or any other action; and (b) the right to object on any grounds to other discovery requests involving or relating to the subject matter of these discovery requests.

6.      Sony Mobile objects to the definitions of "ACCUSED DEVICES" and "ACCUSED PRODUCTS" because they are overly broad, vague and ambiguous and call for a legal conclusion.  Sony Mobile further objects to these definitions because they seek to impose an improper duty or burden of proof on Sony Mobile with respect to identification of allegedly infringing devices or articles.

7.      Sony Mobile objects to the definition of "DATE" because it calls for speculation.

8.      Sony Mobile objects to the definition of "DOCUMENT" because it is overly broad, unduly burdensome and vague and ambiguous.

9.      Sony Mobile objects to the definitions of "IDENTIFY" in paragraphs 9-12 of the DEFINITIONS section because those definitions render the term overly broad, unduly burdensome and harassing and seek to impose a duty on Sony Mobile that is not required by the

Federal Rules of Civil Procedure or the Local Rules of the Southern District of Florida.  Sony Mobile will answer in accordance with the Rules.

10.     Sony Mobile objects to the definitions of "PERTAIN TO" and "PERTAINING TO" because those definitions render the terms overly broad, unduly burdensome and vague and ambiguous.  Sony Mobile will answer in accordance with the generally accepted meanings of the terms.

11.     Sony Mobile objects to the definition of "PRIOR ART" because it is are overly broad, vague and ambiguous and calls for a legal conclusion.

12.     Sony Mobile objects to the definition of "SALES INFORMATION" because its incorporation of the terms ACCUSED PRODUCTS and ACCUSED DEVICES renders it overly broad, vague and ambiguous and calling for a legal conclusion.

13.     Sony Mobile objects to the time period covered by the interrogatories as described in paragraph 19 of the DEFINITIONS section because it is overly broad as to time and therefore would cover information that is not relevant to any matter at issue and is not reasonably calculated to lead to the discovery of admissible evidence.

14.     Sony Mobile objects to Plaintiff's INSTRUCTIONS in their entirety, because they are overly broad, unduly burdensome and harassing and seek to impose duties on Sony Mobile that are not required by the Federal Rules of Civil Procedure or the Local Rules of the Southern District of Florida.  Sony Mobile will object to and answer the interrogatories in accordance with the Rules.

15.     Sony Mobile objects to these discovery requests to the extent that they seek information concerning events or acts occurring outside the United States.

16.     Sony Mobile objects to these discovery requests to the extent that they enlarge upon or are otherwise inconsistent with the duties imposed by the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida.

17.     Sony Mobile objects to these discovery requests to the extent they purport to call for the production of documents or information that contain confidential, proprietary or trade secret information of Sony Mobile.  No such documents or information will be provided, subject to the entry by the Court of a stipulated protective order in a form acceptable to Sony Mobile, or as ordered by the Court.

18.     Sony Mobile objects to these discovery requests to the extent they purport to call for the production of documents or information held by Sony Mobile that is subject to an obligation of confidentiality toward a third party. No such documents or information will be provided, except with the permission of such third parties, and subject to the entry by the Court of a stipulated protective order in a form acceptable to Sony Mobile, or as ordered by the Court.

19.     Sony Mobile reserves its right to supplement or otherwise alter its answers as more information becomes available and as its investigation regarding the issues in this case proceeds.

## II.

## OBJECTIONS AND ANSWERS

### INTERROGATORY NO. 1:

IDENTIFY each item of PRIOR ART that allegedly anticipates or renders any claim of the '797 PATENT obvious.  Each PRIOR ART patent shall be identified by its number, country of origin, and date of issue.  Each PRIOR ART publication must be identified by its title, date of publication, and author and publisher.  PRIOR ART under 35 U.S.C. § 102(b), Pre-AIA, shall be identified by specifying the item offered for sale or publicly used or known, the date the offer or use took place or the information became known, and the identity of the PERSON which made the use or which made and received the offer, or the PERSON which made the information known or to whom it was made known.  PRIOR ART under 35 U.S.C. § 102(f), Pre-AIA, shall be identified by providing the name of the PERSON(S) from whom and the circumstances under which the invention or any part of it was derived.  PRIOR ART under 35 U.S.C. § 102(g), Pre-AIA, shall be identified by providing the identities of the PERSON(S) involved in and the circumstances surrounding the making of the invention before the patent applicant(s).

### ANSWER:

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because it is premature, since Plaintiff did not identify the claims of the '797 Patent that it alleges are infringed by Sony Mobile's devices, or the specific manner in which the devices are alleged to have infringed the specified claims, until the day before these responses were due.

Subject to these objections and without waiving same, Sony Mobile directs Plaintiff to the documents produced in response to Request for Production No. 1. Documents describing the development of actual products or systems, such as documents authored/invented by Marc Davis, Risto Sarvas, and Philippe Kahn, evidence prior invention under 35 USC § 102(g) in addition to the documents' qualification as prior art under 35 U.S.C. § 102(a), (b), and/or (e).

**INTERROGATORY NO. 2:**

For each PRIOR ART identified in interrogatory no. 1, IDENTIFY where specifically in each alleged item of PRIOR ART each element of each allegedly invalidated claim of the '797 PATENT is found.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein. Sony Mobile further objects to this Interrogatory because it is premature, since Plaintiff did not identify the claims of the '797 Patent that it alleges are infringed by Sony Mobile's devices, or the specific manner in which the devices are alleged to have infringed the specified claims, until the day before these responses were due.

Subject to these objections and without waiving same, Sony Mobile refers Plaintiff to Exhibit A to these answers.

**INTERROGATORY NO. 3:**

IDENTIFY all DOCUMENTS and COMMUNICATIONS YOU have had with any authors or inventors of a work that YOU contend is PRIOR ART to the '797 PATENT, including the IDENTITY of each PERSON and/or AGENT involved in each such COMMUNICATION, the DATE of each such COMMUNICATION, the subject matter of each such COMMUNICATION, the IDENTITY of any resulting agreements entered into (whether formal or informal) between YOU and any such PERSON and/or AGENT, and the IDENTITY of any DOCUMENTS discussed during each such COMMUNICATION.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.

Subject to these objections and without waiving same, none.

– 6 –

**INTERROGATORY NO. 4:**

Describe in detail each element of the '797 PATENT that SONY contends is not found in the ACCUSED PRODUCTS or ACCUSED DEVICES.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because it is premature, since Plaintiff did not identify the claims of the '797 Patent that it alleges are infringed by Sony Mobile's devices, or the specific manner in which the devices are alleged to have infringed the specified claims, until the day before these responses were due.  Sony Mobile also objects to this Interrogatory because the terms ACCUSED DEVICES and ACCUSED PRODUCTS are overly broad, vague and ambiguous and call for a legal conclusion.  Sony Mobile further objects to this Interrogatory because the answer would require the disclosure of technical information and details that constitute confidential, proprietary or trade secret information of Sony Mobile.  No such information will be provided absent the entry by the Court of a stipulated protective order in a form acceptable to Sony Mobile, or as ordered by the Court.

**INTERROGATORY NO. 5:**

Describe in detail YOUR SALES INFORMATION for each of the ACCUSED PRODUCTS and/or ACCUSED DEVICES.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile also objects to this Interrogatory because the terms ACCUSED DEVICES and ACCUSED PRODUCTS are overly broad, vague and ambiguous and call for a legal conclusion.  Sony Mobile also objects to this Interrogatory because the time period defined in paragraph 19 of the DEFINITIONS section renders the Interrogatory overly broad as to time and covers information that is not relevant to any matter at issue and is not reasonably calculated to lead to the discovery of admissible evidence.  Sony Mobile further objects to this Interrogatory because the answer would require the disclosure of financial information that constitutes confidential, proprietary or trade secret information of Sony Mobile.  No such information will be provided absent the entry by the Court of a stipulated protective order in a form acceptable to Sony Mobile, or as ordered by the Court.

**INTERROGATORY NO. 6:**

IDENTIFY PERSONS with relevant knowledge of each of YOUR sales, offers to sell, efforts to sell, importation, offers to import, efforts to import, exportation, offers to export and/or efforts to export any of the ACCUSED PRODUCTS and/or ACCUSED DEVICES in, into, or from the United States.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because the terms ACCUSED DEVICES and ACCUSED PRODUCTS are overly broad, vague and ambiguous and call for a legal conclusion.  Sony Mobile also objects to this Interrogatory because the time period defined in paragraph 19 of the DEFINITIONS section renders the Interrogatory overly broad as to time and covers information that is not relevant to any matter at issue and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to these objections and without waiving same, Francisco Lazardi, Senior Manager – Business Control & Planning, may have knowledge of the sales of the Xperia Z3, Xperia Z3 Compact, Xperia Z2, Xperia Z1s, and Xperia TL devices.

**INTERROGATORY NO. 7:**

Please provide the name, address, telephone number, place of employment and job title of any PERSON who has, claims to have or whom you believe may have knowledge or information PERTAINING TO any fact alleged in the pleadings (as defined in Federal Rule of Civil Procedure 7(a)) filed in this ACTION, or any fact underlying the subject matter of this ACTION.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because it is overly broad, unduly burdensome and seeks to impose a duty on Sony  Mobile that is not required by the Federal Rules of Civil Procedure or the Local Rules of the Southern District of Florida.

Subject to these objections and without waiving same, Sony Mobile refers Plaintiff to the Initial Disclosures of Sony Mobile Communications (USA) Inc.

**INTERROGATORY NO. 8:**

Please state the specific nature and substance of the knowledge that YOU believe the

PERSON(S) identified in your response to interrogatory no. 7 may have.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because it is overly broad, unduly burdensome and seeks to impose a duty on Sony  Mobile that is not required by the Federal Rules of Civil Procedure or the Local Rules of the Southern District of Florida.

Subject to these objections and without waiving same, Sony Mobile refers Plaintiff to the Initial Disclosures of Sony Mobile Communications (USA) Inc.

**INTERROGATORY NO. 9:**

Please IDENTIFY all PERSONS, including engineers and/or designers, having

knowledge PERTAINING TO the ACCUSED PRODUCTS and/or ACCUSED DEVICES.

**ANSWER:**

Sony Mobile incorporates its General Objections as if set forth fully herein.  Sony Mobile further objects to this Interrogatory because it is overly broad, unduly burdensome and seeks to impose a duty on Sony Mobile that is not required by the Federal Rules of Civil Procedure or the Local Rules of the Southern District of Florida. Sony Mobile further objects that this interrogatory seeks information that is not relevant and because the interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. To the extent that this interrogatory can be interpreted to seek information relating to persons knowledgeable about the features of Sony Mobile products that Plaintiff alleges infringe the '797 Patent, the interrogatory is premature because, until the day before these responses were due, Plaintiff did not identify the claims of the '797 Patent that it alleges are infringed by Sony Mobile's devices, or the specific manner in which the devices are alleged to have infringed the specified claims.

Subject to these objections and without waiving same, Sony Mobile refers Plaintiff to the Initial Disclosures of Sony Mobile Communications (USA) Inc.

Dated December 18, 2014

Respectfully submitted,

/s/ Richard L. Wynne, Jr.
Janet T. Munn, Esq., Fla. Bar No. 501281
Email: jmunn@rascoklock.com
RASCO KLOCK, ET AL.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

AND

Richard L. Wynne, Jr., Esq. (*Pro Hac Vice*)
Email: richard.wynne@tklaw.com
Adrienne E. Dominguez, Esq. (*Pro Hac Vice*)
Email: adrienne.dominguez@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Telecopy: 214.969.1751

ATTORNEYS FOR DEFENDANT
SONY MOBILE COMMUNICATIONS (USA) INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on December 18, 2014, on the following by email and U.S. mail.

Andrew M. Howard
Shore Chan DePumpo LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202

By: s/ Richard L. Wynne, Jr.
    Richard L. Wynne, Jr.

508322 000014 11988594.1

CHAMBERS ET AL., U.S. PATENT APPLICATION PUBLICATION NO. 2008/0129835
(THE "CHAMBERS APPLICATION")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | U.S. PATENT APPLICATION PUBLICATION NO. 2008/0129835 (THE "CHAMBERS APPLICATION") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Chambers Application discloses an image-capturing mobile device. <br><br> For example: <br><br> "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. <br><br> "The images operated on by image application 112 may include images captured by camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17. <br><br> "Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described |

|  | with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186. |
|  | "Hand-held device 10 may include a camera 12 for taking pictures using device 10. Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206. |
|  | *See, e.g.*, Examples 1–2, 34–35. |
|  | *See, e.g.*, Claims 1, 13, 27, 32–34. |



FIG. 1



FIG. 3



| a wireless receiver; | The Chambers Application discloses a wireless receiver.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12.<br><br>"Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191.<br><br>"Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193.<br><br>*See, e.g.*, Examples 1–2, 34–35. |

– 6 –

*See, e.g.*, Claims 13, 32, 34.



| a wireless transmitter; and | The Chambers Application discloses a wireless transmitter. |
| --- | --- |
| | For example: |
| | "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |
| | "Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191. |
| | "Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193. |
| | *See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 13, 32, 34.



FIG. 1

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Chambers Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Processing circuit 32 of hand-held device 10 may include one or more of a microprocessor 26, image processing circuit 16, display driver 18, NVM controller 28, audio driver 22 (e.g. D/A converter, AID converter, an audio coder and/or decoder ( codec ), amplifier, etc.), and other processing circuits. Processing circuit 32 can include various types of processing circuitry, digital and/or analog, and may include one or more of a microprocessor, microcontroller, application-specific integrated circuit (ASIC), field programmable gate array (FPGA), or other circuitry configured to perform various input/output, control, analysis, and other functions. In various embodiments, the processing circuit 32 may include a central processing unit (CPU) using any suitable processor or logic device, such as a as a general purpose processor.<br>  Processing circuit 32 may include, or be implemented as, a chip multiprocessor (CMP), dedicated processor, embedded processor, media processor, input/output (I/0) processor, coprocessor, a microprocessor such as a complex instruction set computer (CISC) microprocessor, a reduced instruction set computing (RISC) microprocessor, and/or a very long instruction word (VLIW) microprocessor, a processor implementing a combination of instruction sets, a controller, a microcontroller, an application specific integrated circuit (ASIC), a field programmable gate array (FPGA), a programmable logic device (PLD), or other processing device in accordance with the described embodiments." Chambers Application ¶ 187.<br><br>*See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 1, 14, 32.



| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Chambers Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19.<br><br>*See, e.g.*, Examples 1–2, 34–35.<br><br>*See, e.g.*, Claims 1, 24, 27, 32. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71.<br><br>*See, e.g.*, Examples 1–2.<br><br>*See, e.g.*, Claims 3. |



FIG. 3





FIG.9

| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

a weblog or other file sharing service)." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.

In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

| | server 46." Chambers Application ¶¶ 116–17. |
| --- | --- |
| | *See, e.g.*, Examples 1–2, 10, 25. |
| | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Chambers Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"Also, location information can be obtained at block 206 (such as from a location application 114—FIG. 2—and/or location circuit 24—FIG. 1) and added to the image file at block 230. Location information can include coordinate information such as latitude and longitude coordinates; text information such as one or more of the name of the street, city, state, province, country and/or other location designation at which the image was obtained; information regarding the cell towers in the vicinity of device 10, etc. In many embodiments, the location information is retrieved automatically from a location determining circuit 24 (FIG. 1) or based on data from a location determining circuit 24 compared to a location name (e.g. map) database of a location application 114 (FIG. 2). Location information can also be obtained by comparing the network address (e.g. MAC addresses or other information) from a point used to access a network (e.g. a WiFi network) compared to a database (which may be on or remote from device 10) that identifies the location of the access point (identified based on the MAC address recorded when the image was captured). Where location name information is to be added, device 10 may be configured to store the location name information (e.g. in memory 34,38, hard-coded, etc.) for a range of locations, including the location at which the image is captured." Chambers Application ¶¶ 27–28.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |

"Filters selectable by a user may include filter options 414,416 of varying degrees of specificity. As a first example, referring to FIG. 9, a first filter menu 402 may cover a broad range (e.g. month in which photo was taken, state where photo was taken, groups that have been set 218 by a user, etc.). A second filter menu 418 may be responsive to the selection 410 on the first filter menu 402 to display filter options that are narrower and related to the broad filter option 410 selected in the first filter menu 402.

  As a second example, referring to FIG. 6, a first filter menu 402 can include multiple filter options 414 of varying specificity within the same menu 402. A single filter menu can include a first filter option directed to a broad category (e.g. the state of California) and a second filter option directed to categories that are within and narrower than the first filter option (e.g. cities within California). The filter menu 402 may include a third filter option that is narrower than and/ or within the second filter option (e.g. areas, streets, etc. within a city)." Chambers Application ¶¶ 73–74.

"As a more concrete example, referring to FIG. 6, device 10 (FIG. 1) may identify that pictures 406 were taken in particular locations (e.g. various cities in California, New York, France, etc.) and, in response, generate filter options 414 corresponding to those locations (and not generating filter options for locations not represented in the non-image data of the image files)." Chambers Application ¶ 76.

"Referring to FIG. 2, in addition to selecting images from a calendar application 116, images may also be selected from a location application 114. For example, a location application may be configured to display a map. A user may select a geographic region of the map and then all images may be filtered by location such that all images associated with that geographic region may be displayed. A user may be allowed to navigate through different degrees of specificity of the map data (e.g. world, country, region, city, street, etc.) such that filters having different degrees of specificity may be displayed to a user. Filter options may be provided to the user in the form of icons on the map that indicate where images were obtained. A user may select a filter by selecting an icon." Chambers Application ¶ 87.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2)

|  | has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.<br><br>*See, e.g.*, Examples 1–2, 16, 19, 23–24.<br><br>*See, e.g.*, Claims 26. |
|---|---|



FIG. 2



FIG. 3



FIG. 5

FIG. 6



FIG.9

| Claim 5 | |
|---|---|
| 5. An image-capturing mobile device, comprising | The Chambers Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12.<br><br>"The images operated on by image application 112 may include images captured by |

camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17.

"Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186.

"Hand-held device 10 may include a camera 12 for taking pictures using device 10. Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206.

*See, e.g.*, Examples 1–2, 34–35.

*See, e.g.*, Claims 1, 13, 27, 32–34.



FIG. 1



FIG. 3



| a wireless receiver; | The Chambers Application discloses a wireless receiver.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12.<br><br>"Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191.<br><br>"Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193.<br><br>*See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.,* Claims 13, 32, 34.



FIG. 1

| a wireless transmitter; and | The Chambers Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |
| | "Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191. |
| | "Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193. |
| | *See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 13, 32, 34.



| a processor operably connected to the wireless receiver and the wireless transmitter, | The Chambers Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.

For example:

"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.

"Processing circuit 32 of hand-held device 10 may include one or more of a microprocessor 26, image processing circuit 16, display driver 18, NVM controller 28, audio driver 22 (e.g. D/A converter, AID converter, an audio coder and/or decoder ( codec ), amplifier, etc.), and other processing circuits. Processing circuit 32 can include various types of processing circuitry, digital and/or analog, and may include one or more of a microprocessor, microcontroller, application-specific integrated circuit (ASIC), field programmable gate array (FPGA), or other circuitry configured to perform various input/output, control, analysis, and other functions. In various embodiments, the processing circuit 32 may include a central processing unit (CPU) using any suitable processor or logic device, such as a as a general purpose processor.
  Processing circuit 32 may include, or be implemented as, a chip multiprocessor (CMP), dedicated processor, embedded processor, media processor, input/output (I/0) processor, coprocessor, a microprocessor such as a complex instruction set computer (CISC) microprocessor, a reduced instruction set computing (RISC) microprocessor, and/or a very long instruction word (VLIW) microprocessor, a processor implementing a combination of instruction sets, a controller, a microcontroller, an application specific integrated circuit (ASIC), a field programmable gate array (FPGA), a programmable logic device (PLD), or other processing device in accordance with the described embodiments." Chambers Application ¶ 187.

*See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.,* Claims 1, 14, 32.



FIG. 1

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Chambers Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19.<br><br>*See, e.g.*, Examples 1–2, 34–35.<br><br>*See, e.g.*, Claims 1, 24, 27, 32. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria. |
|---|---|
| | For example: |
| | "Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16. |
| | "If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |
| | *See, e.g.*, Examples 1–2. |
| | *See, e.g.*, Claims 3. |



FIG. 3





FIG.9

| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

a weblog or other file sharing service." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.
    In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

| | server 46." Chambers Application ¶¶ 116–17. |
| | *See, e.g.*, Examples 1–2, 10, 25. |
| | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| | |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The Chambers Application discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"Also, location information can be obtained at block 206 (such as from a location application 114—FIG. 2—and/or location circuit 24—FIG. 1) and added to the image file at block 230. Location information can include coordinate information such as latitude and longitude coordinates; text information such as one or more of the name of the street, city, state, province, country and/or other location designation at which the image was obtained; information regarding the cell towers in the vicinity of device 10, etc. In many embodiments, the location information is retrieved automatically from a location determining circuit 24 (FIG. 1) or based on data from a location determining circuit 24 compared to a location name (e.g. map) database of a location application 114 (FIG. 2). Location information can also be obtained by comparing the network address (e.g. MAC addresses or other information) from a point used to access a network (e.g. a WiFi network) compared to a database (which may be on or remote from device 10) that identifies the location of the access point (identified based on the MAC address recorded when the image was captured). Where location name information is to be added, device 10 may be configured to store the location name information (e.g. in memory 34,38, hard-coded, etc.) for a range of locations, including the location at which the image is captured." Chambers Application ¶¶ 27–28.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |

"Filters selectable by a user may include filter options 414,416 of varying degrees of specificity. As a first example, referring to FIG. 9, a first filter menu 402 may cover a broad range (e.g. month in which photo was taken, state where photo was taken, groups that have been set 218 by a user, etc.). A second filter menu 418 may be responsive to the selection 410 on the first filter menu 402 to display filter options that are narrower and related to the broad filter option 410 selected in the first filter menu 402.

As a second example, referring to FIG. 6, a first filter menu 402 can include multiple filter options 414 of varying specificity within the same menu 402. A single filter menu can include a first filter option directed to a broad category (e.g. the state of California) and a second filter option directed to categories that are within and narrower than the first filter option (e.g. cities within California). The filter menu 402 may include a third filter option that is narrower than and/ or within the second filter option (e.g. areas, streets, etc. within a city)." Chambers Application ¶¶ 73–74.

"As a more concrete example, referring to FIG. 6, device 10 (FIG. 1) may identify that pictures 406 were taken in particular locations (e.g. various cities in California, New York, France, etc.) and, in response, generate filter options 414 corresponding to those locations (and not generating filter options for locations not represented in the non-image data of the image files)." Chambers Application ¶ 76.

"Referring to FIG. 2, in addition to selecting images from a calendar application 116, images may also be selected from a location application 114. For example, a location application may be configured to display a map. A user may select a geographic region of the map and then all images may be filtered by location such that all images associated with that geographic region may be displayed. A user may be allowed to navigate through different degrees of specificity of the map data (e.g. world, country, region, city, street, etc.) such that filters having different degrees of specificity may be displayed to a user. Filter options may be provided to the user in the form of icons on the map that indicate where images were obtained. A user may select a filter by selecting an icon." Chambers Application ¶ 87.

| | "In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103. *See, e.g.*, Examples 1–2, 16, 19, 23–24. *See, e.g.*, Claims 26. |
|---|---|



FIG. 2



FIG. 3



FIG. 5

FIG. 6



| | |
|---|---|
| **Claim 8** | |
| 8. An image-capturing mobile device, comprising | The Chambers Application discloses an image-capturing mobile device. <br><br> For example: <br><br> "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. <br><br> "The images operated on by image application 112 may include images captured by |

| | camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17. |
|---|---|
| | "Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186. |
| | "Hand-held device 10 may include a camera 12 for taking pictures using device 10. Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206. |
| | *See, e.g.*, Examples 1–2, 34–35. |
| | *See, e.g.*, Claims 1, 13, 27, 32–34. |



FIG. 1



FIG. 3



| a wireless receiver; | The Chambers Application discloses a wireless receiver. |
|---|---|
| | For example: |
| | "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |
| | "Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191. |
| | "Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193. |
| | *See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 13, 32, 34.



| a wireless transmitter; and | The Chambers Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |
| | "Hand-held device 10 may also include a network transceiver 44. Transceiver 44 may operate using one or more of a LAN standard, a WLAN standard, a Bluetooth standard, a Wi-Fi standard, an Ethernet standard, and/or some other standard. Network transceiver 44 may be a wireless transceiver such as a Bluetooth transceiver and/or a wireless Ethernet transceiver. Wireless transceiver 44 may operate using an IEEE 802.11 standard. Hand-held device 10 may also include an external device connector 40 (such as a serial data port) for transferring data. External device connector 40 may also serve as the connector 54 to an external power supply. Hand-held device may contain more than one of each of transceiver 44 and external device connector 40. For example, network transceiver 44 may include both a Bluetooth and an IEEE 802.11 transceiver." Chambers Application ¶ 191. |
| | "Hand-held device 10 may be capable of operating as a mobile phone. The mobile phone may use transceiver 44 and/or may use a cellular transceiver 36. Cellular transceiver 36 may be configured to operate as an analog transceiver, a digital transceiver (e.g. a GSM transceiver, a TDMA transceiver, a CDMA transceiver), or some other type of transceiver. Cellular transceiver 36 may be configured to transfer data (such as image files) and may be used to access the Internet 42 in addition to allowing voice communication." Chambers Application ¶ 193. |
| | *See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 13, 32, 34.



| | |
|---|---|
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Chambers Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Processing circuit 32 of hand-held device 10 may include one or more of a microprocessor 26, image processing circuit 16, display driver 18, NVM controller 28, audio driver 22 (e.g. D/A converter, AID converter, an audio coder and/or decoder ( codec ), amplifier, etc.), and other processing circuits. Processing circuit 32 can include various types of processing circuitry, digital and/or analog, and may include one or more of a microprocessor, microcontroller, application-specific integrated circuit (ASIC), field programmable gate array (FPGA), or other circuitry configured to perform various input/output, control, analysis, and other functions. In various embodiments, the processing circuit 32 may include a central processing unit (CPU) using any suitable processor or logic device, such as a as a general purpose processor.<br>  Processing circuit 32 may include, or be implemented as, a chip multiprocessor (CMP), dedicated processor, embedded processor, media processor, input/output (I/0) processor, coprocessor, a microprocessor such as a complex instruction set computer (CISC) microprocessor, a reduced instruction set computing (RISC) microprocessor, and/or a very long instruction word (VLIW) microprocessor, a processor implementing a combination of instruction sets, a controller, a microcontroller, an application specific integrated circuit (ASIC), a field programmable gate array (FPGA), a programmable logic device (PLD), or other processing device in accordance with the described embodiments." Chambers Application ¶ 187.<br><br>*See, e.g.*, Examples 1–2, 34–35. |

*See, e.g.*, Claims 1, 14, 32.



FIG. 1

| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Chambers Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19.<br><br>*See, e.g.*, Examples 1–2, 34–35.<br><br>*See, e.g.*, Claims 1, 24, 27, 32. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71.<br><br>*See, e.g.*, Examples 1–2.<br><br>*See, e.g.*, Claims 3. |



FIG. 3





FIG.9

| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

a weblog or other file sharing service." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.
  In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

| | server 46." Chambers Application ¶¶ 116–17. |
| | *See, e.g.*, Examples 1–2, 10, 25. |
| | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| | |
|---|---|
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Chambers Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"For example, device 10 may be configured to detect the presence of a device associated with a second person (e.g. a user's 'buddy'). This may be done, for example, by creating a wireless link such as a Bluetooth link between the two devices. As another example, device 10 and the device of the second user may both be tracked by a tracking service (e.g. using a location circuit such as a GPS circuit in each device). Device 10 may be configured to access the tracking service information to determine which people were in the user' s vicinity around the time the image was captured." Chambers Application ¶ 60.<br><br>"If an image is captured around a time during which a buddy is present, information relating to the presence of the buddy may be associated with the image (e.g. added to the image file of the image). This information may be used to share images with the second person (see discussion below) . . . ." Chambers Application ¶ 62.<br><br>"In addition to selecting an image using a calendar application 116 or a location application 114, images may be selected using a contact information application 118. For example, if non-image data in the image files on device 10 indicate that a contact has been identified in or is associated with (e.g. is in the picture, was at an event at which the picture was captured, etc.) one or more images, an image icon similar to icon 508 (FIG. 10) may be associated with that contact's record. Selecting the icon may cause device 10 to filter and display images based on the contact's information. The images associated with a contact may be shared with the contact. For example, a user may be presented with a control option that allows the user to send a contact all images associated with the contact (and/or associated with contact and meeting some other filter). Chambers Application ¶ 88.<br><br>"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) |

– 73 –

has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"The group options presented to the user may be based on the individuals who are in the image. For instance, if non-image data in the image file indicates that the image includes the user's children, an option may be presented to send the picture to everyone in a 'family' group." Chambers Application ¶ 105.

*See, e.g.*, Examples 1, 7–8, 25, 29–31.

*See, e.g.*, Claims 4–6, 23.



FIG. 3

| Claim 9 | |
|---|---|
| 9. A method performed by an image-capturing mobile device, comprising | The Chambers Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12.<br><br>"The images operated on by image application 112 may include images captured by camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17.<br><br>"Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186.<br><br>"Hand-held device 10 may include a camera 12 for taking pictures using device 10. |

| | Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206.<br><br>*See, e.g.*, Examples 1–2, 34–35.<br><br>*See, e.g.*, Claims 1, 13, 27, 32–34. |
|---|---|



FIG. 1



FIG. 3



| receiving a plurality of photographic images; | The Chambers Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria.

For example:

"Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16.

"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71.

*See, e.g.*, Examples 1–2.

*See, e.g.*, Claims 3. |



FIG. 3





FIG.9

| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.

"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

a weblog or other file sharing service." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.

   In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

– 87 –

| | server 46." Chambers Application ¶¶ 116–17. |
| | *See, e.g.*, Examples 1–2, 10, 25. |
| | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| | |
|---|---|
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Chambers Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"Also, location information can be obtained at block 206 (such as from a location application 114—FIG. 2—and/or location circuit 24—FIG. 1) and added to the image file at block 230. Location information can include coordinate information such as latitude and longitude coordinates; text information such as one or more of the name of the street, city, state, province, country and/or other location designation at which the image was obtained; information regarding the cell towers in the vicinity of device 10, etc. In many embodiments, the location information is retrieved automatically from a location determining circuit 24 (FIG. 1) or based on data from a location determining circuit 24 compared to a location name (e.g. map) database of a location application 114 (FIG. 2). Location information can also be obtained by comparing the network address (e.g. MAC addresses or other information) from a point used to access a network (e.g. a WiFi network) compared to a database (which may be on or remote from device 10) that identifies the location of the access point (identified based on the MAC address recorded when the image was captured).<br>    Where location name information is to be added, device 10 may be configured to store the location name information (e.g. in memory 34,38, hard-coded, etc.) for a range of locations, including the location at which the image is captured." Chambers Application ¶¶ 27–28.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |

"Filters selectable by a user may include filter options 414,416 of varying degrees of specificity. As a first example, referring to FIG. 9, a first filter menu 402 may cover a broad range (e.g. month in which photo was taken, state where photo was taken, groups that have been set 218 by a user, etc.). A second filter menu 418 may be responsive to the selection 410 on the first filter menu 402 to display filter options that are narrower and related to the broad filter option 410 selected in the first filter menu 402.

   As a second example, referring to FIG. 6, a first filter menu 402 can include multiple filter options 414 of varying specificity within the same menu 402. A single filter menu can include a first filter option directed to a broad category (e.g. the state of California) and a second filter option directed to categories that are within and narrower than the first filter option (e.g. cities within California). The filter menu 402 may include a third filter option that is narrower than and/ or within the second filter option (e.g. areas, streets, etc. within a city)." Chambers Application ¶¶ 73–74.

"As a more concrete example, referring to FIG. 6, device 10 (FIG. 1) may identify that pictures 406 were taken in particular locations (e.g. various cities in California, New York, France, etc.) and, in response, generate filter options 414 corresponding to those locations (and not generating filter options for locations not represented in the non-image data of the image files)." Chambers Application ¶ 76.

"Referring to FIG. 2, in addition to selecting images from a calendar application 116, images may also be selected from a location application 114. For example, a location application may be configured to display a map. A user may select a geographic region of the map and then all images may be filtered by location such that all images associated with that geographic region may be displayed. A user may be allowed to navigate through different degrees of specificity of the map data (e.g. world, country, region, city, street, etc.) such that filters having different degrees of specificity may be displayed to a user. Filter options may be provided to the user in the form of icons on the map that indicate where images were obtained. A user may select a filter by selecting an icon." Chambers Application ¶ 87.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2)

<table>
<tr>
<td></td>
<td>has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

*See, e.g.*, Examples 1–2, 16, 19, 23–24.

*See, e.g.*, Claims 26.</td>
</tr>
</table>



FIG. 2



FIG. 3





FIG.9

| | |
|---|---|
| **Claim 13** | |
| 13. A method performed by an image-capturing mobile device, comprising | The Chambers Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |

|  | "The images operated on by image application 112 may include images captured by camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17.

"Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186.

"Hand-held device 10 may include a camera 12 for taking pictures using device 10. Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206.

*See, e.g.*, Examples 1–2, 34–35.

*See, e.g.*, Claims 1, 13, 27, 32–34. |

– 97 –



FIG. 1



FIG. 3



FIG. 11A

FIG. 11B

FIG. 11C

FIG. 11D

FIG. 11E

FIG. 11F

| | |
|---|---|
| receiving a plurality of photographic images; | The Chambers Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71.<br><br>*See, e.g.*, Examples 1–2.<br><br>*See, e.g.*, Claims 3. |



FIG. 3





| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

a weblog or other file sharing service." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.
   In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

– 107 –

|  | server 46." Chambers Application ¶¶ 116–17. |
|  | *See, e.g.*, Examples 1–2, 10, 25. |
|  | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| | |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images. | The Chambers Application discloses the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"Also, location information can be obtained at block 206 (such as from a location application 114—FIG. 2—and/or location circuit 24—FIG. 1) and added to the image file at block 230. Location information can include coordinate information such as latitude and longitude coordinates; text information such as one or more of the name of the street, city, state, province, country and/or other location designation at which the image was obtained; information regarding the cell towers in the vicinity of device 10, etc. In many embodiments, the location information is retrieved automatically from a location determining circuit 24 (FIG. 1) or based on data from a location determining circuit 24 compared to a location name (e.g. map) database of a location application 114 (FIG. 2). Location information can also be obtained by comparing the network address (e.g. MAC addresses or other information) from a point used to access a network (e.g. a WiFi network) compared to a database (which may be on or remote from device 10) that identifies the location of the access point (identified based on the MAC address recorded when the image was captured).    Where location name information is to be added, device 10 may be configured to store the location name information (e.g. in memory 34,38, hard-coded, etc.) for a range of locations, including the location at which the image is captured." Chambers Application ¶¶ 27–28.<br><br>"If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |

"Filters selectable by a user may include filter options 414,416 of varying degrees of specificity. As a first example, referring to FIG. 9, a first filter menu 402 may cover a broad range (e.g. month in which photo was taken, state where photo was taken, groups that have been set 218 by a user, etc.). A second filter menu 418 may be responsive to the selection 410 on the first filter menu 402 to display filter options that are narrower and related to the broad filter option 410 selected in the first filter menu 402.

As a second example, referring to FIG. 6, a first filter menu 402 can include multiple filter options 414 of varying specificity within the same menu 402. A single filter menu can include a first filter option directed to a broad category (e.g. the state of California) and a second filter option directed to categories that are within and narrower than the first filter option (e.g. cities within California). The filter menu 402 may include a third filter option that is narrower than and/ or within the second filter option (e.g. areas, streets, etc. within a city)." Chambers Application ¶¶ 73–74.

"As a more concrete example, referring to FIG. 6, device 10 (FIG. 1) may identify that pictures 406 were taken in particular locations (e.g. various cities in California, New York, France, etc.) and, in response, generate filter options 414 corresponding to those locations (and not generating filter options for locations not represented in the non-image data of the image files)." Chambers Application ¶ 76.

"Referring to FIG. 2, in addition to selecting images from a calendar application 116, images may also be selected from a location application 114. For example, a location application may be configured to display a map. A user may select a geographic region of the map and then all images may be filtered by location such that all images associated with that geographic region may be displayed. A user may be allowed to navigate through different degrees of specificity of the map data (e.g. world, country, region, city, street, etc.) such that filters having different degrees of specificity may be displayed to a user. Filter options may be provided to the user in the form of icons on the map that indicate where images were obtained. A user may select a filter by selecting an icon." Chambers Application ¶ 87.

|  | "In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103. *See, e.g.*, Examples 1–2, 16, 19, 23–24. *See, e.g.*, Claims 26. |
|---|---|



FIG. 2



FIG. 3





FIG.9

| | |
|---|---|
| **Claim 16** | |
| 16. A method performed by an image-capturing mobile device, comprising | The Chambers Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"Referring to FIGS. 1 and 2, a system 8 includes a portable hand-held device 10. The portable handheld device 10 may be a cell phone (such as a Smartphone) that includes a cellular transceiver 36. Portable hand held device 10 may include a camera 12 to capture images. Camera 12 may be configurable to capture still images (pictures), moving images (movies), or both still and moving images." Chambers Application ¶ 12. |

|  | "The images operated on by image application 112 may include images captured by camera 12, and/or may include images obtained from sources other than camera 12." Chambers Application ¶ 17.<br><br>"Referring back to FIG.1, portable device 10 may be a mobile computing device capable of executing software programs. The device 10 may be implemented as a combination handheld computer and mobile telephone, sometimes referred to as a smart phone. Examples of smart phones include, for example, Palm® products such as Palm® Treo TM smart phones. Although some embodiments may be described with portable device 10 implemented as a smart phone by way of example, it may be appreciated that the embodiments are not limited in this context. For example, portable device 10 may comprise, or be implemented as, any type of wireless device, mobile station, or portable computing device with a self-contained power source (e.g., battery) such as a laptop computer, ultra-laptop computer, personal digital assistant (PDA), cellular telephone, combination cellular telephone/PDA, mobile unit, subscriber station, user terminal, portable computer, handheld computer, palmtop computer, wearable computer, media player, camera, pager, messaging device, data communication device, and so forth." Chambers Application ¶ 186.<br><br>"Hand-held device 10 may include a camera 12 for taking pictures using device 10. Camera 12 may include a CCD sensor, a CMOS sensor, or some other type of image sensor capable of obtaining an image (particularly, images sensors capable of obtaining an image formed as an array of pixels)." Chambers Application ¶ 206.<br><br>*See, e.g.*, Examples 1–2, 34–35.<br><br>*See, e.g.*, Claims 1, 13, 27, 32–34. |
|  |  |



FIG. 1



FIG. 3



| receiving a plurality of photographic | The Chambers Application discloses receiving a plurality of photographic images. |

| images; | For example: |
|---|---|
| | "Referring to FIG. 3, an image application 112 may handle images obtained (captured) by camera 12 of device 10 at block 202 and/or images obtained (imported) from a source outside of device 10 at block 222." Chambers Application ¶ 19. |



FIG. 3

| filtering the plurality of photographic images using a transfer criteria; and | The Chambers Application discloses filtering the plurality of photographic images using a transfer criteria. |
| --- | --- |
| | For example: |
| | "Image application 112 may include various filters used to limit the number of images displayed. As discussed below, these filters may be user selectable, may use the data in the image file obtained from non-image applications including any of the non-image applications discussed below, may be configured based on data in the image files 104 stored on device 10, etc." Chambers Application ¶ 16. |
| | "If large numbers of image files exist, device 10 may include ways to reduce the number of files through which a user needs to sort to select an image for sharing, viewing, or taking other actions. This may include filtering images 246 using generated filters 244, pre-configured filters, user entered filters, or some other type of filter. The filters may relate to any information such as any one or combination of the non-image data discussed above which may be associated with an image file. As shown in FIGS. 5-9, a pair of filters may include a location filter and a time filter." Chambers Application ¶ 71. |
| | *See, e.g.*, Examples 1–2. |
| | *See, e.g.*, Claims 3. |



FIG. 3





FIG.9

| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Chambers Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Images captured by camera 12 may be processed by processing circuit 32 (e.g. microprocessor 26 and/or image processing hardware 16). Image files based on the captured images may be saved in memory 34,38, transmitted to other systems 46,48 (e.g. by transmitters 36,44 or data port 40), or otherwise processed by device 10." Chambers Application ¶ 13.<br><br>"Device 10 may also be configured to share images 264 to which device 10 has access. Device 10 may be configured to share pictures in a message (e.g. e-mail, SMS, MMS, etc.) or may be configured to transmit the images over a network (e.g. to |

– 126 –

a weblog or other file sharing service." Chambers Application ¶ 70.

"In addition to displaying (242) images based on filters, the filters could be used for other applications. For example, filters could be used to arrange images into folders (e.g. virtual albums, system files, etc.) based on associations of images, could be used to send image data to others (e.g. contacts from a contacts application 118, a web server, etc.) to share images, etc. These actions may be taken automatically by device 10, or may be done in response to a user input." Chambers Application ¶ 99.

"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.

"Referring to FIG. 3, any image stored on and/or captured by system 8 may be uploaded 264 to a server (e.g. weblog) from device 10. System 8 may be configured to access upload data 260, format the image file 230 based on the upload data, and then transmit 264 the formatted image file." Chambers Application ¶ 109.

"Program 150 may be configured to format the image file 282 (FIG. 4) and upload the image file 284 to a second remote entity such as a web hosting server 48 configured to run a web hosting program 152 designed to share images from the image file.

In addition to performing the illustrated steps on either of server 46 or device 10, any combination of the steps may be performed on a combination of device 10 and

| | server 46." Chambers Application ¶¶ 116–17. |
| | *See, e.g.*, Examples 1–2, 10, 25. |
| | *See, e.g.*, Claims 12, 22–23, 34. |



FIG. 3

| | |
|---|---|
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Chambers Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"For example, device 10 may be configured to detect the presence of a device associated with a second person (e.g. a user's 'buddy'). This may be done, for example, by creating a wireless link such as a Bluetooth link between the two devices. As another example, device 10 and the device of the second user may both be tracked by a tracking service (e.g. using a location circuit such as a GPS circuit in each device). Device 10 may be configured to access the tracking service information to determine which people were in the user's vicinity around the time the image was captured." Chambers Application ¶ 60.<br><br>"If an image is captured around a time during which a buddy is present, information relating to the presence of the buddy may be associated with the image (e.g. added to the image file of the image). This information may be used to share images with the second person (see discussion below) . . . ." Chambers Application ¶ 62.<br><br>"In addition to selecting an image using a calendar application 116 or a location application 114, images may be selected using a contact information application 118. For example, if non-image data in the image files on device 10 indicate that a contact has been identified in or is associated with (e.g. is in the picture, was at an event at which the picture was captured, etc.) one or more images, an image icon similar to icon 508 (FIG. 10) may be associated with that contact's record. Selecting the icon may cause device 10 to filter and display images based on the contact's information. The images associated with a contact may be shared with the contact. For example, a user may be presented with a control option that allows the user to send a contact all images associated with the contact (and/or associated with contact and meeting some other filter). Chambers Application ¶ 88.<br><br>"In one embodiment, a messaging (e.g. e-mail, SMS, etc.) application 102 (FIG. 2) |

|  | has the ability to automatically attach multiple images to a message in response to a user input. The user input could include a filter option that filters images to be attached based on common non-image data (e.g. data indicating that the picture is of a member of a group, data indicating that a picture is associated with an event, data indicating that pictures were taken within a common time and location, etc.). As one example, a messaging application 102 may be configured to automatically construct an e-mail message to all attendees of an event 518 (FIG. 10) that contains all images associated with the event 518. The messaging application 102 may be configured to construct the message based on an input from the calendar application 116 (FIG. 2), and may access a contact application 118 (FIG. 2) to obtain the contact information for the attendees of the event 518." Chambers Application ¶ 103.<br><br>"The group options presented to the user may be based on the individuals who are in the image. For instance, if non-image data in the image file indicates that the image includes the user's children, an option may be presented to send the picture to everyone in a 'family' group." Chambers Application ¶ 105.<br><br>*See, e.g.*, Examples 1, 7–8, 25, 29–31.<br><br>*See, e.g.*, Claims 4–6, 23. |
|--|--|



FIG. 3

## MARC DAVIS ET AL., MMM2: MOBILE MEDIA METADATA FOR MEDIA SHARING
### (THE "DAVIS PUBLICATION")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | MMM2: MOBILE MEDIA METADATA FOR MEDIA SHARING (THE "DAVIS PUBLICATION") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Davis Publication discloses an image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract.<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1. |

"In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1.

"We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.

"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

| a wireless receiver; | The Davis Publication discloses a wireless receiver. |
|---|---|
| | For example: |
| | "Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1. |
| | "The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| a wireless transmitter; and | The Davis Publication discloses a wireless transmitter. |
| | For example: |
| | "Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1. |
| | "The MMM2 architecture consists of three ma or components: the context logger, the |

| | |
|---|---|
| | metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Davis Publication discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a cameraphone with wireless networking capabilities and the uploading and sharing of newly created media, it would have been obvious and/or inherent that the cameraphone's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled uploading and sharing of the created media. |

| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Davis Publication discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a photo management system, it would have been obvious and/or inherent that the cameraphone's processor would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled management of the captured media. |
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract.<br><br>"Nonetheless, current media capture and sharing on cameraphones has been |

| | |
|---|---|
| | hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.<br><br>"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.<br><br>"The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and  ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3.<br><br>To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni ues in the Davis system. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al.,  *e  ge        e      e       ge e        e e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni ues disclosed in the prior art into the Davis system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images. |

– 6 –

| | For example: |
| --- | --- |
| | "Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre  uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract. |
| | "Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1. |
| | "Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the   uestion of 'Whom do I want to share this photo with  '" Davis Publication, p. 1, ¶ 1. |
| | "Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 |

than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75   of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207   (36   of photos were shared before the introduction of the share guesser). These findings, supported as well by   ualitative research with our users  6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"In our   ualitative research both with our users and other cameraphone and digital camera users as well, the primary compliant (sic) is the difficulty of getting photos off the phone and onto the web so they can be effectively managed and shared." Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of there being many ways (MMS, email, http upload, Bluetooth and infrared locally), but no easy consistent way to share photos from the cameraphone." Davis Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients

– 8 –

and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"In MMM2 there are two main usage scenarios on the cameraphone, with additional functionality on the web application. Our focus here is on the capabilities of MMM2 to support automatic uploading and sharing of photos from the cameraphone." Davis Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

| | |
|---|---|
| | "The sharing process begins in the same way as the background upload process. After media capture, the user may optionally caption the image, then decide whether to share immediately or simply let the image upload in the background for later use." Davis Publication, p. 3, ¶ 5.<br><br>"If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.<br><br>"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.<br><br>"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8. |



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

| | |
|---|---|
| | enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3.<br><br>To the extent Davis does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techni ues in the Davis system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of mobile-to-mobile transfer of filtered photos. *See, e.g.,* Bhavan Gandhi et al., *e ge    e    e    ge e        e  e   e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis system because it would facilitate sharing photos, a central problem the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Davis Publication discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell |

phones, are always-at hand." Davis Publication, p. 1, ¶ 1.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media. In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone with 60 users over 4 months to use contextual metadata and annotation at the point of capture to infer media content, to answer in effect the  uestion: 'What did I  ust take a photo of  '" Davis Publication, p. 1, ¶ 1.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:
    *e*   (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);  *e*           *e*   (through network time servers); and
    *e*   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

To the extent Davis does not explicitly disclose the transfer criteria is a geographic location of the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate this transfer criteria in the Davis system. The Davis system already discloses automatically gathering contextual metadata about where the media is captured, and discloses using contextual metadata to support the management and sharing of captured media. Further, using geographic location of the image-capturing mobile device as transfer criteria is well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of this transfer criteria. *See, e.g.*, Bhavan Gandhi et al., *e  ge      e       e      ge e         e  e   e* (the "Gandhi Reference"), U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the " ung

| | |
|---|---|
| | Application"); U.S. Patent Application Publication No. 2004/0004663 (the "Kahn Application'); and U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"). A person of ordinary skill in the art would have been motivated to combine the use of geographic location of the image-capturing mobile device as transfer criteria from the prior art into the Davis system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| **Claim 5** | |
| 5. An image-capturing mobile device, comprising | The Davis Publication discloses an image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract.<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1. |

| | |
|---|---|
| | "We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.<br><br>"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.<br><br><br><br>**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen** |
| a wireless receiver; | The Davis Publication discloses a wireless receiver.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); |

| | |
|---|---|
| | programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| a wireless transmitter; and | The Davis Publication discloses a wireless transmitter.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |

| | |
|---|---|
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Davis Publication discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a cameraphone with wireless networking capabilities and the uploading and sharing of newly created media, it would have been obvious and/or inherent that the cameraphone's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled uploading and sharing of the created media. |
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Davis Publication discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example: |

– 17 –

| | "The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a photo management system, it would have been obvious and/or inherent that the cameraphone's processor would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled management of the captured media. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract.<br><br>"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1. |

| | |
|---|---|
| | "MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and  ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3.

To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni  ues in the Davis system. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al., *e  ge      e     e      ge e         e e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "  ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni  ues disclosed in the prior art into the Davis system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.

For example:

"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure |

– 19 –

encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the  uestion of 'Whom do I want to share this photo with '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre  uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75    of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by

207   (36   of photos were shared before the introduction of the share guesser).
These findings, supported as well by   ualitative research with our users  6 , indicate
the value of the automatic upload of cameraphone photos to a web server as well as
the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting
photos off the phone; finding and managing photos; and sharing photos." Davis
Publication, p. 2, ¶ 1.

"In our   ualitative research both with our users and other cameraphone and digital
camera users as well, the primary compliant (sic) is the difficulty of getting photos
off the phone and onto the web so they can be effectively managed and shared."
Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of
there being many ways (MMS, email, http upload, Bluetooth and infrared locally),
but no easy consistent way to share photos from the cameraphone." Davis
Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background
uploading of cameraphone photos to a web-based photo management and sharing
application; ac  uiring system and user created metadata to support photo
management and sharing; and automatically suggesting sharing recipients on the
phone and in the web application based on sharing fre  uency and Bluetooth-sensed
co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some
of the limitations of prior work, leverages metadata about prior fre  uent recipients
and Bluetooth-sensed co-present potential recipients to automatically rank and
suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"In MMM2 there are two main usage scenarios on the cameraphone, with additional
functionality on the web application. Our focus here is on the capabilities of MMM2

– 21 –

to support automatic uploading and sharing of photos from the cameraphone." Davis Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

"The sharing process begins in the same way as the background upload process. After media capture, the user may optionally caption the image, then decide whether to share immediately or simply let the image upload in the background for later use." Davis Publication, p. 3, ¶ 5.

| | "If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.<br><br>"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.<br><br>"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8. |
|---|---|



Figure 2. MMM2 Share-a-photo Screen (Joined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

|  | enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3.<br><br>To the extent Davis does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techni ues in the Davis system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of mobile-to-mobile transfer of filtered photos. *See, e.g.,* Bhavan Gandhi et al., *e ge    e     e    ge e       e e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis system because it would facilitate sharing photos, a central problem the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The Davis Publication discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata |

(when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media.In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone with 60 users over 4 months to use contextual metadata and annotation at the point of capture to infer media content, to answer in effect the  uestion: 'What did I  ust take a photo of '" Davis Publication, p. 1, ¶ 1.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:
    *e*   (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);  *e*           *e*   (through network time servers); and
    *e*   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

To the extent Davis does not explicitly disclose the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate this transfer criteria in the Davis system. The Davis system already discloses automatically gathering contextual metadata about where the media is captured, and discloses using contextual metadata to support the management and sharing of captured media. Further, using geographic location associated with a respective photographic image within the plurality of photographic images as transfer criteria was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of this transfer criteria. *See, e.g.*, Bhavan Gandhi et al.,   *e  ge*     *e*      *e*       *ge e*         *e*

– 26 –

| | |
|---|---|
| | *Devices* (the "Gandhi Reference"), U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"); U.S. Patent Application Publication No. 2004/0004663 (the "Kahn Application'); and U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"). A person of ordinary skill in the art would have been motivated to combine the use of geographic location associated with a respective photographic image within the plurality of photographic images as transfer criteria from the prior art into the Davis system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| **Claim 8** | |
| 8. An image-capturing mobile device, comprising | The Davis Publication discloses an image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract.<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at-hand." Davis Publication, p. 1, ¶ 1. |

|  | "In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1.<br><br>"We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.<br><br>"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.<br><br><br><br>**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen** |
| a wireless receiver; | The Davis Publication discloses a wireless receiver.<br><br>For example: |

| | |
|---|---|
| | "Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| a wireless transmitter; and | The Davis Publication discloses a wireless transmitter.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 |

| | |
|---|---|
| | application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Davis Publication discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a cameraphone with wireless networking capabilities and the uploading and sharing of newly created media, it would have been obvious and/or inherent that the cameraphone's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled uploading and sharing of the created media. |
| wherein the processor is configured to initiate and/or perform receiving a | The Davis Publication discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images. |

– 30 –

| plurality of photographic images; | For example:<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a photo management system, it would have been obvious and/or inherent that the cameraphone's processor would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled management of the captured media. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract.<br><br>"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain |

| | within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.<br><br>"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.<br><br>"The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and  ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3.<br><br>To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni ues in the Davis system. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al., *e ge e e ge e e e e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni ues disclosed in the prior art into the Davis system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example: |

"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the   uestion of 'Whom do I want to share this photo with  '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing

fre uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75  of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207  (36  of photos were shared before the introduction of the share guesser). These findings, supported as well by  ualitative research with our users  6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"In our  ualitative research both with our users and other cameraphone and digital camera users as well, the primary compliant (sic) is the difficulty of getting photos off the phone and onto the web so they can be effectively managed and shared." Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of there being many ways (MMS, email, http upload, Bluetooth and infrared locally), but no easy consistent way to share photos from the cameraphone." Davis Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

– 34 –

"In MMM2 there are two main usage scenarios on the cameraphone, with additional functionality on the web application. Our focus here is on the capabilities of MMM2 to support automatic uploading and sharing of photos from the cameraphone." Davis Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

"The sharing process begins in the same way as the background upload process. After media capture, the user may optionally caption the image, then decide whether to

share immediately or simply let the image upload in the background for later use."
Davis Publication, p. 3, ¶ 5.

"If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.

"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.

"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8.



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

| | enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3. |
|---|---|
| | To the extent Davis does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techni ues in the Davis system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of mobile-to-mobile transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *e ge       e       e       ge e             e   e   e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis system because it would facilitate sharing photos, a central problem the Davis system was designed to address. Motivation to combine may also be found in the references cited above. |
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Davis Publication discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically |

suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the uestion of 'Whom do I want to share this photo with '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75  of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207  (36  of photos were shared before the introduction of the share guesser). These findings, supported as well by  ualitative research with our users  6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:        *e*   (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);   *e*            *e*   (through network time servers); and        *e*   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

"If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.

"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.

"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients

in descending order of fre uency." Davis Publication, p. 3, ¶ 8.



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

<table>
<tr><td></td><td>"The MMM2 share guesser listed the names users wanted to share within the top 5 entries in the Suggested Recipients list 60% of the time and in the top 10 entries 77% of the time. The use of Bluetooth-sensed co-presence data increased the share guesser accuracy over frequency of sharing data alone by 15% . . . . Users found the share guesser to be accurate and helpful in<br>most situations: "The Suggested Recipients are usually right on." Davis Publication, p. 4, ¶ 2.<br><br>"MMM2 addresses fundamental challenges in mobile media application design by enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and frequency of prior sharing." Davis Publication, p. 4, ¶ 3.</td></tr>
<tr><td colspan="2"><strong>Claim 9</strong></td></tr>
<tr><td>9. A method performed by an image-capturing mobile device, comprising</td><td>The Davis Publication discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract.<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user</td></tr>
</table>

<table>
<tr>
<td></td>
<td>interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.

"In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1.

"We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.

"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.</td>
</tr>
</table>



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

| receiving a plurality of photographic images; | The Davis Publication discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a photo management UI, it would have been obvious and/or inherent that the cameraphone would perform receiving a plurality of |

| | |
|---|---|
| | photographic images, as such would have facilitated or enabled management of the created media. |
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract.<br><br>"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.<br><br>"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.<br><br>"The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and   ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3. |

| | To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni ues in the Davis method. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al., *e ge    e    e    ge e    e  e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni ues disclosed in the prior art into the Davis method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
|---|---|
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, |

p. 1, Abstract.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the  uestion of 'Whom do I want to share this photo with  '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre  uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75  of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207  (36  of photos were shared before the introduction of the share guesser). These findings, supported as well by  ualitative research with our users  6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"In our  ualitative research both with our users and other cameraphone and digital

<table>
<tr>
<td></td>
<td>

camera users as well, the primary compliant (sic) is the difficulty of getting photos off the phone and onto the web so they can be effectively managed and shared." Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of there being many ways (MMS, email, http upload, Bluetooth and infrared locally), but no easy consistent way to share photos from the cameraphone." Davis Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"In MMM2 there are two main usage scenarios on the cameraphone, with additional functionality on the web application. Our focus here is on the capabilities of MMM2 to support automatic uploading and sharing of photos from the cameraphone." Davis Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.

</td>
</tr>
</table>

– 48 –



**Figure 1. Nokia Camera App Screen and MMM2-Modified
Context App Upload Screen**

"The sharing process begins in the same way as the background upload process. After
media capture, the user may optionally caption the image, then decide whether to
share immediately or simply let the image upload in the background for later use."
Davis Publication, p. 3, ¶ 5.

"If 'Share' is clicked, the Opera web browser is launched and directed to a user-
specific sharing page. From this page, the user may share with any number of
suggested recipients, share with recipients from his or her address book, share with a
pre-determined list of people (like a mailing list), post to a blog, and/or add the photo
to an album." Davis Publication, p. 3, ¶ 6.

"The Suggested Recipients list is currently based on two sets of information:
Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is

| | |
|---|---|
| | built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.<br><br>"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8. |



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

<table>
<tr>
<td></td>
<td>enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3.

To the extent Davis does not explicitly disclose transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate capture-device-to-capture-device transmission techni ues in the Davis method. Capture-device-to-capture-device transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *e ge       e       e    ge e         e  e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis method because it would facilitate sharing photos, a central problem the Davis method was designed to address. Motivation to combine may also be found in the references cited above.</td>
</tr>
<tr>
<td>wherein the transfer criteria is a geographic location of the image-capturing mobile device.</td>
<td>The Davis Publication discloses the transfer criteria is a geographic location of the image-capturing mobile device.

For example:

"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell</td>
</tr>
</table>

– 52 –

phones, are always-at hand." Davis Publication, p. 1, ¶ 1.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media.In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone with 60 users over 4 months to use contextual metadata and annotation at the point of capture to infer media content, to answer in effect the  uestion: 'What did I  ust take a photo of  '" Davis Publication, p. 1, ¶ 1.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:
        _e_    (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);  _e_           _e_   (through network time servers); and
        _e_   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

To the extent Davis does not explicitly disclose the transfer criteria is a geographic location of the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate this transfer criteria in the Davis system. The Davis method already discloses automatically gathering contextual metadata about where the media is captured, and discloses using contextual metadata to support the management and sharing of captured media. Further, using geographic location of the image-capturing mobile device as transfer criteria was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of this transfer criteria. *See, e.g.*, Bhavan Gandhi et al., _e  ge     e      e    ge e        e   e  e_ (the "Gandhi Reference"), U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the " ung

| | |
|---|---|
| | Application"); U.S. Patent Application Publication No. 2004/0004663 (the "Kahn Application'); and U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"). A person of ordinary skill in the art would have been motivated to combine the use of geographic location of the image-capturing mobile device as transfer criteria from the prior art into the Davis method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
| **Claim 13** | |
| 13. A method performed by an image-capturing mobile device, comprising | The Davis Publication discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract.<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.<br><br>"In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1. |

<table>
<tr>
<td></td>
<td>

"We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.

"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

</td>
</tr>
<tr>
<td>

receiving a plurality of photographic images;

</td>
<td>

The Davis Publication discloses receiving a plurality of photographic images.

For example:

"The MMM2 architecture consists of three ma or components: the context logger, the

</td>
</tr>
</table>

– 55 –

| | |
|---|---|
| | metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7.<br><br>Based on Davis's disclosure of a photo management UI, it would have been obvious and/or inherent that the cameraphone would perform receiving a plurality of photographic images, as such would have facilitated or enabled management of the created media. |
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract.<br><br>"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1. |

| | |
|---|---|
| | "MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1. |
| | "The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and   ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3. |
| | To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni  ues in the Davis method. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al., *e ge     e      e     ge e        e e e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "  ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni  ues disclosed in the prior art into the Davis method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We |

– 57 –

have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the   uestion of 'Whom do I want to share this photo with  '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75    of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207    (36    of photos were shared before the introduction of the share guesser).

These findings, supported as well by  ualitative research with our users  6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"In our  ualitative research both with our users and other cameraphone and digital camera users as well, the primary compliant (sic) is the difficulty of getting photos off the phone and onto the web so they can be effectively managed and shared." Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of there being many ways (MMS, email, http upload, Bluetooth and infrared locally), but no easy consistent way to share photos from the cameraphone." Davis Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac  uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre  uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre  uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"In MMM2 there are two main usage scenarios on the cameraphone, with additional functionality on the web application. Our focus here is on the capabilities of MMM2 to support automatic uploading and sharing of photos from the cameraphone." Davis

– 59 –

Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

"The sharing process begins in the same way as the background upload process. After media capture, the user may optionally caption the image, then decide whether to share immediately or simply let the image upload in the background for later use." Davis Publication, p. 3, ¶ 5.

"If 'Share' is clicked, the Opera web browser is launched and directed to a user-

|  | specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.<br><br>"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.<br><br>"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8. |
| --- | --- |



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

| | enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3.<br><br>To the extent Davis does not explicitly disclose transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate capture-device-to-capture-device transmission techni ues in the Davis method. Capture-device-to-capture-device transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al.,  *e  ge       e       e   ge e       e e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis method because it would facilitate sharing photos, a central problem the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
| --- | --- |
| wherein the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images. | The Davis Publication discloses the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata |

(when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media.In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone with 60 users over 4 months to use contextual metadata and annotation at the point of capture to infer media content, to answer in effect the  uestion: 'What did I  ust take a photo of '" Davis Publication, p. 1, ¶ 1.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:
       $e$   (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);  $e$         $e$   (through network time servers); and
       $e$   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

To the extent Davis does not explicitly disclose the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate this transfer criteria in the Davis system. The Davis method already discloses automatically gathering contextual metadata about where the media is captured, and discloses using contextual metadata to support the management and sharing of captured media. Further, using geographic location associated with a respective photographic image within the plurality of photographic images as transfer criteria was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of this transfer criteria. *See, e.g.*, Bhavan Gandhi et al.,   *e   ge      e      e     ge e           e*

– 64 –

| | |
|---|---|
| | *Devices* (the "Gandhi Reference"), U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"); U.S. Patent Application Publication No. 2004/0004663 (the "Kahn Application'); and U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"). A person of ordinary skill in the art would have been motivated to combine the use of geographic location associated with a respective photographic image within the plurality of photographic images as transfer criteria from the prior art into the Davis method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
| **Claim 16** | |
| 16. A method performed by an image-capturing mobile device, comprising | The Davis Publication discloses a method performed by an image-capturing mobile device. <br><br> For example: <br><br> "Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties." Davis Publication, p. 1, Abstract. <br><br> "Cameraphones combine several key features which make them a potentially transformative platform for digital imaging: media capture (photo, audio, video); programmable processing using open standard operating systems, languages, and APIs; wireless networking; personal information management functions; new user interface affordances (especially speech); automatically gathered contextual metadata (when, where, and by and with whom media is captured and shared); and, as cell phones, are always-at hand." Davis Publication, p. 1, ¶ 1. |

| | |
|---|---|
| | "In 2003, we built, deployed, and tested our Mobile Media Metadata (MMM1) prototype running on the Nokia 3650 cameraphone . . . ." Davis Publication, p. 1, ¶ 1.

"We developed MMM2 to run on the Nokia 7610 cameraphone and have deployed it in a relatively large scale six-month trial to 60 users (40 students, 20 researchers)." Davis Publication, p. 1, ¶ 2.

"The goal of our design of the image capture interaction was to keep it as simple as possible. We use the built-in camera software that ships with the phone, using a background process to monitor this application's activity." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen** |
| receiving a plurality of photographic images; | The Davis Publication discloses receiving a plurality of photographic images. |

| | For example: |
|---|---|
| | "The MMM2 architecture consists of three ma or components: the context logger, the metadata backend, and the photo management UI. The context logger (developed by and modified in cooperation with the University of Helsinki Department of Computer Science Context Pro ect: http://www.cs.helsinki.fi/group/context/) is a Series 60 application that both captures and uploads newly created media (photos, videos, and sound clips) and related contextual metadata. This information is uploaded via http to a servlet, parsed, and stored in our metadata backend." Davis Publication, p. 2, ¶ 7. |
| | Based on Davis's disclosure of a photo management UI, it would have been obvious and/or inherent that the cameraphone would perform receiving a plurality of photographic images, as such would have facilitated or enabled management of the created media. |
| filtering the plurality of photographic images using a transfer criteria; and | The Davis Publication discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "Cameraphones are rapidly becoming a global platform for everyday digital imaging especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing." Davis Publication, p. 1, Abstract. |
| | "Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured |

| | |
|---|---|
| | media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"The popularity of cameraphone photos is also the root of their problems: as users take more and more photos on their cameraphones the affordances of the cameraphone user interface—small screen, slow scrolling, and difficult text entry of annotations and  ueries—make it exceedingly hard to find photos once the collection is larger than can be easily browsed." Davis Publication, p. 2, ¶ 3.

To the extent Davis does not explicitly disclose filtering the plurality of photographic images using a transfer criteria, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techni ues in the Davis method. Filtering was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering. *See, e.g.*, Bhavan Gandhi et al., *e ge    e    e    ge e        e e  e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techni ues disclosed in the prior art into the Davis method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos, the three central problems the Davis method was designed to address. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Davis Publication discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"Cameraphones are rapidly becoming a global platform for everyday digital imaging |

especially for networked sharing of media from mobile devices. However, their constrained user interfaces and the current network and application infrastructure encumber the basic tasks of transferring, finding, and sharing captured media. We have deployed a prototype context-aware cameraphone application for mobile media sharing (MMM2) that aims to overcome these difficulties. MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Nonetheless, current media capture and sharing on cameraphones has been hampered by three key problems: getting media off device; finding and managing media assets; and sharing media. The affordances of the platform, however, contain within them the seeds of a solution: to enable users to automatically upload captured media, and to use contextual metadata to support the management and sharing of captured media." Davis Publication, p. 1, ¶ 1.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the  uestion of 'Whom do I want to share this photo with  '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre  uency and Bluetooth-sensed co-presence) appears both to support a high degree

of sharing (75 of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207 (36 of photos were shared before the introduction of the share guesser). These findings, supported as well by ualitative research with our users 6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"In our ualitative research both with our users and other cameraphone and digital camera users as well, the primary compliant (sic) is the difficulty of getting photos off the phone and onto the web so they can be effectively managed and shared." Davis Publication, p. 2, ¶ 2.

"Sharing photos on cameraphones, like uploading them, suffers from the problem of there being many ways (MMS, email, http upload, Bluetooth and infrared locally), but no easy consistent way to share photos from the cameraphone." Davis Publication, p. 2, ¶ 4.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

– 70 –

"In MMM2 there are two main usage scenarios on the cameraphone, with additional functionality on the web application. Our focus here is on the capabilities of MMM2 to support automatic uploading and sharing of photos from the cameraphone." Davis Publication, p. 3, ¶ 3.

"Immediately after a new photo is captured (see Figure 1 left), the user is prompted to caption and/or share the image. . . . The user has the choice of returning to the camera application (by pressing 'Back') or sharing the image (by pressing 'Share')." Davis Publication, p. 3, ¶ 4.



**Figure 1. Nokia Camera App Screen and MMM2-Modified Context App Upload Screen**

"The sharing process begins in the same way as the background upload process. After media capture, the user may optionally caption the image, then decide whether to share immediately or simply let the image upload in the background for later use."

|  | Davis Publication, p. 3, ¶ 5.<br><br>"If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.<br><br>"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.<br><br>"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients in descending order of fre uency." Davis Publication, p. 3, ¶ 8. |
|--|--|



Figure 2. MMM2 Share-a-photo Screen ( oined Screenshots)

"MMM2 addresses fundamental challenges in mobile media application design by

<table>
<tr>
<td></td>
<td>

enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre uency of prior sharing." Davis Publication, p. 4, ¶ 3.

To the extent Davis does not explicitly disclose transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate capture-device-to-capture-device transmission techni ues in the Davis method. Capture-device-to-capture-device transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *e ge        e                       e       ge e            e  e   e* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techni ues disclosed in the prior art into the Davis method because it would facilitate sharing photos, a central problem the Davis method was designed to address. Motivation to combine may also be found in the references cited above.

</td>
</tr>
<tr>
<td>

wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.

</td>
<td>

The Davis Publication discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.

For example:

MMM2 leverages the point of capture and of sharing to gather metadata, and uses metadata to support sharing. Based on the early results of the first 6 weeks of a six-month trial involving 60 users, indications are that with MMM2 users are actively capturing and sharing photos. The ability to automatically upload photos from a cameraphone to a web-based photo management application and to automatically

</td>
</tr>
</table>

– 74 –

suggest sharing recipients at the time of capture based on Bluetooth-sensed co-presence and sharing fre uency promise to reduce the current difficulty of mobile media sharing." Davis Publication, p. 1, Abstract.

"Based on findings from MMM1, we learned that in addition to capture, sharing is a key point in the mobile media lifecycle—one at which metadata is often already produced—and that sharing and metadata could be used in a mutually reinforcing way. In our Mobile Media Metadata 2 (MMM2) system we use sharing to gather metadata and metadata to support sharing to answer the uestion of 'Whom do I want to share this photo with '" Davis Publication, p. 1, ¶ 1.

"Six weeks into the six month trial, we gathered preliminary, but significant, findings: on average per user per day far more pictures have been taken in MMM2 than MMM1 (more than 13 times more—see Table 1); and our use of metadata to support sharing (by automatically suggesting share recipients based on sharing fre uency and Bluetooth-sensed co-presence) appears both to support a high degree of sharing (75 of personal photos taken were shared after the introduction of the automatic suggesting of share recipients) and to have increased the rate of sharing by 207 (36 of photos were shared before the introduction of the share guesser). These findings, supported as well by ualitative research with our users 6 , indicate the value of the automatic upload of cameraphone photos to a web server as well as the automatic suggestion of sharing recipients." Davis Publication, p. 1, 2.

"MMM2 is designed to address three central problems in cameraphone use: getting photos off the phone; finding and managing photos; and sharing photos." Davis Publication, p. 2, ¶ 1.

"MMM2 works to address these problems by: enabling automatic background uploading of cameraphone photos to a web-based photo management and sharing application; ac uiring system and user created metadata to support photo management and sharing; and automatically suggesting sharing recipients on the phone and in the web application based on sharing fre uency and Bluetooth-sensed co-presence." Davis Publication, p. 2, ¶ 4.

"MMM2 also enables automatic background photo uploading, but overcoming some of the limitations of prior work, leverages metadata about prior fre uent recipients and Bluetooth-sensed co-present potential recipients to automatically rank and suggest sharing recipients for a cameraphone photo." Davis Publication, p. 2, ¶ 5.

"By gathering metadata at the point of capture and through the sharing process itself, MMM2 produces and uses metadata in a mutually reinforcing way to automatically suggest likely sharing recipients. At capture time, MMM2 automatically records:
   *e*   (through CellID, Bluetooth-enabled GPS devices, and fixed location Bluetooth ob ects such as PCs);   *e*          *e*   (through network time servers); and
       *e*   (who is co-present determined by the association of sensed mobile Bluetooth devices and user names)." Davis Publication, p. 2, ¶ 6.

"If 'Share' is clicked, the Opera web browser is launched and directed to a user-specific sharing page. From this page, the user may share with any number of suggested recipients, share with recipients from his or her address book, share with a pre-determined list of people (like a mailing list), post to a blog, and/or add the photo to an album." Davis Publication, p. 3, ¶ 6.

"The Suggested Recipients list is currently based on two sets of information: Bluetooth-sensed co-presence and a user's sharing history. The co-presence list is built from the list of nearby devices and the stored association of person names and Bluetooth IDs entered by MMM2 users. Any person known to the MMM2 system may be suggested to a user who captures media in his or her presence, which encourages serendipitous media sharing." Davis Publication, p. 3, ¶ 7.

"The current, very simple Share Guesser, which assembles the Suggested Recipients list, first selects users who are present when the shared photo was captured. Then the list of users with whom the sharer has most fre uently shared in the past is appended to the Bluetooth co-presence list. Finally, users with whom the shared photo has already been shared are removed from this list. The resulting list is ordered with Bluetooth co-present users at the top of the list, followed by fre uent share recipients

in descending order of fre  uency." Davis Publication, p. 3, ¶ 8.



Figure 2. MMM2 Share-a-photo Screen (  oined Screenshots)

|  | "The MMM2 share guesser listed the names users wanted to share within the top 5 entries in the Suggested Recipients list 60  of the time and in the top 10 entries 77 of the time. The use of Bluetooth-sensed co-presence data increased the share guesser accuracy over fre  uency of sharing data alone by 15  . . . . Users found the share guesser to be accurate and helpful in most situations: "The Suggested Recipients are usually right on." Davis Publication, p. 4, ¶ 2.

"MMM2 addresses fundamental challenges in mobile media application design by enabling the automatic upload of photos and providing an easy sharing interface on the cameraphone that automatically suggests sharing recipients based on Bluetooth-sensed co-present people and fre  uency of prior sharing." Davis Publication, p. 4, ¶ 3. |

## BHAVAN GANDHI ET AL., INTELLIGENT MULTIMEDIA CONTENT MANAGEMENT ON MOBILE DEVICES (THE "GANDHI REFERENCE")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | INTELLIGENT MULTIMEDIA CONTENT MANAGEMENT ON MOBILE DEVICES (THE "GANDHI REFERENCE") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Gandhi Reference discloses an image-capturing mobile device.<br><br>For example:<br><br>"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, p. 1703, Abstract.<br><br>"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of those devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc)." Gandhi Reference, p. 1703, ¶ 1.<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.<br><br>"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color |

displays, and support for polyphonic sounds. Platforms support capturing and consuming photos ( PEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.

"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4.

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---|---|---|---|---|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I

MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.



Fig. 1.  Organization of the Architecture's Layers and Services

"Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi Reference, p. 1704 ¶ 3.

| a wireless receiver; | The Gandhi Reference discloses a wireless receiver.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |
|---|---|



Fig. 1.  Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| a wireless transmitter; and | The Gandhi Reference discloses a wireless transmitter.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |
| --- | --- |



Fig. 1.  Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| | |
|---|---|
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Gandhi Reference discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example: |



Fig. 1.  Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

"Our photo-finding application, named Media Assistant, is implemented in ava and runs on a limited device platform running a 400MH  Intel  Scale processor with 64 MB of memory." Gandhi Reference, p. 1705 ¶ 7.

| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Gandhi Reference discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example: |

|  | "The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can be classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

Based on Gandhi's disclosure of a media management system used to organi e, search, and retrieve media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be configured to initiate and/or perform receiving a plurality of

– 8 –

| | |
|---|---|
| | photographic images, as such would have facilitated or enabled management of the captured media. |
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"Media may he annotated with different types of metadata, e.g., E  IF, id3, or MPEG-7." Gandhi Reference, p. 1704 ¶ 4.

"The second category of low-level metadata operations includes the ability to search,

retrieve, generate, and delete metadata, verify existence of metadata and media bindings, manage metadata collections, and provide elementary search and　uery operations." Gandhi Reference, p. 1704 ¶ 4.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native　PEG (E　IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

"The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4.

"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.

"We use event groupings similar to those in　11　to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.

"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.

"When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways.

– 11 –

|  | Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera. |
| :--- | :--- |
|  | At this point, the user can choose to view pictures from one of the events, or he can refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2. |
|  | 

Original choice of attributes    Viewing 14 events from Boston, MA.    Selecting an available year    Viewing 8 events from Boston, MA in 2001.

Fig. 2.  Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.

For example: |

"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1.



Fig. 1. Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

– 13 –

| | |
|---|---|
| | "Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.<br><br>"After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Gandhi Reference discloses that the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.<br><br>"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.<br><br>"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori  ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.<br><br>At this point, the user can choose to view pictures from one of the events, or he can refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would |

<table>
<tr><td></td><td>be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.



Original choice of attributes    Viewing 14 events from Boston, MA.    Selecting an available year    Viewing 8 events from Boston, MA in 2001.

Fig. 2.   Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td></tr>
</table>

| Claim 5 |
|---------|

| 5. An image-capturing mobile device, comprising | The Gandhi Reference discloses an image-capturing mobile device.

For example:

"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, Abstract.

"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of these devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc)." Gandhi Reference, p. 1703, ¶ 1.

"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for |

users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.

"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color displays, and support for polyphonic sounds. Platforms support capturing and consuming photos ( PEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.

"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4.

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---|---|---|---|---|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I

MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.



Fig. 1. Organization of the Architecture's Layers and Services

"Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi Reference, p. 1704 ¶ 3.

| a wireless receiver; | The Gandhi Reference discloses a wireless receiver.

For example:

"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |



Fig. 1.  Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| a wireless transmitter; and | The Gandhi Reference discloses a wireless transmitter.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |
| --- | --- |



Fig. 1. Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Gandhi Reference discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example: |
|---|---|



Fig. 1.  Organization of the Architecture's Layers and Services

| | |
|---|---|
| | "Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

"Our photo-finding application, named Media Assistant, is implemented in ava and runs on a limited device platform running a 400MH Intel Scale processor with 64 MB of memory." Gandhi Reference, p. 1705 ¶ 7. |
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Gandhi Reference discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images. |

| | For example: |
| --- | --- |
| | "The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3. |
| | "Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5. |
| | "An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1. Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

Based on Gandhi's disclosure of a media management system used to organi e, search, and retrieve media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be configured to initiate and/or perform receiving a plurality of

| | photographic images, as such would have facilitated or enabled management of the captured media. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native  PEG (E  IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

"The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4.

"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.

"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.

"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.

"When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways. Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera.

   At this point, the user can choose to view pictures from one of the events, or he can

| | |
|---|---|
| | refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.<br><br><br>Fig. 2. Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

"Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.

– 27 –

| | |
|---|---|
| | "After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The Gandhi Reference discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.<br><br>"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.<br><br>"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.<br><br>At this point, the user can choose to view pictures from one of the events, or he can refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is |

<table>
<tr><td></td><td>illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.<br><br><br><br>Fig. 2. Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td></tr>
</table>

**Claim 8**

| 8. An image-capturing mobile device, comprising | The Gandhi Reference discloses an image-capturing mobile device.<br><br>For example:<br><br>"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, Abstract.<br><br>"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of those devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc.)." Gandhi Reference, p. 1703, ¶ 1.<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3. |
| --- | --- |

"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color displays, and support for polyphonic sounds. Platforms support capturing and consuming photos ( PEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.

"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4.

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---|---|---|---|---|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I
MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.



Fig. 1.  Organization of the Architecture's Layers and Services

"Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi Reference, p. 1704 ¶ 3.

| a wireless receiver; | The Gandhi Reference discloses a wireless receiver.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |
| --- | --- |



Fig. 1. Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| a wireless transmitter; and | The Gandhi Reference discloses a wireless transmitter.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |
|---|---|



Fig. 1.  Organization of the Architecture's Layers and Services

"Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Gandhi Reference discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example: |
|---|---|



Fig. 1.  Organization of the Architecture's Layers and Services

|  |  |
|---|---|
|  | "Lastly, the Device Interface Layer, which is present in current state-of-the-art mobile handsets, provides local connectivity for advanced features (e.g., Bluetooth, camera access, global positioning system, messaging services) as well as traditional features." Gandhi Reference, p. 1705 ¶ 3.<br><br>"Our photo-finding application, named Media Assistant, is implemented in ava and runs on a limited device platform running a 400MH  Intel   Scale processor with 64 MB of memory." Gandhi Reference, p. 1705 ¶ 7. |
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Gandhi Reference discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images. |

| | For example: |
| --- | --- |
| | "The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1. Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi e ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

Based on Gandhi's disclosure of a media management system used to organi e, search, and retrieve media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be configured to initiate and/or perform receiving a plurality of

| | photographic images, as such would have facilitated or enabled management of the captured media. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5. |
| | "An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1. Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi e ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native  PEG (E  IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

| | "The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4. |
| | "The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8. |
| | "We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8. |
| | "As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9. |
| | "When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways. Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera.<br>    At this point, the user can choose to view pictures from one of the events, or he can |

<table>
<tr>
<td></td>
<td>refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.



Fig. 2.   Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td>
</tr>
<tr>
<td>transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images,</td>
<td>The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.

For example:

"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1.</td>
</tr>
</table>

– 40 –



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

"Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.

| | |
|---|---|
| | "After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Gandhi Reference discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |



Fig. 1.  Organization of the Architecture's Layers and Services

To the extent Gandhi does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techni ues in the Gandhi system. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. *See, e.g.*, U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"), and Marc Davis et al.,                  *e       e              e        S          g* (the "Davis Publication"). A person of ordinary skill in the art would have been motivated to combine the selective pairing and

| | |
|---|---|
| | affinity group techniques disclosed in the prior art into the Gandhi system because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
| **Claim 9** | |
| 9. A method performed by an image-capturing mobile device, comprising | The Gandhi Reference discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, Abstract.<br><br>"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of those devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc.)." Gandhi Reference, p. 1703, ¶ 1.<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.<br><br>"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color displays, and support for polyphonic sounds. Platforms support capturing and consuming photos (JPEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.<br><br>"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4. |

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---------|-----------|---------|--------|--------------------|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I

MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.



Fig. 1. Organization of the Architecture's Layers and Services

"Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi

| | |
|---|---|
| | Reference, p. 1704 ¶ 3. |
| receiving a plurality of photographic images; | The Gandhi Reference discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3.<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1. Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

Based on Gandhi's disclosure of a media management method for organi ing, searching, and retrieving media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images.

| | |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native  PEG (E  IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

"The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4.

"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.

"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.

"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.

"When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways. Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera.

   At this point, the user can choose to view pictures from one of the events, or he can

<table>
<tr>
<td></td>
<td>refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.



Fig. 2.   Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td>
</tr>
<tr>
<td>transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images,</td>
<td>The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1.</td>
</tr>
</table>



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

"Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.

| | |
|---|---|
| | "After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Gandhi Reference discloses that the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.<br><br>"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.<br><br>"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.<br><br>At this point, the user can choose to view pictures from one of the events, or he can refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2. |



| Original choice of attributes | Viewing 14 events from Boston, MA. | Selecting an available year | Viewing 8 events from Boston, MA in 2001. |

Fig. 2.   Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographt.

| Claim 13 | |
|---|---|
| 13. A method performed by an image-capturing mobile device, comprising | The Gandhi Reference discloses a method performed by an image-capturing mobile device.

For example:

"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, Abstract.

"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of those devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc)." Gandhi Reference, p. 1703, ¶ 1.

"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3. |

"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color displays, and support for polyphonic sounds. Platforms support capturing and consuming photos ( PEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.

"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4.

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---------|-----------|---------|--------|--------------------|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I

MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.

– 55 –



Fig. 1.  Organization of the Architecture's Layers and Services

| | |
|---|---|
| | "Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi Reference, p. 1704 ¶ 3. |
| receiving a plurality of photographic images; | The Gandhi Reference discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3. |

– 56 –

"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.

"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6.



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone,

– 57 –

| | and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3. |
| | "Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3. |
| | Based on Gandhi's disclosure of a media management method for organi ing, searching, and retrieving media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5. |
| | "An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi e the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native  PEG (E  IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

"The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4.

"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.

"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.

"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.

"When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways. Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera.

    At this point, the user can choose to view pictures from one of the events, or he can

– 60 –

<table>
<tr>
<td></td>
<td>refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.



Original choice of attributes.    Viewing 14 events from Boston, MA.    Selecting an available year    Viewing 8 events from Boston, MA in 2001.

Fig. 2.   Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td>
</tr>
<tr>
<td>transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images,</td>
<td>The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1.</td>
</tr>
</table>

– 61 –



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

"Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.

| | |
|---|---|
| | "After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images. | The Gandhi Reference discloses the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.<br><br>"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.<br><br>"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.<br><br>At this point, the user can choose to view pictures from one of the events, or he can refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is |

<table>
<tr><td></td><td>illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.<br><br><br><br>Original choice of attributes    Viewing 14 events from Boston, MA.    Selecting an available year    Viewing 8 events from Boston, MA in 2001.<br><br>Fig. 2. Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td></tr>
</table>

| **Claim 16** | |
|---|---|
| 16. A method performed by an image-capturing mobile device, comprising | The Gandhi Reference discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"This paper provides a user-intuitive, standards-based approach for managing multimedia content on mobile handsets." Gandhi Reference, Abstract.<br><br>"Until recently, the problem of creating, consuming, and communicating multimedia content on handheld cellular phones has been constrained by the physical limitations of those devices. Increasingly, the cellular handset is becoming a viable platform for creating and consuming multimedia content (photos, music, videos, etc)." Gandhi Reference, p. 1703, ¶ 1.<br><br>"The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi |

Reference, p. 1703, ¶ 3.

"Mobile handset manufacturers are introducing products that are more multimedia capable. State-of-the-art handsets are shipping with integrated cameras, color displays, and support for polyphonic sounds. Platforms support capturing and consuming photos ( PEG) and video clips . . . ." Gandhi Reference, p. 1703, ¶ 4.

"Table I provides a snapshot of current capabilities of multimedia-enabled handsets." Gandhi Reference, p. 1703 ¶ 4.

| Handset | CPU (MHz) | Display | Imager | Multimedia Support |
|---|---|---|---|---|
| Motorola A760 | 200 | 320 x 240, 12 bpp | 640 x 480 | image/audio/video |
| Nokia 3650 | 200 | 176 x 208, 12 bpp | 640 x 480 | image/audio/video |
| Samsung i519 | 400 | 320 x 240, 16 bpp | 640 x 480 | image/audio/video |

TABLE I
MOBILE HANDSET CAPABILITIES - 2003

"Figure 1 shows the software architecture supporting multimedia content management on mobile handsets." Gandhi Reference, p. 1704 ¶ 2.

– 65 –



Fig. 1. Organization of the Architecture's Layers and Services

"Examples of importing media include receiving purchased media, capturing media using the phone, or downloading personal media from another device." Gandhi Reference, p. 1704 ¶ 3.

| receiving a plurality of photographic images; | The Gandhi Reference discloses receiving a plurality of photographic images. |
| | For example: |
| | "The capability of handset platforms to create and consume multimedia and the emergence of content management technologies enable an intuitive environment for users to manage (i.e., capture, store, search, retrieve, etc.) their multimedia." Gandhi Reference, p. 1703, ¶ 3. |

"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.

"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6.



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone,

– 67 –

| | and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3. |
|---|---|
| | "Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3. |
| | Based on Gandhi's disclosure of a media management method for organi ing, searching, and retrieving media captured by and stored on the mobile handset, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Gandhi Reference discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"Metadata associated with multimedia content can capture semantically meaningful information, which can be employed by a content management system to allow users to find content in many dynamic ways." Gandhi Reference, p. 1703 ¶ 5.<br><br>"An effective content management method is necessary to facilitate a user to create, consume, archive, search, and retrieve his media. This re uires that handsets be capable of managing and manipulating the metadata associated with the multimedia content." Gandhi Reference, p. 1703 ¶ 6. |



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media management services are used to organi e digital items (i.e., media and its associated metadata) that reside on the mobile handset." Gandhi Reference, p. 1704 ¶ 3.

"The Annotate service uses the current time stamp, GPS location, PIM information, and data from other images (using the Search service) to annotate the image. Then it calls Metadata Operations to save annotations in MPEG-7 format, performing transcoding from the native  PEG (E  IF) metadata." Gandhi Reference, p. 1705 ¶ 2.

"The true value of metadata management is in allowing users to find the content that is important to them using cues that are relevant to them at the time of the search." Gandhi Reference, p. 1705 ¶ 4.

"The Media Assistant application allows users to find digital photographs from their collections. It provides metadata in the form of time and location cues for users to find photos in the system, as these are easy to determine without user intervention. Based on our user research, these attributes relate to how people remember the context of their pictures." Gandhi Reference, p. 1705 ¶ 8.

"We use event groupings similar to those in  11  to allow users to view events as an intermediate search result before being presented with all of the pictures in the result sets." Gandhi Reference, p. 1705 ¶ 8.

"As pictures are taken, they are saved and annotated using the Annotate service mentioned above. This attaches the current time (the time of capture) and the current location of the camera to the photo in the metadata database. . . . This automatic categori ation will allow the user to locate the image in the future without having to manually store the file in a set folder in a hierarchy." Gandhi Reference, p. 1705 ¶ 9.

"When a user is searching for a picture, he simply uses the information that is salient to him at the time. For example, imagine a group of pictures taken on a family trip to Boston for Christmas in 2002. A user could remember this as 'A trip to Boston,' or 'December 2002,' or 'A trip to Boston sometime after 2000,' or countless other ways. Our interface allows the user to select any criteria that he remembers and choose from a list of values for that criteria, saving him from typing into the limited device. After selecting a criteria, he is shown thumbnails with dates under them representing the events at which he took pictures that match the search criteria. For example, if the user picked 2002, all events from 2002 would be displayed. The thumbnail is chosen as the first picture from that event as this photo represents the stimulus that made the user take out the camera.

    At this point, the user can choose to view pictures from one of the events, or he can

– 70 –

<table>
<tr>
<td></td>
<td>refine the search by selecting another available criterion, such as location, and picking a value from those represented in the set of search results currently displayed. For example, if in 2002 pictures were only taken in Boston and Chicago, these would be the only choices available even if there was a trip to San Francisco in 2003, since the search was already limited to only those pictures in 2002. This search flow is illustrated in Figure 2." Gandhi Reference, pp. 1705 ¶ 10–1706 ¶¶ 1–2.



Fig. 2. Screen Shots from our demo Media Assistant application demonstrate the power of flexible metadata-based searching for digital photographs.</td>
</tr>
<tr>
<td>transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images,</td>
<td>The Gandhi Reference discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"A user may typically exchange his media with other mobile devices, or synchroni e her multimedia content with a central server." Gandhi Reference, pp. 1703 ¶ 8–1704 ¶ 1.</td>
</tr>
</table>



Fig. 1.  Organization of the Architecture's Layers and Services

"The Metadata Services Layer contains services that can he classified into three functionalities: importing media into the phone, organi ing the media on the phone, and exporting the media off the phone (see Fig. 1)." Gandhi Reference, p. 1704 ¶ 3.

"Media export services prepare metadata associated with an outgoing media instance, bind the metadata and the media into a digital item, and manage the export protocols and transports." Gandhi Reference, p. 1704 ¶ 3.

"Examples of exporting or communicating the media off the phone include sharing it with another device using MMS or e-mail, or uploading the media to another device." Gandhi Reference, p. 1704 ¶ 3.

| | |
|---|---|
| | "After the user has found a photo or set of photos, he is able to transfer it to a remote device. When files are transferred, they are sent along with their MPEG-7 metadata so that remote devices can provide the same searching experience as the originating device." Gandhi Reference, p. 1706 ¶ 3. |
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Gandhi Reference discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"Handsets also provide a communication means for transferring media over a variety of channels such as Bluetooth and IrDA." Gandhi Reference, p. 1703 ¶ 4. |



Fig. 1.  Organization of the Architecture's Layers and Services

To the extent Gandhi does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techni ues in the Gandhi method. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. *See, e.g.*, U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the " ung Application"), and Marc Davis et al.,        *e       e            e       S        g* (the "Davis Publication"). A person of ordinary skill in the art would have been motivated to combine the selective pairing and

|  | affinity group techni ues disclosed in the prior art into the Gandhi method because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
|---|---|

JUNG ET AL., U.S. PATENT APPLICATION PUBLICATION NO. 2006/0171695
(THE "JUNG APPLICATION")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | U.S. PATENT APPLICATION PUBLICATION NO. 2006/0171695 (THE "JUNG APPLICATION") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Jung Application discloses an image-capturing mobile device. |
| | For example: |
| | "In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application. |
| | In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute |

can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"Certain embodiments of the shared image devices can capture an image and can be visuali ed as taking or imaging a photograph in certain embodiments." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In different embodiments, the shared image device 101 can be alternatively configured as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc." ung Application ¶ 69.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ." ung Application ¶ 102.



**FIG. 7**

**FIG. 8**



**FIG. 9**

| | |
|---|---|
| a wireless receiver; | The  ung Application discloses a wireless receiver.<br><br>For example:<br><br>"In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection."  ung Application ¶ 78.<br><br>"The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration."  ung Application ¶ 95.<br><br>"Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can |

– 4 –

| | transmit image information between different shared image devices over wired and/or wireless communication links." ung Application ¶ 141. |
|---|---|
| | 
| | **FIG. 7** |
| a wireless transmitter; and | The ung Application discloses a wireless transmitter.<br><br>For example:<br><br>"In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection." ung Application ¶ 78.<br><br>"The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration." ung Application ¶ 95. |

|  | "Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can transmit image information between different shared image devices over wired and/or wireless communication links."  ung Application ¶ 141.



**FIG. 7** |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The  ung Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.

For example:

"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared |

images." ung Application ¶ 118.

"FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138.

"The computer/controller 603 controls the signal processing, database uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices." ung Application ¶ 139.



**FIG. 7**

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The  ung Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br><br>  In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.<br><br>"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared |

| | |
|---|---|
| | images." ung Application ¶ 118. |
| | "FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138. |
| | "The computer/controller 603 controls the signal processing, database uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices." ung Application ¶ 139. |
| filtering the plurality of photographic images using a transfer criteria; and | The ung Application discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application. In certain aspects, an apparatus includes, but is not limited to, a capturing shared |

image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

" A  filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device."  ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure."  ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore include  ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value of the number of captured shared images during a sharing session."  ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.

"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.
   In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image."  ung Application ¶¶ 166–67.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
   In certain embodiments, pictures can be sorted based on color schemes, or color

| | map ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns." ung Application ¶¶ 241–42. |
|---|---|
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The ung Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>    In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared |

image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be  ueried in certain instances to derive one or more images to satisfy that  uery." ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image

device. For instance, one embodiment can include a number of shared image devices sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

"In this disclosure, the term 'broadcast' can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices."  ung Application ¶ 62.

"Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104."  ung Application ¶ 78.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using

– 14 –

either a wireless, or some other suitable, connection. Many of these commercially-available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)."  ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104."  ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices."  ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism

– 15 –

can cause a particular shared image device to share or publish to other similar shared image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se  uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.



**FIG. 1**

**FIG. 2**



FIG. 4



FIG. 5

FIG. 6

| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The  ung Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.

For example:

"Within this disclosure, metadata can be associated with a particular image or set of images. For example, a particular image may include metadata that describes such information as the sub ect of the image, the date and time of the image, location of the image, the owner of the shared image device, etc."  ung Application ¶ 53.

"The shared image devices 101e, 101/, and/or 101g, as described with respect to FIG. 5, can be located within the sharing region 103. The sharing region 103 may be considered as a geographic region where shared image devices can share shared images contained in one to another shared image device."  ung Application ¶ 78.

"In certain embodiments, various users can thereby transfer video, images, or some other type of information based on the proximity of shared image devices 101. Any combination of a plurality of capturing shared image device(s) and/or peripheral shared image device(s) can utili e  proximity therebetween to establish the sharing mechanism 102. Such proximity may be utili ed in, for example, establishing sharing regions 103 of the type as described with respect to FIG. 1. A variety of embodiments of the shared image device 101 can thereby rely on a variety of types of proximity between multiple sharing ones of the shared image devices to allow their sharing such as described in the above-incorporated U.S. patent application Ser. No. 11/069,909. Regional proximity pertains to a proximity of at least one shared image device within a sharing region, such as described in the above-incorporated patent application Ser. No. 11/122,274, entitled REGIONAL PRO  IMITY FOR SHARED IMAGE DEVICE(S). The embodiment of geographic proximity, proximity utili ing a communication link 104, and/or proximity utili ing passwords, pass-phrases, patterns on paper, and the like as described within this disclosure with respect to FIGS. 1 to 4 can vary, and serve as examples of proximity between shared image devices."  ung Application ¶ 89. |

<table>
<tr>
<td></td>
<td>

"In certain embodiments, any shared image device of the type being utili ed by the sharing session that is within the sharing region may be allowed to  oin the sharing session."  ung Application ¶ 91.

"Different embodiments of geographic-based proximity can range to a variety of dimensions including from within inches, to in the same room, to within the same building, to be capable of accessing the same wireless LAN, or to be in the same stadium, part of a city, or beyond depending upon the technologies associated with the particular application or the communication link. In considering the application of certain commercially available transmitter/receiver capabilities, Bluetooth (a trademark of the Bluetooth Special Interest Group, a trade association) has an effective range of approximately 10 meters. Wireless Fidelity (WiFi, refers in this disclosure generically to any type of 802.11 network) can be located in a house or building, and can have an arbitrarily large range (especially by locating replicators or repeaters in each communication link 104 between multiple pairs of shared image devices 101)."  ung Application ¶ 99.

"In certain embodiments but not others, one shared image device 101 can continuously have its sharing mechanism actuated as to be in a sharing state. For example, a user can walk into a room, a building, and outside area, or another two-dimensional or three-dimensional area which contains a number of friends or associates that are currently enrolled in the sharing session, position the new shared image device 101 within the proximity of at least one of their shared image devices, and the shared images can be transferred utili ing such a techni ue such as being synchroni ed or  uicksynched to the new shared image device 101 over the communications link. Such areas can be described relatively to some geographical area (e.g., a sharing region, relative to one or more other shared image devices, or relative to a field of view from a particular at least one shared image device)."  ung Application ¶ 101.

"In certain embodiments, the sharing mechanism can include the capturing shared image device configurable to actuate a sharing mechanism at least in part based on: a) relative positioning of the capturing shared image device relative to at least one other

</td>
</tr>
</table>

– 21 –

shared image device, b) positioning the capturing shared image device relative to a sharing region, or c) positioning of a field of view of the capturing shared image device."  ung Application ¶ 153.

"In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on relative positioning of the capturing shared image device relative to at least one other shared image device. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning the capturing shared image device relative to a sharing region. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning of a field of view of the capturing shared image device."  ung Application ¶ 154.

"It has been described above how to integrate a number of shared image devices 101 into the shared image network 100 based upon the proximity of the shared image devices 101 (either geographic or based on the communication link 104), and also based on the actuations of, and the operations of, the respective shared mechanisms. In the geographic proximity-based embodiments, the shared image devices can be located relatively closely to each other depending upon the particular technology utili ed.

   In other embodiments, shared image devices can be operably connected to each other (e.g., operably coupled) to allow authentication for operation such as by a password such as a spoken word or phrase, a captured picture, etc. Certain embodiments can use password-proximity in combination with, or in addition to, geographic proximity. The different types of proximity are therefore not necessarily mutually exclusive. As such, an authori ing password, a pass image, or a variety of similar pass mechanisms can replace the above-described physical proximity re uirements.

   This portion of the disclosure thereby describes how a number of shared image devices 101 can  oin the sharing session based on passwords or a similar mechanism, instead of based upon the physical proximity. Certain embodiments of the shared image network 100 can create group passwords to protect against use of shared image

– 22 –

devices by non-participants."  ung Application ¶¶ 184–86.

"In certain embodiments, positional information such as those from global positioning system (GPS), metadata, or those including reference to some geographic location, particular individual, or setting can be used to indicate where certain pictures have been captured. For example, if outdoors, then GPS derived positional information can be used to indicate the physical location, and therefore information about the sub ect, of a particular photograph."  ung Application ¶ 240.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
  In certain embodiments, pictures can be sorted based on color schemes, or color map  ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241–42.

"In yet another embodiment, the viewfinder 900 of the shared image device can be provided with an indicator that provides positional information as to where the images have been captured. Such positional information can range from, but not be limited to, metadata that contains the latitude/longitude, GPS waypoint, within a known commercial location (e.g., at Sears, Starbucks, etc.), at some residential location (within the living room at the  ones'), etc."  ung Application ¶ 258.

– 23 –



VIEWFINDER (SHARED IMAGE LOCATOR) 900

LOCAL CAPTURING
PORTION 908

1402

Jane's Birthday Party
(Images Taken)

Jane's House

Living Room
(25 Images)

Front Yard
(18 Images)

Kitchen
(30 Images)

Dining Room
(32 Images)

REMOTE CAPTURING
PORTION 910

**FIG. 25**

| Claim 5 | |
|---|---|
| 5. An image-capturing mobile device, comprising | The Jung Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is |

obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"Certain embodiments of the shared image devices can capture an image and can be visuali ed as taking or imaging a photograph in certain embodiments." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In different embodiments, the shared image device 101 can be alternatively configured

as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc." ung Application ¶ 69.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ." ung Application ¶ 102.



**FIG. 7**



| a wireless receiver; | The ung Application discloses a wireless receiver.<br><br>For example:<br><br>"In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection." ung Application ¶ 78.<br><br>"The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration." ung Application ¶ 95.<br><br>"Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can transmit image information between different shared image devices over wired and/or wireless communication links." ung Application ¶ 141. |



**FIG. 7**

| a wireless transmitter; and | The  ung Application discloses a wireless transmitter. |
| --- | --- |
|  | For example: |
|  | "In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection."  ung Application ¶ 78. |
|  | "The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration."  ung Application ¶ 95. |
|  | "Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate |

<table>
<tr>
<td></td>
<td>unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can transmit image information between different shared image devices over wired and/or wireless communication links." ung Application ¶ 141.



**FIG. 7**
</td>
</tr>
<tr>
<td>a processor operably connected to the wireless receiver and the wireless transmitter,</td>
<td>The ung Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.

For example:

"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared images." ung Application ¶ 118.

"FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included
</td>
</tr>
</table>

– 30 –

| | in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices."  ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database  uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices."  ung Application ¶ 139.<br><br><br>**FIG. 7** |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The  ung Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example: |

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared images."  ung Application ¶ 118.

"FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the

| | sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database  uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices."  ung Application ¶ 139. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The  ung Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared |

image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

" A  filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device."  ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure."  ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore include  ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value

– 34 –

of the number of captured shared images during a sharing session."  ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.

"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.
    In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image."  ung Application ¶¶ 166–67.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
    In certain embodiments, pictures can be sorted based on color schemes, or color map  ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image

– 35 –

| | |
|---|---|
| | devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241– 42. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The  ung Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects |

are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices."  ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."  ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be   ueried in certain instances to derive one or more images to satisfy that   uery."  ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image device. For instance, one embodiment can include a number of shared image devices sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re  uest for particular images from a particular user, pertaining to a particular sub ect, including images of a

– 37 –

particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device.”  ung Application ¶ 61.

“In this disclosure, the term 'broadcast' can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices.”  ung Application ¶ 62.

“Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104.”  ung Application ¶ 78.

“Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using either a wireless, or some other suitable, connection. Many of these commercially-available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these

pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)." ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104." ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices." ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-

– 39 –

forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.



**FIG. 1**



PEER-TO-PEER CONFIGURATION

**FIG. 2**

**FIG. 4**



**FIG. 5**

**FIG. 6**

| | |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The  ung Application discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"Within this disclosure, metadata can be associated with a particular image or set of images. For example, a particular image may include metadata that describes such information as the sub ect of the image, the date and time of the image, location of the image, the owner of the shared image device, etc."  ung Application ¶ 53.<br><br>"In certain embodiments, positional information such as those from global positioning system (GPS), metadata, or those including reference to some geographic location, particular individual, or setting can be used to indicate where certain pictures have been captured. For example, if outdoors, then GPS derived positional information can be used to indicate the physical location, and therefore information about the sub ect, of a particular photograph."  ung Application ¶ 240.<br><br>"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.<br><br>  In certain embodiments, pictures can be sorted based on color schemes, or color map  ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241– |

42.

"In yet another embodiment, the viewfinder 900 of the shared image device can be provided with an indicator that provides positional information as to where the images have been captured. Such positional information can range from, but not be limited to, metadata that contains the latitude/longitude, GPS waypoint, within a known commercial location (e.g., at Sears, Starbucks, etc.), at some residential location (within the living room at the  ones'), etc." ung Application ¶ 258.



**FIG. 25**

| Claim 8 | |
|---|---|
| 8. An image-capturing mobile device, comprising | The Jung Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>    In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." Jung Application ¶¶ 11–12.<br><br>"Certain embodiments of the shared image devices can capture an image and can be visualized as taking or imaging a photograph in certain embodiments." Jung Application ¶ 47. |

| | "It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."  ung Application ¶ 48.<br><br>"One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In different embodiments, the shared image device 101 can be alternatively configured as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc."  ung Application ¶ 69.<br><br>"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ."  ung Application ¶ 102. |
|---|---|



FIG. 7

FIG. 8



**FIG. 9**

| | |
|---|---|
| a wireless receiver; | The  ung Application discloses a wireless receiver.<br><br>For example:<br><br>"In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection."  ung Application ¶ 78.<br><br>"The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration."  ung Application ¶ 95.<br><br>"Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can |

<table>
<tr><td></td><td>transmit image information between different shared image devices over wired and/or wireless communication links." ung Application ¶ 141.



FIG. 7</td></tr>
<tr><td>a wireless transmitter; and</td><td>The ung Application discloses a wireless transmitter.

For example:

"In different embodiments, the communication links may be fashioned, for example, as a wireless link, a wired link, an Ethernet connection, a token-ring connection, or any other generally known networking connection." ung Application ¶ 78.

"The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration." ung Application ¶ 95.</td></tr>
</table>

| | "Certain embodiments of the shared image device 101 as described with respect to FIG. 7 or 15 includes a transmitter portion (not shown) that can be either included as a portion of the computer/controller 603, or alternately can be provided as a separate unit (e.g., microprocessor-based). In certain embodiments, the transmitter portion can transmit image information between different shared image devices over wired and/or wireless communication links."  ung Application ¶ 141.<br><br><br><br>**FIG. 7** |
|---|---|
| a processor operably connected to the wireless receiver and the wireless transmitter, | The  ung Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared |

images." ung Application ¶ 118.

"FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138.

"The computer/controller 603 controls the signal processing, database uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices." ung Application ¶ 139.



**FIG. 7**

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The  ung Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images. |
|---|---|

The  ung Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.

For example:

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

  In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared

| | images." ung Application ¶ 118. |
|---|---|
| | "FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices." ung Application ¶ 139. |
| filtering the plurality of photographic images using a transfer criteria; and | The ung Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>In certain aspects, an apparatus includes, but is not limited to, a capturing shared |

image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device." ung Application ¶ 61.

" A filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device." ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure." ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore include  ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value of the number of captured shared images during a sharing session."  ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.

"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.
   In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image."  ung Application ¶¶ 166–67.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
   In certain embodiments, pictures can be sorted based on color schemes, or color

| | |
|---|---|
| | map  ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241–42. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The  ung Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images. <br><br> For example: <br><br> "In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application. <br>   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared |

– 56 –

image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be ueried in certain instances to derive one or more images to satisfy that uery." ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image

device. For instance, one embodiment can include a number of shared image devices sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device.”  ung Application ¶ 61.

“In this disclosure, the term ‘broadcast’ can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices.”  ung Application ¶ 62.

“Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104.”  ung Application ¶ 78.

“Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using

either a wireless, or some other suitable, connection. Many of these commercially-available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)."  ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104."  ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices."  ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism

<table>
<tr>
<td></td>
<td>

can cause a particular shared image device to share or publish to other similar shared image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.

</td>
</tr>
</table>



CLIENT/SERVER OR MASTER/SATELLITE CONFIGURATION

## FIG. 1

PEER-TO-PEER CONFIGURATION

## FIG. 2



**FIG. 4**



| | |
|---|---|
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The  ung Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"In this disclosure, 'subscribing' pertains to a user  oining their shared image device (which, in different embodiments, can be configured either as a capturing shared image device or as a peripheral shared image device) in a session to provide shared images to and/or receive shared images from other shared image devices."  ung Application ¶ 70.<br><br>"Certain embodiments of shared image devices 101 can provide such operations as, but are not limited to: performing active sharing between multiple shared image devices, temporarily pausing or muting the active sharing, resuming the active sharing after temporarily pausing or muting, connecting with other devices and/or people, or  temporarily performing or delaying a variety of operations. Such temporary pausing or muting of sharing operations may be e  uated to temporarily halting a subscription for a particular shared image device; and in many embodiments the shared images that were shared during this pausing or muting period can be transmitted or collected after the pausing or muting."   ung Application ¶ 72.<br><br>"The shared image devices 101e, 101/, and/or 101g, as described with respect to FIG. 5, can be located within the sharing region 103. The sharing region 103 may be considered as a geographic region where shared image devices can share shared images contained in one to another shared image device."  ung Application ¶ 78.<br><br>"Examples of these attributes that the designating shared image device 101  can designate at a capturing shared image device include, but are not limited to: format, pixel depth, sub ect, captured region, event, cost (e.g., payments), rights, creator, owner, si e, transformation, use (e.g. providing a buddy icon on a desktop background that allows multiple shared image devices to controllably share images therebetween, but not with other non-buddy shared image devices) . . . ."  ung |

– 64 –

Application ¶ 85.

"In certain embodiments, various users can thereby transfer video, images, or some other type of information based on the proximity of shared image devices 101. Any combination of a plurality of capturing shared image device(s) and/or peripheral shared image device(s) can utili e  proximity therebetween to establish the sharing mechanism 102. Such proximity may be utili ed in, for example, establishing sharing regions 103 of the type as described with respect to FIG. 1. A variety of embodiments of the shared image device 101 can thereby rely on a variety of types of proximity between multiple sharing ones of the shared image devices to allow their sharing such as described in the above-incorporated U.S. patent application Ser. No. 11/069,909. Regional proximity pertains to a proximity of at least one shared image device within a sharing region, such as described in the above-incorporated patent application Ser. No. 11/122,274, entitled REGIONAL PRO  IMITY FOR SHARED IMAGE DEVICE(S). The embodiment of geographic proximity, proximity utili ing a communication link 104, and/or proximity utili ing passwords, pass-phrases, patterns on paper, and the like as described within this disclosure with respect to FIGS. 1 to 4 can vary, and serve as examples of proximity between shared image devices."  ung Application ¶ 89.

"In certain embodiments, any shared image device of the type being utili ed by the sharing session that is within the sharing region may be allowed to  oin the sharing session. In other embodiments, the user of the shared image device may have to provide a password to  oin the sharing session. In still other embodiments, the user of shared image device can provide a sharing password in addition to being within the sharing region to  oin the sharing session. As
such, there are a variety of permissible techni ues that can be utili ed to  oin the sharing session, that are within the intended scope of the present disclosure."  ung Application ¶ 91.

"In one embodiment, the multiple shared image devices 101 can operably couple within the shared image network 100 using a series of communication links 104; different embodiments of the communication links are described with respect to

FIGS. 1 to 4. A variety of embodiments of optical communication links 104 are within the intended scope of the present disclosure. Different embodiments of the communication link 104 can include, for example: a wireless link, an 802.11-based link, an infra-red data transfer link, a wired-based link, a physical-contact sharing mechanism that can transmit data upon physical contact, or any other type of link that allows for sufficient data to be transmitted between pairs of shared image devices 101.

   Certain embodiments of the wireless communication link can utili e a variety of electromagnetic radiation to transmit data. The electromagnetic radiation that provides one embodiment of the wireless communication link 104 can include, but is not limited to, infrared, ultraviolet, near infrared, and/or optical signals. In one embodiment, a devoted optical communication link can cause data corresponding to the images to be transmitted between respective shared image devices. The communication link 104 can be configurable, in one embodiment, to operably couple a transmitting shared image device to a receiving shared image device. The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration."   ung Application ¶¶ 94–95.

"Different embodiments of geographic-based proximity can range to a variety of dimensions including from within inches, to in the same room, to within the same building, to be capable of accessing the same wireless LAN, or to be in the same stadium, part of a city, or beyond depending upon the technologies associated with the particular application or the communication link. In considering the application of certain commercially available transmitter/receiver capabilities, Bluetooth (a trademark of the Bluetooth Special Interest Group, a trade association) has an effective range of approximately 10 meters. Wireless Fidelity (WiFi, refers in this disclosure generically to any type of 802.11 network) can be located in a house or building, and can have an arbitrarily large range (especially by locating replicators or repeaters in each communication link 104 between multiple pairs of shared image devices 101)."   ung Application ¶ 99.

"In certain embodiments but not others, one shared image device 101 can continuously have its sharing mechanism actuated as to be in a sharing state. For example, a user can walk into a room, a building, and outside area, or another two-dimensional or three-dimensional area which contains a number of friends or associates that are currently enrolled in the sharing session, position the new shared image device 101 within the proximity of at least one of their shared image devices, and the shared images can be transferred utili ing such a techni ue such as being synchroni ed or  uicksynched to the new shared image device 101 over the communications link. Such areas can be described relatively to some geographical area (e.g., a sharing region, relative to one or more other shared image devices, or relative to a field of view from a particular at least one shared image device)."  ung Application ¶ 101.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104.

   The embodiment of the shared image network 100, as described with respect to FIG. 2, includes a number of shared image devices 101 that may act as a peer-to-peer network. Certain embodiments of peer-to-peer shared image networks can be configurable in which each shared image device can perform both those functions that are traditionally associated with a server device and those functions that are traditionally associated with a client device. As such, in many embodiments, shared images can pass between different ones of the peer-to-peer arranged shared image devices relatively freely as to be available to any member shared image device of a particular sharing session."  ung Application ¶¶ 114–15.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared

image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Under certain circumstances, only one shared image device may be a member of a session. For example, if a user of a particular shared image device 101 is the first one to  oin a sharing session (e.g., get to an event such as a child s birthday party), then that first user may capture certain pertinent images, and the sharing mechanism allows others to access the pictures captured by the first user of a shared image device 101 at that sharing session. As such, at one particular time, only a single shared image device may  oin the sharing session, and effect sharing or copying of the shared images."  ung Application ¶ 123.

"In other embodiments, at least two shared image devices 101 might establish a particular sharing session."  ung Application ¶ 124.

"In certain embodiments, the sharing mechanism can include the capturing shared image device configurable to actuate a sharing mechanism at least in part based on: a) relative positioning of the capturing shared image device relative to at least one other shared image device, b) positioning the capturing shared image device relative to a sharing region, or c) positioning of a field of view of the capturing shared image device."  ung Application ¶ 153.

"In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on relative positioning of the capturing shared image device relative to at least one other shared image device. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning the capturing shared image device relative to a sharing region. In certain

– 68 –

embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning of a field of view of the capturing shared image device."  ung Application ¶ 154.

"This can be because there is an association between the different shared image devices (e.g., a user's camera and the user s computer or printer). In one embodiment, there can be a sharing session identifier that is available to the members of the sharing session by which the shared images, portions thereof, associated information, metadata, etc. that in certain instances allows transferring the shared images through the network or the Internet."  ung Application ¶ 169.

"Certain embodiments of the sharing mechanism can also operate as a subscription mechanism. For example, if a user of a first shared image device captures an image, it may be sent to the other shared image devices that are participating in the sharing session. Such a subscription to a sharing session may be e  uated with subscribing with another service. Each subscribing shared image device may thereupon elect to  oin a particular session. In certain embodiments of a session, each user of a shared image device can select which images are to be obtained or retained, and can re ect certain images. There are a variety of embodiments that can be provided between sessions and subscriptions thereto."  ung Application ¶ 178.

"It has been described above how to integrate a number of shared image devices 101 into the shared image network 100 based upon the proximity of the shared image devices 101 (either geographic or based on the communication link 104), and also based on the actuations of, and the operations of, the respective shared mechanisms. In the geographic proximity-based embodiments, the shared image devices can be located relatively closely to each other depending upon the particular technology utili ed.

   In other embodiments, shared image devices can be operably connected to each other (e.g., operably coupled) to allow authentication for operation such as by a password such as a spoken word or phrase, a captured picture, etc. Certain embodiments can use password-proximity in combination with, or in addition to, geographic proximity. The different types of proximity are therefore not necessarily

mutually exclusive. As such, an authori ing password, a pass image, or a variety of similar pass mechanisms can replace the above-described physical proximity re uirements.

This portion of the disclosure thereby describes how a number of shared image devices 101 can oin the sharing session based on passwords or a similar mechanism, instead of based upon the physical proximity. Certain embodiments of the shared image network 100 can create group passwords to protect against use of shared image devices by non-participants."  ung Application ¶¶ 184–86.

"In another embodiment, a 'buddy list' can be integrated into a number of shared image devices that form a subset from within a larger group of shared image devices (e.g., the smaller group is identified to share or copy their shared images using the buddy list). Those shared image devices may elect to share or copy their images with other shared image devices sharing the same buddy list, but not share their 'buddy-list' images with the group of shared image devices at large."  ung Application ¶ 212.



FIG. 28

| Claim 9 | |
|---|---|
| 9. A method performed by an image-capturing mobile device, comprising | The Jung Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>    In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." Jung Application ¶¶ 11–12.<br><br>"Certain embodiments of the shared image devices can capture an image and can be visualized as taking or imaging a photograph in certain embodiments." Jung |

| | Application ¶ 47. |
|---|---|
| | "It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."  ung Application ¶ 48. |
| | "One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In different embodiments, the shared image device 101 can be alternatively configured as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc."  ung Application ¶ 69. |
| | "Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ."  ung Application ¶ 102. |



FIG. 7

FIG. 8

– 73 –



**FIG. 9**

| | |
|---|---|
| receiving a plurality of photographic images; | The ung Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the |

| | |
|---|---|
| | claims, drawings, and text forming a part of the present application.<br><br>   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."   ung Application ¶¶ 11–12.<br><br>"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared images."   ung Application ¶ 118.<br><br>"FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices."   ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database   uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices."   ung Application ¶ 139. |
| filtering the plurality of photographic<br>      images using a transfer criteria; and | The   ung Application discloses filtering the plurality of photographic images using a transfer criteria. |

– 75 –

For example:

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

  In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re  uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a   uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a

uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

" A  filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device."  ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure."  ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore include  ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value of the number of captured shared images during a sharing session."  ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the

– 77 –

| | |
|---|---|
| | transmitting the at least one designated attribute."   ung Application ¶ 156.<br><br>"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.<br>   In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image."   ung Application ¶¶ 166–67.<br><br>"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.<br>   In certain embodiments, pictures can be sorted based on color schemes, or color map   ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be   uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."   ung Application ¶¶ 241–42. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The   ung Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The |

processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices."  ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."  ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be ueried in certain instances to derive one or more images to satisfy that uery." ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image device. For instance, one embodiment can include a number of shared image devices sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device." ung Application ¶ 61.

"In this disclosure, the term 'broadcast' can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the

– 80 –

enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices." ung Application ¶ 62.

"Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104." ung Application ¶ 78.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using either a wireless, or some other suitable, connection. Many of these commercially-available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)." ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104." ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices."  ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared

image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."   ung Application ¶ 156.



**FIG. 1**



PEER-TO-PEER CONFIGURATION

# FIG. 2



**FIG. 4**



FIG. 5

FIG. 6

| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The ung Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"Within this disclosure, metadata can be associated with a particular image or set of images. For example, a particular image may include metadata that describes such information as the sub ect of the image, the date and time of the image, location of the image, the owner of the shared image device, etc." ung Application ¶ 53.<br><br>"The shared image devices 101e, 101/, and/or 101g, as described with respect to FIG. 5, can be located within the sharing region 103. The sharing region 103 may be considered as a geographic region where shared image devices can share shared images contained in one to another shared image device." ung Application ¶ 78.<br><br>"In certain embodiments, various users can thereby transfer video, images, or some other type of information based on the proximity of shared image devices 101. Any combination of a plurality of capturing shared image device(s) and/or peripheral shared image device(s) can utili e proximity therebetween to establish the sharing mechanism 102. Such proximity may be utili ed in, for example, establishing sharing regions 103 of the type as described with respect to FIG. 1. A variety of embodiments of the shared image device 101 can thereby rely on a variety of types of proximity between multiple sharing ones of the shared image devices to allow their sharing such as described in the above-incorporated U.S. patent application Ser. No. 11/069,909. Regional proximity pertains to a proximity of at least one shared image device within a sharing region, such as described in the above-incorporated patent application Ser. No. 11/122,274, entitled REGIONAL PRO IMITY FOR SHARED IMAGE DEVICE(S). The embodiment of geographic proximity, proximity utili ing a communication link 104, and/or proximity utili ing passwords, pass-phrases, patterns on paper, and the like as described within this disclosure with respect to FIGS. 1 to 4 can vary, and serve as examples of proximity between shared image devices." ung Application ¶ 89. |

"In certain embodiments, any shared image device of the type being utili ed by the sharing session that is within the sharing region may be allowed to  oin the sharing session."  ung Application ¶ 91.

"Different embodiments of geographic-based proximity can range to a variety of dimensions including from within inches, to in the same room, to within the same building, to be capable of accessing the same wireless LAN, or to be in the same stadium, part of a city, or beyond depending upon the technologies associated with the particular application or the communication link. In considering the application of certain commercially available transmitter/receiver capabilities, Bluetooth (a trademark of the Bluetooth Special Interest Group, a trade association) has an effective range of approximately 10 meters. Wireless Fidelity (WiFi, refers in this disclosure generically to any type of 802.11 network) can be located in a house or building, and can have an arbitrarily large range (especially by locating replicators or repeaters in each communication link 104 between multiple pairs of shared image devices 101)."  ung Application ¶ 99.

"In certain embodiments but not others, one shared image device 101 can continuously have its sharing mechanism actuated as to be in a sharing state. For example, a user can walk into a room, a building, and outside area, or another two-dimensional or three-dimensional area which contains a number of friends or associates that are currently enrolled in the sharing session, position the new shared image device 101 within the proximity of at least one of their shared image devices, and the shared images can be transferred utili ing such a techni ue such as being synchroni ed or  uicksynched to the new shared image device 101 over the communications link. Such areas can be described relatively to some geographical area (e.g., a sharing region, relative to one or more other shared image devices, or relative to a field of view from a particular at least one shared image device)."  ung Application ¶ 101.

"In certain embodiments, the sharing mechanism can include the capturing shared image device configurable to actuate a sharing mechanism at least in part based on: a) relative positioning of the capturing shared image device relative to at least one other

– 88 –

shared image device, b) positioning the capturing shared image device relative to a sharing region, or c) positioning of a field of view of the capturing shared image device."  ung Application ¶ 153.

"In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on relative positioning of the capturing shared image device relative to at least one other shared image device. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning the capturing shared image device relative to a sharing region. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning of a field of view of the capturing shared image device."  ung Application ¶ 154.

"It has been described above how to integrate a number of shared image devices 101 into the shared image network 100 based upon the proximity of the shared image devices 101 (either geographic or based on the communication link 104), and also based on the actuations of, and the operations of, the respective shared mechanisms. In the geographic proximity-based embodiments, the shared image devices can be located relatively closely to each other depending upon the particular technology utili ed.

   In other embodiments, shared image devices can be operably connected to each other (e.g., operably coupled) to allow authentication for operation such as by a password such as a spoken word or phrase, a captured picture, etc. Certain embodiments can use password-proximity in combination with, or in addition to, geographic proximity. The different types of proximity are therefore not necessarily mutually exclusive. As such, an authori ing password, a pass image, or a variety of similar pass mechanisms can replace the above-described physical proximity re uirements.

   This portion of the disclosure thereby describes how a number of shared image devices 101 can  oin the sharing session based on passwords or a similar mechanism, instead of based upon the physical proximity. Certain embodiments of the shared image network 100 can create group passwords to protect against use of shared image

devices by non-participants."  ung Application ¶¶ 184–86.

"In certain embodiments, positional information such as those from global positioning system (GPS), metadata, or those including reference to some geographic location, particular individual, or setting can be used to indicate where certain pictures have been captured. For example, if outdoors, then GPS derived positional information can be used to indicate the physical location, and therefore information about the sub ect, of a particular photograph."  ung Application ¶ 240.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
  In certain embodiments, pictures can be sorted based on color schemes, or color map  ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241–42.

"In yet another embodiment, the viewfinder 900 of the shared image device can be provided with an indicator that provides positional information as to where the images have been captured. Such positional information can range from, but not be limited to, metadata that contains the latitude/longitude, GPS waypoint, within a known commercial location (e.g., at Sears, Starbucks, etc.), at some residential location (within the living room at the  ones'), etc."  ung Application ¶ 258.

– 90 –



**FIG. 25**

| Claim 13 | |
|---|---|
| 13. A method performed by an image-capturing mobile device, comprising | The Jung Application discloses a method performed by an image-capturing mobile device.

For example:

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image |

device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"Certain embodiments of the shared image devices can capture an image and can be visuali ed as taking or imaging a photograph in certain embodiments." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In

different embodiments, the shared image device 101 can be alternatively configured as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc." ung Application ¶ 69.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ." ung Application ¶ 102.



**FIG. 7**



FIG. 8

FIG. 9

| receiving a plurality of photographic images; | The  ung Application discloses receiving a plurality of photographic images. |
|---|---|
| | For example: |
| | "In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application. |
| | In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12. |
| | "One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared images."  ung Application ¶ 118. |

| | |
|---|---|
| | "FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices." ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database  uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices." ung Application ¶ 139. |
| filtering the plurality of photographic images using a transfer criteria; and | The  ung Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>    In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one |

designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

" A filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device."  ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure."  ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore

include ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value of the number of captured shared images during a sharing session." ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device." ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute." ung Application ¶ 156.

"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.
   In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image." ung Application ¶¶ 166–67.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
   In certain embodiments, pictures can be sorted based on color schemes, or color map ueries. An example might be considering N shared images that appear most

| | |
|---|---|
| | similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."  ung Application ¶¶ 241–42. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The  ung Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one |

designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices." ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices." ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be  ueried in certain instances to derive one or more images to satisfy that  uery." ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image device. For instance, one embodiment can include a number of shared image devices

sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

"In this disclosure, the term 'broadcast' can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices."  ung Application ¶ 62.

"Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104."  ung Application ¶ 78.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using either a wireless, or some other suitable, connection. Many of these commercially-

– 101 –

available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)."  ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104."  ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices."  ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared

|  | image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.<br><br>"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.<br><br>"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156. |
|---|---|

– 103 –



CLIENT/SERVER OR MASTER/SATELLITE CONFIGURATION

## FIG. 1

PEER-TO-PEER CONFIGURATION

## FIG. 2



**FIG. 4**



FIG. 5

FIG. 6

| wherein the transfer criteria is a geographic | The _ung Application discloses the transfer criteria is a geographic location |
|---|---|

| | |
|---|---|
| location associated with a respective photographic image with the plurality of photographic images. | associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"Within this disclosure, metadata can be associated with a particular image or set of images. For example, a particular image may include metadata that describes such information as the sub ect of the image, the date and time of the image, location of the image, the owner of the shared image device, etc." ung Application ¶ 53.<br><br>"In certain embodiments, positional information such as those from global positioning system (GPS), metadata, or those including reference to some geographic location, particular individual, or setting can be used to indicate where certain pictures have been captured. For example, if outdoors, then GPS derived positional information can be used to indicate the physical location, and therefore information about the sub ect, of a particular photograph." ung Application ¶ 240.<br><br>"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.<br><br>  In certain embodiments, pictures can be sorted based on color schemes, or color map ueries. An example might be considering N shared images that appear most similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be  uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns." ung Application ¶¶ 241–42. |

"In yet another embodiment, the viewfinder 900 of the shared image device can be provided with an indicator that provides positional information as to where the images have been captured. Such positional information can range from, but not be limited to, metadata that contains the latitude/longitude, GPS waypoint, within a known commercial location (e.g., at Sears, Starbucks, etc.), at some residential location (within the living room at the Jones'), etc." Jung Application ¶ 258.



**FIG. 25**

| Claim 16 | |
|---|---|
| 16. A method performed by an image-capturing mobile device, comprising | The Jung Application discloses a method performed by an image-capturing mobile device. |

| | For example: |
| --- | --- |
| | "In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application. <br><br> In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12. <br><br> "Certain embodiments of the shared image devices can capture an image and can be visuali ed as taking or imaging a photograph in certain embodiments."  ung Application ¶ 47. <br><br> "It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing |

shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."   ung Application ¶ 48.

"One embodiment of a shared image network 100 is described with respect to FIG. 7. One embodiment of the shared image network 100 can include a shared image device 101, an optional peripheral shared image device 120, and an optional communication link 104. The shared image device 101 can be configurable to capture images. In different embodiments, the shared image device 101 can be alternatively configured as, but not limited to, a digital camera, a camcorder, a cellular phone with picture taking capabilities, a computer or PDA with image processing and/or picture taking capabilities, a printer, an image display etc."   ung Application ¶ 69.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) . . . ."   ung Application ¶ 102.



FIG. 7



**FIG. 8**

**FIG. 9**

| receiving a plurality of photographic images; | The ung Application discloses receiving a plurality of photographic images.

For example:

"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.

   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application." ung Application ¶¶ 11–12.

"One purpose of the computer or controller 603 with respect to the shared image network 100 is to obtain or retain the shared images generated by the other shared image devices 101, and thereupon provide for the retrieval of the generated shared images." ung Application ¶ 118. |
|---|---|

| | |
|---|---|
| | "FIG. 7 or 15 show two embodiments of computer/controller 603 that can be included in certain embodiments of the shared image device 101 to assist in providing the sharing of at least portions of shared images between multiple shared image devices."  ung Application ¶ 138.<br><br>"The computer/controller 603 controls the signal processing, database  uerying and response, computational, timing, data transfer, and other processes associated with the shared image device. In certain embodiments, one more simplified version of the controller 603 that can be provided with respect to FIG. 7 or 15, and that could be configured to provide a transfer of shared images between multiple shared image devices."  ung Application ¶ 139. |
| filtering the plurality of photographic images using a transfer criteria; and | The  ung Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>    In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one |

– 113 –

designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."  ung Application ¶¶ 11–12.

"In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re  uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

" A  filter mechanism may be used to forward, or receive, only those images that are desired to a particular shared image device."  ung Application ¶ 80.

"Under certain circumstances, especially where there are a considerable number of shared image devices generating many shared images, the FIG. 3 embodiment that relies on the computer or controller 603 to provide processing, filtering, etc. may be desired. Such networking concepts relating to computers, clients, servers, and data transfer between computers as are generally well-known, and will not be further detailed in this disclosure."  ung Application ¶ 118.

"In certain embodiments, the users of certain shared image devices 101 can therefore

include ueries directed to the particulars of the sought shared images. Another advantage of certain computers or controllers 603 is that the storage capability of certain embodiments of the computers or controllers can substantially match a value of the number of captured shared images during a sharing session." ung Application ¶ 120.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device." ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute." ung Application ¶ 156.

"In many embodiments, the users of each shared image device can be provided with the option of obtaining or retaining particular shared images obtained from a particular shared image device, associated with a particular user, or relating to a particular sub ect.
  In one embodiment, such filtering techni ues can filter based upon the metadata that is associated with each shared image." ung Application ¶¶ 166–67.

"The recognition algorithm can vary widely in scope. For example, in one embodiment, positional information relating to where shared images have been captured could be indicated and searched, based on derived GPS coordinates and/or other positional information. In one embodiment, those shared images that the current shared image device (or any particular shared image device) has captured can be highlighted in some manner along the bottom, side, top, etc. of the viewfinder 900.
  In certain embodiments, pictures can be sorted based on color schemes, or color map ueries. An example might be considering N shared images that appear most

– 115 –

| | |
|---|---|
| | similar to M shared images (where M and N identify particular shared images) from a computational perspective. In those instances, images that have been stored in memory can be   uickly accessed and returned to one or more of shared image devices. This type of task can be configured to, for example, view images chronologically, based on their sub ect, based on their location, or based on their value, etc. can be achieved using commercially available pattern recognition programs that are configured to recogni e such patterns."   ung Application ¶¶ 241–42. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The   ung Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"In certain aspects, an apparatus includes, but is not limited to, a processing shared image device operable to at least partially receive at least one motivating event. The processing shared image device can be operable to at least partially transmit at least one designated attribute, wherein the at least one designated attribute can at least partially result in response to the processing shared image device operable to at least partially receive the at least one motivating event. The processing shared image device can be operable to at least partially obtain an obtained shared image that is obtained in accordance with the at least one motivating event and at least partially in response to the processing shared image device operable to transmit the at least one designated attribute. The processing shared image device can be operable to at least partially process the obtained shared image to derive an at least one processed shared image. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application.<br>   In certain aspects, an apparatus includes, but is not limited to, a capturing shared image device configurable to receive user instructions relating to at least one designated attribute and a shared image, wherein the at least one designated attribute can be at least partially received from a processing shared image device. The capturing shared image device can be configurable to generate an obtained shared image at least partially by processing the shared image to satisfy the at least one |

designated attribute. The capturing shared image device can be configurable to transmit the obtained shared image that can be received by, and processed at, the processing shared image device. In addition to the foregoing, other apparatus aspects are described in the claims, drawings, and text forming a part of the present application."   ung Application ¶¶ 11–12.

"The present disclosure provides a number of these sharing mechanisms 102 by which the shared images can be shared or copied, and can either be transferred to other capturing shared image devices and/or other noncapturing shared image devices."   ung Application ¶ 47.

"It is to be understood that a single shared image device can perform one, or many of these operations. For example, a camera or other devices configured as the capturing shared image device can capture certain shared images; it can also share other images with other shared image devices, and it can also designate an attribute of an image to be captured by other shared image devices."   ung Application ¶ 48.

"For example, if it is desired to determine all images captured by a particular user or including a particular sub ect, the metadata can be   ueried in certain instances to derive one or more images to satisfy that   uery."   ung Application ¶ 53.

"In certain instances, at least one shared image device can be configured to transmit a captured shared image information, at least partially based on instructions and/or other image information, from the peripheral shared image device to the at least one other shared image device. In other instances, at least one shared image device can be configured to receive either stored shared images and/or shared images either directly or via another intermediate shared image device or other device. As such, the peripheral shared image device in combination with the at least one shared image device (that can capture, or contain, shared information) can, in certain embodiments, alone or in combination, provide a system by which a user, mechanism, or controller at the peripheral shared image device can determine image( s) that are to be transmitted from the at least one shared image device to the peripheral shared image device. For instance, one embodiment can include a number of shared image devices

sharing shared images. In one embodiment of the sharing mechanism 102 but not others, the peripheral shared image device can transmit a re uest for particular images from a particular user, pertaining to a particular sub ect, including images of a particular color characteristic, or including particular metadata, etc. As such, the peripheral shared image device can effectively transmit a  uery to one or more capturing shared image devices to return a particular image that may or may not have been captured. Such a  uery can be responded to using appropriate recognition programs, and the suitable image(s) can be returned to the peripheral shared image device as desired or in an appropriate order to be processed, displayed, analy ed, retained, obtained, and/or pro ected as appropriate for that particular shared image device."  ung Application ¶ 61.

"In this disclosure, the term 'broadcast' can apply to one or more of transmitting a shared image from one shared image device in a manner such that the signal can be received by at least one (and usually multiple) other shared image device; transmitting to all other shared image devices, to all other shared image devices in the enrolled in a sharing session, or transmitting to only certain selected shared image devices. Broadcast can also apply to transmitting to shared image devices arranged in a general network, a master-satellite, a server-satellite, a peer-to-peer or point-to-point (alternatively, P2P) network configuration, or another network configuration, certain ones of which are as described in this disclosure. As such, there are a wide variety of techni ues that shared images can be transferred between pairs of shared image devices."  ung Application ¶ 62.

"Also shown in FIG. 5 is a shared image device 101g that can transfer images between other ones of the shared image devices 101f and 101e via certain one(s) of the communication links 104."  ung Application ¶ 78.

"Certain commercially-available cellular phones include embedded cameras (therefore providing photographic capabilities) that can be configurable such that the images are transferred from that camera cellular phone to at least one other camera cellular phone, at least one landphone, or at least one other receiving device using either a wireless, or some other suitable, connection. Many of these commercially-

available camera cellular phones can thereby be considered to 'push' one or more images to another device (such as a cellular phone, a computer, a personal display assistant (PDA), etc.) with a display. Such transfer mechanisms that 'push' these pictures utili e the Internet, e-mail, or a similar file-transfer addressing mechanism (e.g., e-mail address or some associated addressing scheme)."  ung Application ¶ 102.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104."  ung Application ¶¶ 114–15.

"FIG. 3 can be considered to show another embodiment of the shared image network 100 that includes a number of shared image devices 101. This embodiment is similar to the embodiment as described with respect to FIG. 1, with the exception that the master shared image device 101a can be configured as a dissimilar device such as a peripheral device (e.g., a computer or controller 603 of FIG. 7 or 15 instead of another type of shared image device 101). In different embodiments, the computer or controller 603 may be configured as any type of recogni ed computing device including, but not limited to: a desktop, a laptop, a workstation, a personal display assistant (PDA), a microprocessor, a microcomputer, etc. The computer or controller 603, as well as other shared image devices, can provide a store-and-forward operation by controllably storing for some duration (regardless of how temporary or permanent is the duration), optionally processing, and then forwarding the shared images. There can additionally be intermediate shared image devices, or other devices, located between multiple shared image devices."  ung Application ¶ 118.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared

<table>
<tr>
<td></td>
<td>

image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Certain embodiments of the capturing shared image device 101f can be configured to generate an obtained shared image at the capturing shared image device at least partially by processing the shared image to satisfy the at least one designated attribute. In certain aspects, the capturing shared image device can be configured to transmit the obtained shared image that can be received by, and processed at, the processing shared image device."  ung Application ¶ 152.

"Operation 1758 can include, but is not limited to, obtaining an obtained shared image at the processing shared image device that is obtained in accordance with the at least one motivating event, and is obtained at least partially in response to the transmitting the at least one designated attribute."  ung Application ¶ 156.

</td>
</tr>
</table>



CLIENT/SERVER OR MASTER/SATELLITE CONFIGURATION

**FIG. 1**

PEER-TO-PEER CONFIGURATION

**FIG. 2**



FIG. 4



| | |
|---|---|
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The  ung Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"In this disclosure, 'subscribing' pertains to a user  oining their shared image device (which, in different embodiments, can be configured either as a capturing shared image device or as a peripheral shared image device) in a session to provide shared images to and/or receive shared images from other shared image devices."  ung Application ¶ 70.<br><br>"Certain embodiments of shared image devices 101 can provide such operations as, but are not limited to: performing active sharing between multiple shared image devices, temporarily pausing or muting the active sharing, resuming the active sharing after temporarily pausing or muting, connecting with other devices and/or people, or  temporarily performing or delaying a variety of operations. Such temporary pausing or muting of sharing operations may be e  uated to temporarily halting a subscription for a particular shared image device; and in many embodiments the shared images that were shared during this pausing or muting period can be transmitted or collected after the pausing or muting."  ung Application ¶ 72.<br><br>"The shared image devices 101e, 101/, and/or 101g, as described with respect to FIG. 5, can be located within the sharing region 103. The sharing region 103 may be considered as a geographic region where shared image devices can share shared images contained in one to another shared image device."  ung Application ¶ 78.<br><br>"Examples of these attributes that the designating shared image device 101  can designate at a capturing shared image device include, but are not limited to: format, pixel depth, sub ect, captured region, event, cost (e.g., payments), rights, creator, owner, si  e, transformation, use (e.g. providing a buddy icon on a desktop background that allows multiple shared image devices to controllably share images therebetween, but not with other non-buddy shared image devices) . . . ."  ung |

Application ¶ 85.

"In certain embodiments, various users can thereby transfer video, images, or some other type of information based on the proximity of shared image devices 101. Any combination of a plurality of capturing shared image device(s) and/or peripheral shared image device(s) can utili e  proximity therebetween to establish the sharing mechanism 102. Such proximity may be utili ed in, for example, establishing sharing regions 103 of the type as described with respect to FIG. 1. A variety of embodiments of the shared image device 101 can thereby rely on a variety of types of proximity between multiple sharing ones of the shared image devices to allow their sharing such as described in the above-incorporated U.S. patent application Ser. No. 11/069,909. Regional proximity pertains to a proximity of at least one shared image device within a sharing region, such as described in the above-incorporated patent application Ser. No. 11/122,274, entitled REGIONAL PRO  IMITY FOR SHARED IMAGE DEVICE(S). The embodiment of geographic proximity, proximity utili ing a communication link 104, and/or proximity utili ing passwords, pass-phrases, patterns on paper, and the like as described within this disclosure with respect to FIGS. 1 to 4 can vary, and serve as examples of proximity between shared image devices."  ung Application ¶ 89.

"In certain embodiments, any shared image device of the type being utili ed by the sharing session that is within the sharing region may be allowed to  oin the sharing session. In other embodiments, the user of the shared image device may have to provide a password to  oin the sharing session. In still other embodiments, the user of shared image device can provide a sharing password in addition to being within the sharing region to  oin the sharing session. As
such, there are a variety of permissible techni ues that can be utili ed to  oin the sharing session, that are within the intended scope of the present disclosure."  ung Application ¶ 91.

"In one embodiment, the multiple shared image devices 101 can operably couple within the shared image network 100 using a series of communication links 104; different embodiments of the communication links are described with respect to

FIGS. 1 to 4. A variety of embodiments of optical communication links 104 are within the intended scope of the present disclosure. Different embodiments of the communication link 104 can include, for example: a wireless link, an 802.11-based link, an infra-red data transfer link, a wired-based link, a physical-contact sharing mechanism that can transmit data upon physical contact, or any other type of link that allows for sufficient data to be transmitted between pairs of shared image devices 101.

Certain embodiments of the wireless communication link can utili e a variety of electromagnetic radiation to transmit data. The electromagnetic radiation that provides one embodiment of the wireless communication link 104 can include, but is not limited to, infrared, ultraviolet, near infrared, and/or optical signals. In one embodiment, a devoted optical communication link can cause data corresponding to the images to be transmitted between respective shared image devices. The communication link 104 can be configurable, in one embodiment, to operably couple a transmitting shared image device to a receiving shared image device. The transmitter, receiver, and/or transceiver portions of the communication link are to be configurable to carry sufficient data over the communication link considering the current task and/or network configuration."  ung Application ¶¶ 94–95.

"Different embodiments of geographic-based proximity can range to a variety of dimensions including from within inches, to in the same room, to within the same building, to be capable of accessing the same wireless LAN, or to be in the same stadium, part of a city, or beyond depending upon the technologies associated with the particular application or the communication link. In considering the application of certain commercially available transmitter/receiver capabilities, Bluetooth (a trademark of the Bluetooth Special Interest Group, a trade association) has an effective range of approximately 10 meters. Wireless Fidelity (WiFi, refers in this disclosure generically to any type of 802.11 network) can be located in a house or building, and can have an arbitrarily large range (especially by locating replicators or repeaters in each communication link 104 between multiple pairs of shared image devices 101)."  ung Application ¶ 99.

"In certain embodiments but not others, one shared image device 101 can continuously have its sharing mechanism actuated as to be in a sharing state. For example, a user can walk into a room, a building, and outside area, or another two-dimensional or three-dimensional area which contains a number of friends or associates that are currently enrolled in the sharing session, position the new shared image device 101 within the proximity of at least one of their shared image devices, and the shared images can be transferred utili ing such a techni ue such as being synchroni ed or uicksynched to the new shared image device 101 over the communications link. Such areas can be described relatively to some geographical area (e.g., a sharing region, relative to one or more other shared image devices, or relative to a field of view from a particular at least one shared image device)." ung Application ¶ 101.

"FIG. 2 can be considered to show one embodiment of a peer-to-peer shared image network 100, in which each shared image device 101 can connect to at least one other shared image device by at least one communication link 104. In certain embodiments of the peer-to-peer shared image network 100, indirect connections (such as multiple communication links 104) can extend, in series, between multiple pairs of shared image devices. Such communication links 104 can therefore transmit shared images between multiple pairs of serially-extending shared image devices 101 or over multiple serially-extending communication links 104.

  The embodiment of the shared image network 100, as described with respect to FIG. 2, includes a number of shared image devices 101 that may act as a peer-to-peer network. Certain embodiments of peer-to-peer shared image networks can be configurable in which each shared image device can perform both those functions that are traditionally associated with a server device and those functions that are traditionally associated with a client device. As such, in many embodiments, shared images can pass between different ones of the peer-to-peer arranged shared image devices relatively freely as to be available to any member shared image device of a particular sharing session." ung Application ¶¶ 114–15.

"In certain embodiments, actuating the actuating mechanism of a sharing mechanism can cause a particular shared image device to share or publish to other similar shared

image devices. Such sharing or publishing can occur even if there is not another shared image device in sufficiently close geographic proximity, based largely on inclusions of additional shared image devices (each of which includes a store-and-forward mechanism). The additional shared image devices can be configurable to allow serial data transmission through a se uence of such intermediate located shared image devices that operatively couple the terminal shared image devices."  ung Application ¶ 122.

"Under certain circumstances, only one shared image device may be a member of a session. For example, if a user of a particular shared image device 101 is the first one to  oin a sharing session (e.g., get to an event such as a child s birthday party), then that first user may capture certain pertinent images, and the sharing mechanism allows others to access the pictures captured by the first user of a shared image device 101 at that sharing session. As such, at one particular time, only a single shared image device may  oin the sharing session, and effect sharing or copying of the shared images."  ung Application ¶ 123.

"In other embodiments, at least two shared image devices 101 might establish a particular sharing session."  ung Application ¶ 124.

"In certain embodiments, the sharing mechanism can include the capturing shared image device configurable to actuate a sharing mechanism at least in part based on: a) relative positioning of the capturing shared image device relative to at least one other shared image device, b) positioning the capturing shared image device relative to a sharing region, or c) positioning of a field of view of the capturing shared image device."  ung Application ¶ 153.

"In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on relative positioning of the capturing shared image device relative to at least one other shared image device. In certain embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning the capturing shared image device relative to a sharing region. In certain

– 128 –

embodiments but not others, the capturing shared image device can be configurable to actuate a sharing mechanism at least in part based on positioning of a field of view of the capturing shared image device."   ung Application ¶ 154.

"This can be because there is an association between the different shared image devices (e.g., a user's camera and the user s computer or printer). In one embodiment, there can be a sharing session identifier that is available to the members of the sharing session by which the shared images, portions thereof, associated information, metadata, etc. that in certain instances allows transferring the shared images through the network or the Internet."   ung Application ¶ 169.

"Certain embodiments of the sharing mechanism can also operate as a subscription mechanism. For example, if a user of a first shared image device captures an image, it may be sent to the other shared image devices that are participating in the sharing session. Such a subscription to a sharing session may be e  uated with subscribing with another service. Each subscribing shared image device may thereupon elect to  oin a particular session. In certain embodiments of a session, each user of a shared image device can select which images are to be obtained or retained, and can re ect certain images. There are a variety of embodiments that can be provided between sessions and subscriptions thereto."   ung Application ¶ 178.

"It has been described above how to integrate a number of shared image devices 101 into the shared image network 100 based upon the proximity of the shared image devices 101 (either geographic or based on the communication link 104), and also based on the actuations of, and the operations of, the respective shared mechanisms. In the geographic proximity-based embodiments, the shared image devices can be located relatively closely to each other depending upon the particular technology utili ed.

 In other embodiments, shared image devices can be operably connected to each other (e.g., operably coupled) to allow authentication for operation such as by a password such as a spoken word or phrase, a captured picture, etc. Certain embodiments can use password-proximity in combination with, or in addition to, geographic proximity. The different types of proximity are therefore not necessarily

mutually exclusive. As such, an authori ing password, a pass image, or a variety of similar pass mechanisms can replace the above-described physical proximity re uirements.

  This portion of the disclosure thereby describes how a number of shared image devices 101 can  oin the sharing session based on passwords or a similar mechanism, instead of based upon the physical proximity. Certain embodiments of the shared image network 100 can create group passwords to protect against use of shared image devices by non-participants."  ung Application ¶¶ 184–86.

"In another embodiment, a 'buddy list' can be integrated into a number of shared image devices that form a subset from within a larger group of shared image devices (e.g., the smaller group is identified to share or copy their shared images using the buddy list). Those shared image devices may elect to share or copy their images with other shared image devices sharing the same buddy list, but not share their 'buddy-list' images with the group of shared image devices at large."  ung Application ¶ 212.



FIG. 28