# EXHIBIT I

## PART 2 OF 2

KAHN ET AL., U.S. PATENT APPLICATION PUBLICATION NO. 2004/0004663
(THE "KAHN APPLICATION")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | U.S. PATENT APPLICATION PUBLICATION NO. 2004/0004663 (THE "KAHN APPLICATION") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Kahn Application discloses an image-capturing mobile device. For example: "An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract. "An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18. " Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19. |

"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera) that may be employed for implementing the present invention. The present invention, however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity,

or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will appreciate that the digital camera may be designed to incorporate its own GPS module, so that GPS information could be recorded at the same instance that a photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57.



**FIG. 1**
*(PRIOR ART)*



FIG. 2A
(PRIOR ART)

| a wireless receiver; | The Kahn Application discloses a wireless receiver. |
| | |
| | For example: |
| | |
| | "The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. |

The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

Claims 43, 49, 51, and 59.

| a wireless transmitter; and | The Kahn Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45. |
| | "FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55. |
| | "Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are |

| | |
|---|---|
| | captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.<br><br>Claims 43, 49, 51, and 59. |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Kahn Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (I/O) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (I/O) controller 280, a non-volatile memory |

|  | 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

Claims 43, 49, and 55. |
|---|---|



FIG. 1
(PRIOR ART)



*FIG. 2B*
*(PRIOR ART)*

Based on Kahn's disclosure of an image-capturing mobile device with wireless connectivity, and the uploading and sharing of newly captured media, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled wireless uploading and sharing of the captured media.

| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Kahn Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access |

memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conextant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated

with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



FIG. 1
(PRIOR ART)

– 14 –



FIG. 2A
(PRIOR ART)



FIG. 7

| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria.

For example:

"The present invention relates generally to digital image processing and, more |
|---|---|

particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further resolved to specific geographic locations of interest (e.g., tourist locations), such as

– 17 –

'Disneyland,' so that photographs taken within Disneyland are placed in a 'Disneyland' folder (instead of being lumped together with Los Angeles-area photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically captured for individual photographic images ('photos'). This information, in turn, is used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate

| | on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89. |
|---|---|
| | "FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96. |
| | "Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98. |
| | Claims 1, 5, 16, 47, and 50. |



FIG. 6



*FIG. 7*

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | |
|---|---|
| | mobile device. *See, e.g.,* Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

– 23 –

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.

– 25 –



FIG. 3



FIG. 4



FIG. 6



*FIG. 7*

To the extent Kahn does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techniques in the Kahn system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the

| | |
|---|---|
| | use of mobile-to-mobile transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn system because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above. |
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Kahn Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. |

The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of

– 31 –

interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic

region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into

different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



FIG. 7

| Claim 5 |  |
|---|---|
| 5. An image-capturing mobile device, comprising | The Kahn Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"An imaging system is described that automatically identifies where images are |

captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract.

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18.

" Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19.

"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera) that may be employed for implementing the present invention. The present invention,

– 38 –

however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will appreciate that the digital camera may be designed to incorporate its own GPS

– 39 –

module, so that GPS information could be recorded at the same instance that a
photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)

| a wireless receiver; | The Kahn Application discloses a wireless receiver.<br><br>For example:<br><br>"The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. |

The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

Claims 43, 49, 51, and 59.

| a wireless transmitter; and | The Kahn Application discloses a wireless transmitter. |
| | |
| | For example: |
| | |
| | "The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45. |
| | |
| | "FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55. |
| | |
| | "Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are |

| | |
|---|---|
| | captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.<br><br>Claims 43, 49, 51, and 59. |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Kahn Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (I/O) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (I/O) controller 280, a non-volatile memory |

|  | 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.<br><br>"The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.<br><br>"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.<br><br>Claims 43, 49, and 55. |
|---|---|



FIG. 1
(PRIOR ART)



*FIG. 2B*
*(PRIOR ART)*

Based on Kahn's disclosure of an image-capturing mobile device with wireless connectivity and the uploading and sharing of newly captured media, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled wireless uploading and sharing of the captured media.

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Kahn Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access |

memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conextant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated

with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)



*FIG. 7*

| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "The present invention relates generally to digital image processing and, more |

particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further resolved to specific geographic locations of interest (e.g., tourist locations), such as

'Disneyland,' so that photographs taken within Disneyland are placed in a
'Disneyland' folder (instead of being lumped together with Los Angeles-area
photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic
organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present
invention for the automated uploading and organizing of photographic images, based
on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically
captured for individual photographic images ('photos'). This information, in turn, is
used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the
image and metadata information in a variety of ways that are helpful for the user to
associate an image with a geographic location. In particular, the server-side image
manager application 440 can automatically categorize images based on location (i.e.,
location indicated in corresponding metadata). This allows the system to place images
into an online or digital photo album (i.e., appropriately labeled folder) automatically,
based on those images being captured or recorded in a given geographic location of
interest (e.g., textual description for a particular geographic location, such as Grand
Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such
albums may then be accessed by the user (and shared with other users) using Web
browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically
organize a user's photos. As the user's images are uploaded to his or her account, the
images are organized automatically, for example, based on a given location category.
FIG. 6 illustrates an exemplary user interface, which includes automatic organization
of photos based on location. As shown, user interface 600 provides a browser-based
interface for accessing one's photos on-line. The photos are arranged into separate

– 54 –

<table>
<tr><td></td><td>

on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 47, and 50.

</td></tr>
</table>



FIG. 6



BEGIN

700

701

ONE OR MORE IMAGES ARE CAPTURED/RECORDED AT THE CAMERA DEVICE

702

THE IMAGES ARE ASSOCIATED WITH THE USER'S LOCATION (I.E., LOCATION ID, BASED ON GPS INFORMATION)

703

LOCAL APPLICATION (APPLET) IS INVOKED THAT ASSOCIATES LOCATION INFORMATION WITH THE IMAGES. APPLET SUBMITS A QUERY TO THE GPS MODULE TO RETURN A LOCATION ID COMPRISING THE CURRENT POSITION. NEXT, APPLET TRANSMITS THIS LOCATION ID TO THE IMAGE MANAGER. IF FULFILLMENT REQUEST, ENGAGE IMAGE MANAGER IN DIALOGUE FOR PURPOSES OF SELECTING A FULFILLER.

704

UPON RECEIPT OF THE TRANSMISSION FROM THE APPLET, THE IMAGE MANAGER PROCEEDS TO STORE THE IMAGES (IN AN IMAGE SERVER) AND STORES THE LOCATION ID INFORMATION IN THE METADATA DATABASE

705

THE USER INSTRUCTS THE SYSTEM TO MANIFEST DIFFERENT VIEWS OF IMAGES, BY SORTING/GROUPING BY LOCATION (AS WELL AS BY OTHER ATTRIBUTES, SUCH AS DATE/TIME)

DONE

*FIG. 7*

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | |
|---|---|
| | mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



*FIG. 7*

To the extent Kahn does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techniques in the Kahn system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the

| | |
|---|---|
| | use of mobile-to-mobile transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn system because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above. |
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The Kahn Application discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 |

establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically,

based on those images being captured or recorded in a given geographic location of interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one

another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view

his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



FIG. 7

| | |
|---|---|
| **Claim 8** | |
| 8. An image-capturing mobile device, comprising | The Kahn Application discloses an image-capturing mobile device. |
| | For example: |
| | "An imaging system is described that automatically identifies where images are |

captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract.

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18.

" Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19.

"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera) that may be employed for implementing the present invention. The present invention,

– 74 –

however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will appreciate that the digital camera may be designed to incorporate its own GPS

module, so that GPS information could be recorded at the same instance that a photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)

| a wireless receiver; | The Kahn Application discloses a wireless receiver.

For example:

"The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. |

The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

Claims 43, 49, 51, and 59.

| a wireless transmitter; and | The Kahn Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45. |
| | "FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55. |
| | "Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are |

| | |
|---|---|
| | captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.<br><br>Claims 43, 49, 51, and 59. |
| a processor operably connected to the wireless receiver and the wireless transmitter, | The Kahn Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (I/O) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (I/O) controller 280, a non-volatile memory |

|  | 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The digital camera 100 also typically includes several interfaces for communication with a camera user or with other systems and devices. For example, the I/O controller 280 is an interface device allowing communications to and from the computer 140. The I/O controller 280 permits an external host, such as a cell phone, personal digital assistant (PDA), computer, or the like (not shown), to connect to and communicate with the computer 140. In typical use, the digital camera 100 would occasionally be connected to a local host device, such as a cellular phone or a Palm PDA device (available from Palm, Inc. of Santa Clara, Calif.) with wireless connectivity (e.g., Palm i705)." Kahn Application ¶ 45.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

Claims 43, 49, and 55. |
|---|---|



FIG. 1
(PRIOR ART)



FIG. 2B
(PRIOR ART)

Based on Kahn's disclosure of an image-capturing mobile device with wireless connectivity and the uploading and sharing of newly captured media, it would have been obvious and/or inherent that the image-capturing mobile device's processor would be operably connected to the wireless receiver and wireless transmitter, as such would have facilitated or enabled wireless uploading and sharing of the captured media.

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Kahn Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.<br><br>"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.<br><br>"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.<br><br>"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.<br><br>"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access |

– 84 –

memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conextant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated

with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)



*FIG. 7*

| | |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example: |

"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further

resolved to specific geographic locations of interest (e.g., tourist locations), such as 'Disneyland,' so that photographs taken within Disneyland are placed in a 'Disneyland' folder (instead of being lumped together with Los Angeles-area photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically captured for individual photographic images ('photos'). This information, in turn, is used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based

interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 47, and 50.



FIG. 6



```
                          ( BEGIN )              700

                                                  701
        ┌──────────────────────────────────────┐
        │ ONE OR MORE IMAGES ARE CAPTURED/RECORDED AT THE │
        │              CAMERA DEVICE              │
        └──────────────────────────────────────┘

                                                  702
        ┌──────────────────────────────────────┐
        │   THE IMAGES ARE ASSOCIATED WITH THE USER'S LOCATION │
        │    (I.E., LOCATION ID, BASED ON GPS INFORMATION)    │
        └──────────────────────────────────────┘

                                                  703
        ┌──────────────────────────────────────┐
        │ LOCAL APPLICATION (APPLET) IS INVOKED THAT ASSOCIATES │
        │  LOCATION INFORMATION WITH THE IMAGES.  APPLET SUBMITS │
        │   A QUERY TO THE GPS MODULE TO RETURN A LOCATION ID   │
        │    COMPRISING THE CURRENT POSITION.  NEXT, APPLET    │
        │   TRANSMITS THIS LOCATION ID TO THE IMAGE MANAGER.  IF │
        │    FULFILLMENT REQUEST, ENGAGE IMAGE MANAGER IN      │
        │   DIALOGUE FOR PURPOSES OF SELECTING A FULFILLER.    │
        └──────────────────────────────────────┘

                                                  704
        ┌──────────────────────────────────────┐
        │  UPON RECEIPT OF THE TRANSMISSION FROM THE APPLET, THE │
        │    IMAGE MANAGER PROCEEDS TO STORE THE IMAGES (IN AN │
        │   IMAGE SERVER) AND STORES THE LOCATION ID INFORMATION │
        │          IN THE METADATA DATABASE          │
        └──────────────────────────────────────┘

                                                  705
        ┌──────────────────────────────────────┐
        │   THE USER INSTRUCTS THE SYSTEM TO MANIFEST DIFFERENT │
        │   VIEWS OF IMAGES, BY SORTING/GROUPING BY LOCATION (AS │
        │    WELL AS BY OTHER ATTRIBUTES, SUCH AS DATE/TIME)   │
        └──────────────────────────────────────┘

                          ( DONE )
```

*FIG. 7*

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
|---|---|
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

|  | provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59. |



FIG. 3



FIG. 4



FIG. 6



*FIG. 7*

To the extent Kahn does not explicitly disclose transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate mobile-to-mobile transmission techniques in the Kahn system. Mobile-to-mobile transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the

– 101 –

| | |
|---|---|
| | use of mobile-to-mobile transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn system because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above. f |
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Kahn Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. <br><br> For example: <br><br> "A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily . . . send them by e-mail to friends." Kahn Application ¶ 6. <br><br> To the extent Kahn does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techniques in the Kahn system. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. *See, e.g.*, U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"), and Marc Davis et al., *MMM2: Mobile Media Metadata for Media Sharing* (the "Davis Publication"). A person of ordinary |

| | skill in the art would have been motivated to combine the selective pairing and affinity group techniques disclosed in the prior art into the Kahn system because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
|---|---|
| **Claim 9** | |
| 9. A method performed by an image-capturing mobile device, comprising | The Kahn Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract.<br><br>"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18.<br><br>" Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19.<br><br>"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those |

skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera) that may be employed for implementing the present invention. The present invention, however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The

| | user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will appreciate that the digital camera may be designed to incorporate its own GPS module, so that GPS information could be recorded at the same instance that a photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57. |
|---|---|



*FIG. 1*
*(PRIOR ART)*



FIG. 2A
(PRIOR ART)

| receiving a plurality of photographic images; | The Kahn Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., |

– 107 –

photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.

"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.

"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.

"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the

processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conexant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



*FIG. 1*
*(PRIOR ART)*



FIG. 2A
(PRIOR ART)



FIG. 7

| | |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more |

particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further resolved to specific geographic locations of interest (e.g., tourist locations), such as

'Disneyland,' so that photographs taken within Disneyland are placed in a 'Disneyland' folder (instead of being lumped together with Los Angeles-area photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically captured for individual photographic images ('photos'). This information, in turn, is used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate

– 114 –

| | on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89.<br><br>"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.<br><br>"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.<br><br>Claims 1, 5, 16, 47, and 50. |
| --- | --- |



**FIG. 6**



BEGIN

*700*

*701*

ONE OR MORE IMAGES ARE CAPTURED/RECORDED AT THE CAMERA DEVICE

*702*

THE IMAGES ARE ASSOCIATED WITH THE USER'S LOCATION (I.E., LOCATION ID, BASED ON GPS INFORMATION)

*703*

LOCAL APPLICATION (APPLET) IS INVOKED THAT ASSOCIATES LOCATION INFORMATION WITH THE IMAGES. APPLET SUBMITS A QUERY TO THE GPS MODULE TO RETURN A LOCATION ID COMPRISING THE CURRENT POSITION. NEXT, APPLET TRANSMITS THIS LOCATION ID TO THE IMAGE MANAGER. IF FULFILLMENT REQUEST, ENGAGE IMAGE MANAGER IN DIALOGUE FOR PURPOSES OF SELECTING A FULFILLER.

*704*

UPON RECEIPT OF THE TRANSMISSION FROM THE APPLET, THE IMAGE MANAGER PROCEEDS TO STORE THE IMAGES (IN AN IMAGE SERVER) AND STORES THE LOCATION ID INFORMATION IN THE METADATA DATABASE

*705*

THE USER INSTRUCTS THE SYSTEM TO MANIFEST DIFFERENT VIEWS OF IMAGES, BY SORTING/GROUPING BY LOCATION (AS WELL AS BY OTHER ATTRIBUTES, SUCH AS DATE/TIME)

DONE

*FIG. 7*

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | |
|---|---|
| | mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. <br><br> For example: <br><br> "A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6. <br><br> "FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28. <br><br> "As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



*FIG. 7*

To the extent Kahn does not explicitly disclose transmitting, via the wireless transmitter and to a second image-capturing device, the filtered plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate capture-device-to-capture-device transmission techniques in the Kahn method. Capture-device-to-capture-device transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and

<table>
<tr>
<td></td>
<td>numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. <em>See, e.g.</em>, Bhavan Gandhi et al., <em>Intelligent Multimedia Content Management on Mobile Devices</em> (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn method because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above.</td>
</tr>
<tr>
<td>wherein the transfer criteria is a geographic location of the image-capturing mobile device.</td>
<td>The Kahn Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.

For example:

"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320</td>
</tr>
</table>

establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically,

based on those images being captured or recorded in a given geographic location of interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one

– 128 –

another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view

his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



FIG. 7

| Claim 13 | |
|---|---|
| 13. A method performed by an image-capturing mobile device, comprising | The Kahn Application discloses a method performed by an image-capturing mobile device.<br><br>For example: |

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract.

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18.

" Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19.

"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera)

that may be employed for implementing the present invention. The present invention, however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will

appreciate that the digital camera may be designed to incorporate its own GPS module, so that GPS information could be recorded at the same instance that a photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)

| receiving a plurality of photographic images; | The Kahn Application discloses receiving a plurality of photographic images. |
| | For example: |
| | "The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., |

photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.

"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.

"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.

"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the

processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conexant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)



*FIG. 7*

| | |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"The present invention relates generally to digital image processing and, more |

– 142 –

particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further resolved to specific geographic locations of interest (e.g., tourist locations), such as

'Disneyland,' so that photographs taken within Disneyland are placed in a 'Disneyland' folder (instead of being lumped together with Los Angeles-area photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically captured for individual photographic images ('photos'). This information, in turn, is used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate

– 144 –

|  | on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89.<br><br>"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.<br><br>"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.<br><br>Claims 1, 5, 16, 47, and 50. |



FIG. 6



FIG. 7

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | |
|---|---|
| | mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.

For example:

"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



*FIG. 4*



FIG. 6



BEGIN                                    700

701
ONE OR MORE IMAGES ARE CAPTURED/RECORDED AT THE
CAMERA DEVICE

702
THE IMAGES ARE ASSOCIATED WITH THE USER'S LOCATION
(I.E., LOCATION ID, BASED ON GPS INFORMATION)

703
LOCAL APPLICATION (APPLET) IS INVOKED THAT ASSOCIATES
LOCATION INFORMATION WITH THE IMAGES. APPLET SUBMITS
A QUERY TO THE GPS MODULE TO RETURN A LOCATION ID
COMPRISING THE CURRENT POSITION. NEXT, APPLET
TRANSMITS THIS LOCATION ID TO THE IMAGE MANAGER. IF
FULFILLMENT REQUEST, ENGAGE IMAGE MANAGER IN
DIALOGUE FOR PURPOSES OF SELECTING A FULFILLER.

704
UPON RECEIPT OF THE TRANSMISSION FROM THE APPLET, THE
IMAGE MANAGER PROCEEDS TO STORE THE IMAGES (IN AN
IMAGE SERVER) AND STORES THE LOCATION ID INFORMATION
IN THE METADATA DATABASE

705
THE USER INSTRUCTS THE SYSTEM TO MANIFEST DIFFERENT
VIEWS OF IMAGES, BY SORTING/GROUPING BY LOCATION (AS
WELL AS BY OTHER ATTRIBUTES, SUCH AS DATE/TIME)

DONE

*FIG. 7*

To the extent Kahn does not explicitly disclose transmitting, via the wireless
transmitter and to a second image-capturing device, the filtered plurality of
photographic images, it would have been obvious to a person of ordinary skill in the
art to incorporate capture-device-to-capture-device transmission techniques in the
Kahn method. Capture-device-to-capture-device transmission of filtered photos was
well-known in the art at the time of the purported invention of the '797 patent, and

| | numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn method because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above. |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images. | The Kahn Application discloses the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In |

order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images

into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textural description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate

– 158 –

on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating

geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



*FIG. 4*



FIG. 6



FIG. 7

| Claim 16 | |
|---|---|
| 16. A method performed by an image-capturing mobile device, comprising | The Kahn Application discloses a method performed by an image-capturing mobile device.<br><br>For example: |

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images; a GPS (Global Positioning System) module providing location information; a host device (e.g., local host) that is at least occasionally connected to the imaging device, and application logic for querying the GPS module for determining location information and for associating each captured image with a location identifier indicating where each image was captured." Kahn Application, Abstract.

"An imaging system is described that automatically identifies where images are captured. The system includes the following components: an imaging device for capturing images . . . ." Kahn Application ¶ 18.

" Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device." Kahn Application ¶ 19.

"The following description will focus on the currently preferred embodiment of the present invention, which is implemented in a digital camera that includes occasional connectivity to a local host device (e.g., GPS-enabled cell phone, personal digital assistant (PDA), laptop computer, or the like). The present invention is not, however, limited to any one particular application or any particular environment. Instead, those skilled in the art will find that the system and methods of the present invention may be advantageously employed on a variety of different devices. Therefore, the description of the exemplary embodiment that follows is for purposes of illustration and not limitation." Kahn Application ¶ 30.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention." Kahn Application ¶ 33.

"The above-described system 100 is presented for purposes of illustrating the basic hardware underlying a media capturing and recording system (e.g., digital camera)

that may be employed for implementing the present invention. The present invention, however, is not limited to just digital camera devices but, instead, may be advantageously applied to a variety of devices capable of supporting and/or benefiting from the methodologies of the present invention presented in detail below." Kahn Application ¶ 48.

"FIG. 3 is a high-level block diagram illustrating the basic components that comprise the environment in which the present embodiment may be implemented. As shown, system 300 includes a camera device 310, a host device 320, and a GPS (Global Positioning System) module 325. The camera device 310 is preferably a wireless camera device, such as camera device 100 (shown in FIG. 1A), that either includes wireless connectivity itself or connects to a local host with wireless connectivity. In the currently preferred embodiment, the camera device 310 is a stand-alone unit that is occasionally (or persistently) connected to the host device 320, which may be any device capable of hosting the camera device 310. For example, host device 320 may comprise a cellular phone, a PDA (personal data assistant) with wireless connectivity, or the like. The GPS module 325 is either a stand-alone or integrated module that provides real-time GPS information to the host 320, and in turn to clients of the host (i.e., camera 310) that may submit queries for GPS information." Kahn Application ¶ 55.

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"In typical use, the user employs the digital camera detached from the local host, and therefore detached from the GPS module. Of course those skilled in the art will

appreciate that the digital camera may be designed to incorporate its own GPS module, so that GPS information could be recorded at the same instance that a photographic image is captured." Kahn Application ¶ 96.

Claims 1, 16, 31, 36–37, 39–43, 51, 54, and 57.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)

| receiving a plurality of photographic images; | The Kahn Application discloses receiving a plurality of photographic images.

For example:

"The present invention relates generally to digital image processing and, more particularly, to improved techniques for the organization and processing (e.g., |

photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The present invention may be implemented on a media capturing and recording system, such as a digital camera. FIG. 1 is a very general block diagram of a digital camera 100 suitable for implementing the present invention. As shown, the digital camera 100 comprises an imaging device 120, a system bus 130, and a processor or computer 140 (e.g., microprocessor-based unit)." Kahn Application ¶ 33.

"The imaging device 120 in turn communicates with the computer 140, for example, via the system bus 130. The computer 140 provides overall control for the imaging device 120. In operation, the computer 140 controls the imaging device 120 by, in effect, telling it what to do and when. For instance, the computer 140 provides general input/output (110) control that allows one to coordinate control of the imaging device 120 with other electromechanical peripherals of the digital camera 100 (e.g., flash attachment)." Kahn Application ¶ 34.

"The captured image data is transferred over the system bus 130 to the computer 140 which performs various image processing functions on the image data before storing it in its internal memory." Kahn Application ¶ 5.

"A conventional onboard processor or computer 140 is provided for directing the operation of the digital camera 100 and processing image data captured on the imaging device 120. FIG. 2B is a block diagram of the processor or computer 140. As shown, the system bus 130 provides connection paths between the imaging device 120, an (optional) power management 262, a processor (CPU) 264, a random-access memory (RAM) 266, an input/output (110) controller 280, a non-volatile memory 282, a removable memory interface 283, and a liquid crystal display (LCD) controller 290." Kahn Application ¶ 42.

"The processor (CPU) 264 typically includes a conventional processor device (e.g., microprocessor) for controlling the operation of camera 100. Implementation of the processor 264 may be accomplished in a variety of different ways. For instance, the

processor 264 may be implemented as a microprocessor (e.g., MPC823 microprocessor, available from Motorola of Schaumburg, Ill.) with DSP (digital signal processing) logic blocks, memory control logic blocks, video control logic blocks, and interface logic. Alternatively, the processor 264 may be implemented as a 'camera on a chip (set)' using, for instance, a Raptor II chipset (available from Conextant Systems, Inc. of Newport Beach, Calif.), a Sound Vision Clarity 2, 3, or 4 chipset (available from Sound Vision, Inc. of Wayland, Mass.), or similar chipset that integrates a processing core with image processing periphery. Processor 264 is typically capable of concurrently running multiple software routines to control the various processes of camera 100 within a multithreaded environment." Kahn Application ¶ 43.

"FIG. 4 is a block diagram that illustrates implementation of underlying functionality (i.e., processes) in the various modules of FIG. 3. As shown, system 400 includes the following functional modules: upload program 410, location API 420, camera memory/API 430, server-side image manager application 440, image servers 450, and database (e.g., Oracle) 460 for storing metadata information." Kahn Application ¶ 62.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.



FIG. 1
(PRIOR ART)



FIG. 2A
(PRIOR ART)



BEGIN

*700*

*701*

ONE OR MORE IMAGES ARE CAPTURED/RECORDED AT THE CAMERA DEVICE

*702*

THE IMAGES ARE ASSOCIATED WITH THE USER'S LOCATION (I.E., LOCATION ID, BASED ON GPS INFORMATION)

*703*

LOCAL APPLICATION (APPLET) IS INVOKED THAT ASSOCIATES LOCATION INFORMATION WITH THE IMAGES. APPLET SUBMITS A QUERY TO THE GPS MODULE TO RETURN A LOCATION ID COMPRISING THE CURRENT POSITION. NEXT, APPLET TRANSMITS THIS LOCATION ID TO THE IMAGE MANAGER. IF FULFILLMENT REQUEST, ENGAGE IMAGE MANAGER IN DIALOGUE FOR PURPOSES OF SELECTING A FULFILLER.

*704*

UPON RECEIPT OF THE TRANSMISSION FROM THE APPLET, THE IMAGE MANAGER PROCEEDS TO STORE THE IMAGES (IN AN IMAGE SERVER) AND STORES THE LOCATION ID INFORMATION IN THE METADATA DATABASE

*705*

THE USER INSTRUCTS THE SYSTEM TO MANIFEST DIFFERENT VIEWS OF IMAGES, BY SORTING/GROUPING BY LOCATION (AS WELL AS BY OTHER ATTRIBUTES, SUCH AS DATE/TIME)

DONE

*FIG. 7*

| filtering the plurality of photographic images using a transfer criteria; and | The Kahn Application discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "The present invention relates generally to digital image processing and, more |

particularly, to improved techniques for the organization and processing (e.g., photofinishing) of digital images based on information indicating where the images were captured and/or where the user is presently located." Kahn Application ¶ 4.

"The problem of not knowing where one's pictures were taken has obvious disadvantages. Consider, for example, a user returning from a trip (e.g., European vacation). He or she may not recall exactly where each individual picture was taken. Or consider a real estate agent who takes pictures of several different properties, including ones that are simply vacant lots. Without location information, the real estate agent faces a difficult task of determining which picture goes with which property. All told, without some means of identifying where a picture is taken, users often find it difficult to distinguish the true location for a picture, and therefore difficult to distinguish the exact subject matter of the picture. The current state of the art has been for the user to manually capture this information, but that approach is at best a very tedious solution to the problem. Accordingly, most users simply do without location information and thus routinely face the problem that they are not able to determine the location where pictures were taken. And the older the pictures are, the more difficult this task becomes. Without knowing the location where pictures were taken, the user has a more difficult task of organizing those pictures (e.g., into a photo album) to facilitate viewing. A better solution is needed." Kahn Application ¶ 12.

"Methods are described for automatically organizing images based on location. In one embodiment, for example, the method includes the following steps. First, an image is captured at an imaging device. Next, the method automatically associates the captured image with a particular geographic location indicating where the image was captured. This is done, for example, in conjunction with a GPS module that provides latitude and longitude information. Based on the particular geographic location identified for or associated with the captured image, the method may automatically place the captured image in a folder created for that particular geographic location. In this manner, photographs taken in Los Angeles may be automatically placed in an online folder entitled 'Los Angeles.' Further, the location information may be further resolved to specific geographic locations of interest (e.g., tourist locations), such as

'Disneyland,' so that photographs taken within Disneyland are placed in a 'Disneyland' folder (instead of being lumped together with Los Angeles-area photographs)." Kahn Application ¶ 19.

"FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location." Kahn Application ¶ 27.

"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.

"In accordance with the present invention, location information is automatically captured for individual photographic images ('photos'). This information, in turn, is used to assist with organizing those images." Kahn Application ¶ 51.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate

– 174 –

| | on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 47, and 50. |



FIG. 6



FIG. 7

To the extent Kahn does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Kahn method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing

| | |
|---|---|
| | mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Kahn method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Kahn Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily insert digital images into word processing documents, send them by e-mail to friends, or post them on a Web site where anyone in the world can see them." Kahn Application ¶ 6.<br><br>"FIG. 7 is a high-level flowchart summarizing a method of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 28.<br><br>"As shown, the host device 320 communicates with an online Web-based image management server 330. In the currently preferred embodiment, the image management server 330 is a Web-based server accessible via the Internet. It provides various services for supporting the host 320, as described in further detail below. In order to communicate with the image management server 330, the host device 320 establishes an Internet connection to the server, for example, using HTTP protocol. The image management server 330, in turn, may communicate with other modules, such as a fulfiller module 340 and image servers 331, 332, 333." Kahn Application ¶ 56. |

"Briefly summarized, the interactions between the components are as follows. The user employs the camera 310 to take various pictures (i.e., capture images). Immediately or at some convenient point in time, location ID information (i.e., GPS information) from the GPS module 325 is associated with the images that are captured. The images are ultimately uploaded to a corresponding user account at the image management server 330. In the currently preferred embodiment, the uploading process occurs via wireless communication technique, with the local host (e.g., cell phone, wireless PDA, or the like) assuming responsibility for establishing a wireless data connection." Kahn Application ¶ 57.

"The upload program 410 also communicates with the camera memory/API 430, so that the upload program 410 can retrieve images from the camera. In this manner, the upload program 410 is able to invoke transfer of the images from the camera to the host (e.g., cell phone), for uploading to a destination image server." Kahn Application ¶ 63.

"The upload program 410 assembles the image data for the images and the corresponding metadata comprising location information and user (identity) information, and then transmits all of that information/data to the image management server, via its communication with the server-side application 440." Kahn Application ¶ 64.

"The server-side image manager application 440 can be configured to act on the image and metadata information in a variety of ways that are helpful for the user to associate an image with a geographic location. In particular, the server-side image manager application 440 can automatically categorize images based on location (i.e., location indicated in corresponding metadata). This allows the system to place images into an online or digital photo album (i.e., appropriately labeled folder) automatically, based on those images being captured or recorded in a given geographic location of interest (e.g., textual description for a particular geographic location, such as Grand Canyon, Disneyland, San Francisco, Fisherman's Wharf, New York, etc.). Such albums may then be accessed by the user (and shared with other users) using Web

browser software (e.g., Microsoft Internet Explorer)." Kahn Application ¶ 65.

"The approach of the present invention may be used to enhance photofinishing fulfillment. More particularly, the approach may be employed to allow the user to get printed photographs almost immediately. Here, the user employs the wireless camera to take a multitude of pictures. During this process or at a point in time convenient for the user, the pictures are transferred (e.g., after uploading) to a fulfiller (e.g., one-hour photo finisher) that is located in close proximity to where the user is currently taking pictures (e.g., based on current location of camera and/or device hosting the camera (e.g., GPS-enabled cellular phone), and/or based on location where images were captured). Therefore, soon after the user has concluded taking pictures and had those pictures transmitted to a nearby photofinisher (i.e., within a reasonable travel distance), the user can then simply go to the nearby photofinisher to pick up awaiting prints." Kahn Application ¶ 67.

"In typical application, the images themselves are transmitted to the fulfiller directly from the image server where the images reside (i.e., after being uploaded from the user's camera by the host device). In that scenario, the camera itself may at that point be considered optional. If desired, however, the images may be transmitted directly to the fulfiller from the user's camera/host device (i.e., the camera is the immediate image source)." Kahn Application ¶ 69.

"Of particular interest to users is the use of location information to automatically organize a user's photos. As the user's images are uploaded to his or her account, the images are organized automatically, for example, based on a given location category. FIG. 6 illustrates an exemplary user interface, which includes automatic organization of photos based on location. As shown, user interface 600 provides a browser-based interface for accessing one's photos on-line. The photos are arranged into separate on-line 'albums' 601, with each album containing the photos that are related to one another (within the album) by location (e.g., taken from within a given geographic region). As illustrated at 605, for example, each album includes a descriptor, such as 'Venice, Italy', indicating the geographical origin of the photos within the album. If desired, the user may edit the default text to provide or override the automatically

provided location descriptor. Additionally as shown by the user interface 600, each album includes user interface elements (e.g., screen buttons) for inputting user commands that operate on the photos within that album, including commands of 'view', 'share', 'delete', or 'slide show' (i.e., create slide show)." Kahn Application ¶ 89.

"FIG. 7 is a high-level flowchart summarizing a method 700 of operation of the present invention for the automated uploading and organizing of photographic images, based on location information." Kahn Application ¶ 96.

"The method steps are as follows. As indicated at step 701, one or more images are captured/recorded at the camera device. Next, at step 702, the images are associated with the user's location (i.e., location ID, based on GPS information). Typically, this occurs when the camera is attached to the local host. Upon attachment of the camera to the local host, the images are either automatically uploaded or the user manually requests uploading. At step 703, upon receipt of the request that the images be uploaded, a local application (applet) is invoked that associates location information with the images." Kahn Application ¶ 97.

"Upon receipt of the transmission from the applet, the image manager proceeds to store the images (in an image server) and stores the location ID information in the metadata database, as indicated by step 704." Kahn Application ¶ 98.

"Finally, as indicated by step 705, the user can instruct the system to manifest different views of images, by sorting/grouping by location (as well as by other attributes, such as date/time). In the currently preferred embodiment, the images are automatically filed into different folders or 'albums' based on location, which may (optionally) be assigned a descriptive title that includes information indicating geographic location (e.g., 'Venice, Italy'). In this manner, when the user goes to view his or her images on-line, he or she will find them already sorted by location into different folders." Kahn Application ¶ 98.

Claims 1, 5, 16, 20, 31, 32–35, 47–49, 51, and 59.



FIG. 3



FIG. 4



FIG. 6



**FIG. 7**

To the extent Kahn does not explicitly disclose transmitting, via the wireless transmitter and to a second image-capturing device, the plurality of photographic images, it would have been obvious to a person of ordinary skill in the art to incorporate capture-device-to-capture-device transmission techniques in the Kahn method. Capture-device-to-capture-device transmission of filtered photos was well-known in the art at the time of the purported invention of the '797 patent, and

<table>
<tr>
<td></td>
<td>numerous prior-art references disclose the use of capture-device-to-capture-device transfer of filtered photos. <em>See, e.g.</em>, Bhavan Gandhi et al., <em>Intelligent Multimedia Content Management on Mobile Devices</em> (the "Gandhi Reference"); U.S. Patent Application Publication No. 2006/0114516 (the "Rothschild Application"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the transmission techniques disclosed in the prior art into the Kahn method because it would facilitate sharing chosen photos by taking advantage of a well-known aspect of digital camera technology—that it is "easy to transfer images between all kinds of devices and applications." Kahn Application ¶ 6. Motivation to combine may also be found in the references cited above.</td>
</tr>
<tr>
<td>wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.</td>
<td>The Kahn Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.

For example:

"A digital camera's biggest advantage is that it creates images digitally thus making it easy to transfer images between all kinds of devices and applications. For instance, one can easily . . . send them by e-mail to friends." Kahn Application ¶ 6.

To the extent Kahn does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techniques in the Kahn method. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. <em>See, e.g.</em>, U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"), and Marc Davis et al., <em>MMM2: Mobile</em></td>
</tr>
</table>

| | *Media Metadata for Media Sharing* (the "Davis Publication"). A person of ordinary skill in the art would have been motivated to combine the selective pairing and affinity group techniques disclosed in the prior art into the Kahn method because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
|---|---|

ROTHSCHILD, U.S. PATENT APPLICATION PUBLICATION NO. 2006/0114516
(THE "ROTHSCHILD APPLICATION")

Based upon the claim construction Plaintiff appears to be asserting, and the application of that claim construction to the products accused in the Complaint, the reference(s) charted below anticipate(s) and/or renders obvious, alone or in combination with other prior art, at least claims 1, 5, 8, 9, 13, and 16 of U.S. Patent No. 8,437,797 as described below. These invalidity assertions are not an admission by Defendant that the accused products, including any current or past version of these products, are covered by, or infringe these claims, particularly when these claims are properly construed. Additionally, the portions of the prior art reference(s) cited below are not exhaustive. They are exemplary in nature and merely designed to direct the reader to relevant portions of the prior art reference(s). Each prior art reference is to be considered in its entirety.

| U.S. PATENT NO. 8,437,797 | U.S. PATENT APPLICATION PUBLICATION NO. 2006/0114516 (THE "ROTHSCHILD APPLICATION") |
|---|---|
| **Claim 1** | |
| 1. An image-capturing mobile device, comprising | The Rothschild Application discloses an image-capturing mobile device. |
| | For example: |
| | "The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract. |
| | "Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |
| | "FIG. 1A is front view of a device for capturing digital images and embedding information in the captured images according to an embodiment of the present disclosure . . . ." Rothschild Application ¶ 12. |
| | "FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15. |
| | "Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating |

information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27.

"Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31.

"Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40.

*See, e.g.*, Claim 1.



FIG. 1A



FIG. 1B

FIG. 3A



FIG. 3B

| a wireless receiver; | The Rothschild Application discloses a wireless receiver.

For example:

"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"The wireless connection will operate under any of the various known wireless |

|  | protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36.<br><br>"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |
|--|--|



FIG. 2



FIG. 3A

FIG. 3B

| a wireless transmitter; and | The Rothschild Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14. |
| | "The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28. |
| | "The wireless connection will operate under any of the various known wireless protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36. |
| | "Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |



FIG. 2



FIG. 3A

FIG. 3B

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Rothschild Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.<br><br>"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29. |



**FIG. 2**

| | |
|---|---|
| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Rothschild Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving |

| | internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |
|---|---|
| | "Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29. |
| | *See, e.g.*, Claims 22, 33. |
| | Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device's computer processing module would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10. |
| | "The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will: |

– 13 –

a. Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments . . . ." Rothschild Application ¶¶ 51–52.

"Next, in step 506, the local computer 402 will use relational database programming, e.g., Structured    uery Language (SL   ), and standard computer processing power to respond to any user requests for each of the digital images. These requests include but are not limited to displaying the digital images in a particular sequence, or sorting the digital images by owner, date, location, description, etc." Rothschild Application ¶ 62.

"Once the digital images are resident on the user's local computer or on the Global Computer Network, the user may utilize a user interface to search for any of the stored images. The user interface may include voice recognition software (VRS), keyboard input (KI) or any other user interface currently existing or that will exist in the future to submit a search query term to the computer to search for a digital image or images. The computer will utilize a search software module (SSM) that may include relational database software, a browser plug-in, etc. to submit a search query to the database including the images and associated information as described above. This search software module (SSM) will be directed by the VRS, KI or any other user input device to the location or site on the local computer or Global Computer Network where the digital images reside. The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject

– 14 –

| | |
|---|---|
| | matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.<br><br>To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Rothschild Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18. |

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:
   a. Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;
   b. Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-selected; and
   c.  With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–

52.

"Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages." Rothschild Applications ¶ 57.

"Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers
residing on servers 422." Rothschild Application ¶ 58.

"Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.
     FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server

– 17 –

<table>
<tr><td></td><td>

408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.

Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.

"The local computer 402 will query each record of the relational database to determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.

"Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.

*See, e.g.*, Claims 22, 32, 37, 43.

</td></tr>
</table>



FIG. 5

| | |
|---|---|
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Rothschild Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"The device 100 will also include an auxiliary input computer module 126. This module will allow the hardware device to automatically and simultaneously (with image capture) store information in the associated file or alternatively in the same file as the digital image. The information from the auxiliary input module 126 will flow directly from the various input modules and processors contained in the hardware device. These modules and processors may include but are not limited to a processor to determine the individual number of the picture in the sequence of pictures shot that are captured and stored, e.g., a sequence number, a Global Positioning System (GPS) chip to determine the geographic location of where the image was taken . . . ." Rothschild Application ¶ 35.<br><br>"The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 27, 38. |

– 20 –

FIG. 7

| | Claim 5 |
|---|---|
| 5. An image-capturing mobile device, comprising | The Rothschild Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract.<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 1A is front view of a device for capturing digital images and embedding information in the captured images according to an embodiment of the present |

<table>
<tr>
<td></td>
<td>

disclosure . . . ." Rothschild Application ¶ 12.

"FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15.

"Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27.

"Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31.

"Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40.

*See, e.g.*, Claim 1.

</td>
</tr>
</table>



FIG. 1A

FIG. 1B



FIG. 3A

FIG. 3B

| a wireless receiver; | The Rothschild Application discloses a wireless receiver.<br><br>For example:<br><br>"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.<br><br>"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.<br><br>"The wireless connection will operate under any of the various known wireless protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36.<br><br>"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |



FIG. 2



FIG. 3A

FIG. 3B

| a wireless transmitter; and | The Rothschild Application discloses a wireless transmitter. |
|---|---|
| | For example: |
| | "FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14. |
| | "The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28. |
| | "The wireless connection will operate under any of the various known wireless protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36. |
| | "Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |



FIG. 2



FIG. 3A

FIG. 3B

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Rothschild Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.<br><br>"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29. |



FIG. 2

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Rothschild Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving |

| | internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.

"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29.

*See, e.g.*, Claims 22, 33.

Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device's computer processing module would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
|---|---|
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria.

For example:

"According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will: |

d.  Sort and file the images in the file or folder selected including storing the files
with the associated information and audio and video attachments . . . ."
Rothschild Application ¶¶ 51–52.

"Next, in step 506, the local computer 402 will use relational database programming,
e.g., Structured    uery Language (SL   ), and standard computer processing power to
respond to any user requests for each of the digital images. These requests include but
are not limited to displaying the digital images in a particular sequence, or sorting the
digital images by owner, date, location, description, etc." Rothschild Application ¶
62.

"Once the digital images are resident on the user's local computer or on the Global
Computer Network, the user may utilize a user interface to search for any of the
stored images. The user interface may include voice recognition software (VRS),
keyboard input (KI) or any other user interface currently existing or that will exist in
the future to submit a search query term to the computer to search for a digital image
or images. The computer will utilize a search software module (SSM) that may
include relational database software, a browser plug-in, etc. to submit a search query
to the database including the images and associated information as described above.
This search software module (SSM) will be directed by the VRS, KI or any other user
input device to the location or site on the local computer or Global Computer
Network where the digital images reside. The SSM will then submit the query for
comparison to the various information data fields that are contained in the digital
image file or associated file (e.g. such as date field 636, name field 610, time field
638, sequence number field 644, location field 634, author/publisher field 612,
subject matter category field 612, keyword field 612, etc), and, using standard
computer processing power, will select the digital image or images that contain the
submitted query. The selected digital images will be then displayed on the local
computers display device 402. Depending on the user's specific request, the user is
able to instruct the computer to display and/ or sort the digital images by various sort
criteria including but not limited to: date the digital image was taken; name of the
image; time the image was taken; sequence number of the image; geographic location
that the digital image was taken at; author and/or publisher of the image; subject

<table>
<tr>
<td></td>
<td>matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.

*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.

To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above.</td>
</tr>
<tr>
<td>transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images,</td>
<td>The Rothschild Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.

For example:

"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.

"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18.</td>
</tr>
</table>

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:
    a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;
    b.  Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-selected; and
    c.   With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–

– 36 –

52.

"Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages." Rothschild Applications ¶ 57.

"Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers
residing on servers 422." Rothschild Application ¶ 58.

"Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.
    FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server

– 37 –

| | 408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.
| | Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.
| | "The local computer 402 will query each record of the relational database to determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.
| | "Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.
| | *See, e.g.*, Claims 22, 32, 37, 43.



FIG. 5

| | |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images. | The Rothschild Application discloses the transfer criteria is a geographic location associated with a respective photographic image within the plurality of photographic images.<br><br>For example:<br><br>"The device 100 will also include an auxiliary input computer module 126. This module will allow the hardware device to automatically and simultaneously (with image capture) store information in the associated file or alternatively in the same file as the digital image. The information from the auxiliary input module 126 will flow directly from the various input modules and processors contained in the hardware device. These modules and processors may include but are not limited to a processor to determine the individual number of the picture in the sequence of pictures shot that are captured and stored, e.g., a sequence number, a Global Positioning System (GPS) chip to determine the geographic location of where the image was taken . . . ." Rothschild Application ¶ 35.<br><br>"The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 27, 38. |

FIG. 7

| Claim 8 | |
|---|---|
| 8. An image-capturing mobile device, comprising | The Rothschild Application discloses an image-capturing mobile device.<br><br>For example:<br><br>"The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract.<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 1A is front view of a device for capturing digital images and embedding information in the captured images according to an embodiment of the present |

<table>
<tr><td></td><td>

disclosure . . . ." Rothschild Application ¶ 12.

"FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15.

"Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27.

"Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31.

"Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40.

*See, e.g.*, Claim 1.
</td></tr>
</table>



FIG. 1A

FIG. 1B



FIG. 3A

FIG. 3B

| a wireless receiver; | The Rothschild Application discloses a wireless receiver.<br><br>For example:<br><br>"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.<br><br>"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.<br><br>"The wireless connection will operate under any of the various known wireless protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36.<br><br>"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |



FIG. 2



FIG. 3A

FIG. 3B

| a wireless transmitter; and | The Rothschild Application discloses a wireless transmitter. |
| | |
| | For example: |
| | |
| | "FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14. |
| | |
| | "The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28. |
| | |
| | "The wireless connection will operate under any of the various known wireless protocols including but not limited to BluetoothTM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36. |
| | |
| | "Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41. |



FIG. 2



FIG. 3A

FIG. 3B

| a processor operably connected to the wireless receiver and the wireless transmitter, | The Rothschild Application discloses a processor operably connected to the wireless receiver and the wireless transmitter.<br><br>For example:<br><br>"FIG. 2 is a block diagram of various modules included in a device for capturing images and embedding information in the images in accordance with the present disclosure . . . ." Rothschild Application ¶ 14.<br><br>"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29. |



FIG. 2

| wherein the processor is configured to initiate and/or perform receiving a plurality of photographic images; | The Rothschild Application discloses the processor is configured to initiate and/or perform receiving a plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving |

| | internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |
| --- | --- |
| | "Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29.<br><br>*See, e.g.*, Claims 22, 33.<br><br>Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device's computer processing module would be configured to initiate and/or perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10.<br><br>"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will: |

a. Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments . . . ." Rothschild Application ¶¶ 51–52.

"Next, in step 506, the local computer 402 will use relational database programming, e.g., Structured   uery Language (SL  ), and standard computer processing power to respond to any user requests for each of the digital images. These requests include but are not limited to displaying the digital images in a particular sequence, or sorting the digital images by owner, date, location, description, etc." Rothschild Application ¶ 62.

"Once the digital images are resident on the user's local computer or on the Global Computer Network, the user may utilize a user interface to search for any of the stored images. The user interface may include voice recognition software (VRS), keyboard input (KI) or any other user interface currently existing or that will exist in the future to submit a search query term to the computer to search for a digital image or images. The computer will utilize a search software module (SSM) that may include relational database software, a browser plug-in, etc. to submit a search query to the database including the images and associated information as described above. This search software module (SSM) will be directed by the VRS, Kl or any other user input device to the location or site on the local computer or Global Computer Network where the digital images reside. The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject

– 54 –

| | |
|---|---|
| | matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.<br><br>To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild system. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild system because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images, | The Rothschild Application discloses transmitting, via the wireless transmitter and to a second mobile device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18. |

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:
a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;
b.  Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-selected; and
c.   With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–

– 56 –

52.

"Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages." Rothschild Applications ¶ 57.

"Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers
residing on servers 422." Rothschild Application ¶ 58.

"Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.
    FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server

– 57 –

| | 408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.

 Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.

"The local computer 402 will query each record of the relational database to determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.

"Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.

*See, e.g.*, Claims 22, 32, 37, 43. |
|---|---|



FIG. 5

| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Rothschild Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"The wireless connection will operate under any of the various known wireless protocols including but not limited to Bluetooth TM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36.<br><br>"The user will also be able to invite other users on the Global Computer Network to simultaneously share or view the selected digital image(s). The selected digital image will be presented to standard Instant Messaging software such as AOL TM Instant Messenger or Microsoft TM Instant Messenger, and using the Global Computer Network, other parties will be notified and be able to view the selected image." Rothschild Application ¶ 72.<br><br>To the extent Rothschild does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techniques in the Rothschild system. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. See, e.g., U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"), and Marc Davis et al., MMM2: Mobile Media Metadata for Media Sharing (the "Davis Publication"). A person of ordinary skill in the art would have been motivated to combine the selective pairing and |

| | affinity group techniques disclosed in the prior art into the Rothschild system because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
|---|---|
| **Claim 9** | |
| 9. A method performed by an image-capturing mobile device, comprising | The Rothschild Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract.<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 1A is front view of a device for capturing digital images and embedding information in the captured images according to an embodiment of the present disclosure . . . ." Rothschild Application ¶ 12.<br><br>"FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15.<br><br>"Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27.<br><br>"Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31. |

"Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40.

*See, e.g.*, Claim 1.



FIG. 1A



FIG. 1B

FIG. 3A



FIG. 3B

| | |
|---|---|
| receiving a plurality of photographic images; | The Rothschild Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29.<br><br>*See, e.g.*, Claims 22, 33. |

| | |
|---|---|
| | Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10.<br><br>"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:<br>   a. Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments . . . ."<br>   Rothschild Application ¶¶ 51–52.<br><br>"Next, in step 506, the local computer 402 will use relational database programming, e.g., Structured   uery Language (SL  ), and standard computer processing power to respond to any user requests for each of the digital images. These requests include but are not limited to displaying the digital images in a particular sequence, or sorting the digital images by owner, date, location, description, etc." Rothschild Application ¶ 62.<br><br>"Once the digital images are resident on the user's local computer or on the Global |

– 65 –

<table>
<tr>
<td></td>
<td>

Computer Network, the user may utilize a user interface to search for any of the stored images. The user interface may include voice recognition software (VRS), keyboard input (Kl) or any other user interface currently existing or that will exist in the future to submit a search query term to the computer to search for a digital image or images. The computer will utilize a search software module (SSM) that may include relational database software, a browser plug-in, etc. to submit a search query to the database including the images and associated information as described above. This search software module (SSM) will be directed by the VRS, Kl or any other user input device to the location or site on the local computer or Global Computer Network where the digital images reside. The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.

*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.

To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al.,

</td>
</tr>
</table>

– 66 –

| | |
|---|---|
| | *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Rothschild Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18.<br><br>"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.<br><br>"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including |

hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:
  a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;
  b.  Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-selected; and
  c.   With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–52.

"Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages."

– 68 –

Rothschild Applications ¶ 57.

"Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers
residing on servers 422." Rothschild Application ¶ 58.

"Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.
   FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server 408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.
   Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.

"The local computer 402 will query each record of the relational database to

<table>
<tr><td></td><td>determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.

"Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.

*See, e.g.*, Claims 22, 32, 37, 43.</td></tr>
</table>



FIG. 5

| | |
|---|---|
| wherein the transfer criteria is a geographic location of the image-capturing mobile device. | The Rothschild Application discloses the transfer criteria is a geographic location of the image-capturing mobile device.<br><br>For example:<br><br>"The device 100 will also include an auxiliary input computer module 126. This module will allow the hardware device to automatically and simultaneously (with image capture) store information in the associated file or alternatively in the same file as the digital image. The information from the auxiliary input module 126 will flow directly from the various input modules and processors contained in the hardware device. These modules and processors may include but are not limited to a processor to determine the individual number of the picture in the sequence of pictures shot that are captured and stored, e.g., a sequence number, a Global Positioning System (GPS) chip to determine the geographic location of where the image was taken . . . ." Rothschild Application ¶ 35.<br><br>"The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 27, 38. |

– 72 –

FIG. 7

| Claim 13 | |
|---|---|
| 13. A method performed by an image-capturing mobile device, comprising | The Rothschild Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract.<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 1A is front view of a device for capturing digital images and embedding |

| | |
|---|---|
| | information in the captured images according to an embodiment of the present disclosure . . . ." Rothschild Application ¶ 12. "FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15. "Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27. "Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31. "Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40. *See, e.g.*, Claim 1. |



FIG. 1A

FIG. 1B



FIG. 3A

FIG. 3B

| receiving a plurality of photographic images; | The Rothschild Application discloses receiving a plurality of photographic images. |
|---|---|
| | For example: |
| | "Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |
| | "Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29. |
| | *See, e.g.*, Claims 22, 33. |
| | Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria. |
| | For example: |
| | "According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10. |

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:

    a.   Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments . . . ." Rothschild Application ¶¶ 51–52.

"Next, in step 506, the local computer 402 will use relational database programming, e.g., Structured   uery Language (SL  ), and standard computer processing power to respond to any user requests for each of the digital images. These requests include but are not limited to displaying the digital images in a particular sequence, or sorting the digital images by owner, date, location, description, etc." Rothschild Application ¶ 62.

"Once the digital images are resident on the user's local computer or on the Global Computer Network, the user may utilize a user interface to search for any of the stored images. The user interface may include voice recognition software (VRS), keyboard input (KI) or any other user interface currently existing or that will exist in the future to submit a search query term to the computer to search for a digital image or images. The computer will utilize a search software module (SSM) that may include relational database software, a browser plug-in, etc. to submit a search query to the database including the images and associated information as described above. This search software module (SSM) will be directed by the VRS, KI or any other user input device to the location or site on the local computer or Global Computer Network where the digital images reside. The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is

| | able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.<br><br>To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Rothschild Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |

"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18.

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:

   a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;

   b.  Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-

– 80 –

|  | selected; and |
| --- | --- |
|  | c.   With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–52. |
|  | "Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages." Rothschild Applications ¶ 57. |
|  | "Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers residing on servers 422." Rothschild Application ¶ 58. |
|  | "Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as |

| | Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.

FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server 408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.

Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.

"The local computer 402 will query each record of the relational database to determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.

"Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.

*See, e.g.*, Claims 22, 32, 37, 43. |



FIG. 5

| | |
|---|---|
| wherein the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images. | The Rothschild Application discloses the transfer criteria is a geographic location associated with a respective photographic image with the plurality of photographic images.<br><br>For example:<br><br>"The device 100 will also include an auxiliary input computer module 126. This module will allow the hardware device to automatically and simultaneously (with image capture) store information in the associated file or alternatively in the same file as the digital image. The information from the auxiliary input module 126 will flow directly from the various input modules and processors contained in the hardware device. These modules and processors may include but are not limited to a processor to determine the individual number of the picture in the sequence of pictures shot that are captured and stored, e.g., a sequence number, a Global Positioning System (GPS) chip to determine the geographic location of where the image was taken . . . ." Rothschild Application ¶ 35.<br><br>"The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 27, 38. |

FIG. 7

| Claim 16 | |
|---|---|
| 16. A method performed by an image-capturing mobile device, comprising | The Rothschild Application discloses a method performed by an image-capturing mobile device.<br><br>For example:<br><br>"The method includes the steps of capturing an image with a digital image capture device and creating a digital image file . . . ." Rothschild Application, Abstract.<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"FIG. 1A is front view of a device for capturing digital images and embedding |

| | |
|---|---|
| | information in the captured images according to an embodiment of the present disclosure . . . ." Rothschild Application ¶ 12.

"FIG. 3A is front view of a device for capturing digital images and embedding information in the captured images according to another embodiment of the present disclosure . . . ." Rothschild Application ¶ 15.

"Referring to FIGS. 1A and 1B, a device 100 for capturing images and associating information about the captured images is shown. The device 100 includes a lens 102 coupled to a capture module, which will be described in detail below, for capturing an image and a viewfinder 104 for correctly positioning the device when capturing an image." Rothschild Application ¶ 27.

"Capture module 122 will capture an image desired by the user in digital form." Rothschild Application ¶ 31.

"Referring to FIGS. 3A and 3B, another embodiment of the present disclosure is illustrated. Here, a device 200 according to the principles of the present disclosure is embodied as a mobile phone including the modules and architecture illustrated in FIG. 2." Rothschild Application ¶ 40.

*See, e.g.*, Claim 1. |



FIG. 1A

FIG. 1B



FIG. 3A

FIG. 3B

| | |
|---|---|
| receiving a plurality of photographic images; | The Rothschild Application discloses receiving a plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8.<br><br>"Referring to FIG. 2, the various components of the device 100 will now be described. The device will contain a computer processing module 120, e.g., a microprocessor. The computer processing module 120 will use computer software instructions that have been programmed into the module and conventional computer processing power to interact and organize the traffic flow between the various other modules." Rothschild Application ¶ 29.<br><br>*See, e.g.*, Claims 22, 33.<br><br>Based on Rothschild's disclosure of devices, systems, and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images, it would have been obvious and/or inherent that the image-capturing mobile device would perform receiving a plurality of photographic images, as such would have facilitated or enabled processing, transmitting, or otherwise managing the captured and stored digital images. |
| filtering the plurality of photographic images using a transfer criteria; and | The Rothschild Application discloses filtering the plurality of photographic images using a transfer criteria.<br><br>For example:<br><br>"According to another aspect of the present disclosure, systems and methods are provided for searching for images based on information associated to the images or an identifier positioned on at least one image." Rothschild Application ¶ 10. |

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:

    a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments . . . ." Rothschild Application ¶¶ 51–52.

"Next, in step 506, the local computer 402 will use relational database programming, e.g., Structured   uery Language (SL  ), and standard computer processing power to respond to any user requests for each of the digital images. These requests include but are not limited to displaying the digital images in a particular sequence, or sorting the digital images by owner, date, location, description, etc." Rothschild Application ¶ 62.

"Once the digital images are resident on the user's local computer or on the Global Computer Network, the user may utilize a user interface to search for any of the stored images. The user interface may include voice recognition software (VRS), keyboard input (KI) or any other user interface currently existing or that will exist in the future to submit a search query term to the computer to search for a digital image or images. The computer will utilize a search software module (SSM) that may include relational database software, a browser plug-in, etc. to submit a search query to the database including the images and associated information as described above. This search software module (SSM) will be directed by the VRS, KI or any other user input device to the location or site on the local computer or Global Computer Network where the digital images reside. The SSM will then submit the query for comparison to the various information data fields that are contained in the digital image file or associated file (e.g. such as date field 636, name field 610, time field 638, sequence number field 644, location field 634, author/publisher field 612, subject matter category field 612, keyword field 612, etc), and, using standard computer processing power, will select the digital image or images that contain the submitted query. The selected digital images will be then displayed on the local computers display device 402. Depending on the user's specific request, the user is

| | |
|---|---|
| | able to instruct the computer to display and/ or sort the digital images by various sort criteria including but not limited to: date the digital image was taken; name of the image; time the image was taken; sequence number of the image; geographic location that the digital image was taken at; author and/or publisher of the image; subject matter of the image; keyword for the image; and any other sorting variable that the user selects." Rothschild Application ¶ 69.<br><br>*See, e.g.*, Claims 22, 25–26, 28, 31, 33, 36, 38.<br><br>To the extent Rothschild does not explicitly disclose filtering the plurality of photographic images on the image-capturing mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate filtering techniques in the image-capturing mobile device in the Rothschild method. Filtering on the image-capturing mobile device was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose the use of filtering on the image-capturing mobile device. *See, e.g.*, Bhavan Gandhi et al., *Intelligent Multimedia Content Management on Mobile Devices* (the "Gandhi Reference"); U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), and U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"). A person of ordinary skill in the art would have been motivated to combine the filtering techniques disclosed in the prior art into the Rothschild method because it would facilitate getting photos off the phone, finding and managing photos, and sharing photos. Motivation to combine may also be found in the references cited above. |
| transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images, | The Rothschild Application discloses transmitting, via the wireless transmitter and to a second image capturing device, the filtered plurality of photographic images.<br><br>For example:<br><br>"Devices, systems and methods for capturing, storing, allowing user input, receiving internal input, processing, transmitting, scanning, and displaying digital images are provided." Rothschild Application ¶ 8. |

"FIG. 5 is a diagram of an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure . . . ." Rothschild Application ¶ 18.

"The device 100 further includes a storage module 110 for storing a plurality of images, a transmission module 112 for transmitting the plurality of images to another device, e.g., a personal computer, a personal digital assistant (PDA), a server residing on the Internet, etc., and a scanning module 114 for scanning and inputting information to be associated with an image and for reading information from printed images." Rothschild Application ¶ 28.

"After the digital image is captured and stored on the device 100, these files will be transferred to the user's local computer hardware device or to the Global Computer Network, e.g., the Internet, or to the user's local device and then to the Global Computer Network. This transfer will be done by transmission module 112 including hardwired and/or wireless connectivity." Rothschild Application ¶ 36.

"Preferably, the antenna ANT is coupled to a transmission module similar to the one described above in relation to FIG. 2. The transmission module will compress and encode captured images for transmission using any known wireless communication technology. Transmitting images via wireless technology will facilitate the transferring of images to an online photo storage site or to an online photo developing service provider." Rothschild Application ¶ 41.

"The user will now transfer the images to his local computer workstation which may or may not be connected to the Global Computer Network via transmission module 112 (step 308). When the computer receives these imbedded 'smart pix' images, the computer will:
   a.  Sort and file the images in the file or folder selected including storing the files with the associated information and audio and video attachments;
   b.  Perform any actions requested for the photos including, e-mail the photos to a selected user or users and print the photos on designated printers in a size pre-

selected; and

c.   With a connection to the Global Computer Network, automatically upload the photos and associated attached files to the specified server site (Ofoto, or Smartpix, for instance) for storage and retrieval." Rothschild Application ¶¶ 51–52.

"Referring to FIG. 5, an exemplary system for managing a plurality of digital images in accordance with an embodiment of the present disclosure is illustrated. Digital imaging device 100, 200 will transfer the digital images to a user's local computer 402 or to an online imaging web server 408, e.g., Ofoto, where the plurality of images will be processed and manipulated as will be described below. The user's local computer 402 may connect to communications network 410, e.g., the Internet, by any known means, for example, a hardwired or wireless connection 403. It is to be appreciated that the network 410 may be a local area network (LAN), wide area network (WAN), the Internet or any known network that couples a plurality of computers to enable various modes of communication via network messages." Rothschild Applications ¶ 57.

"Alternatively, the user's local computer 402 may connect to the network 410 via an Internet Service Provider (TSP) 412, where once connected, the ISP server 412 will manage the flow of the digital images, e.g., e-mailing the images to other users 414, 416, 418 of the network 410, transmitting the images to online storage web servers 420, and/or manage the flow of information from various web sites connected to the network 410, e.g., content providers
residing on servers 422." Rothschild Application ¶ 58.

"Although the physical environment in FIG. 5 shows the connected devices as computers, such illustration is merely exemplary and may comprise various digital devices, such as PDAs, network appliances, notebook computers, etc. The computing devices may communicate to the servers 408, 412, 420, 422 and network 410 via any known communication link 424, for example, dial-up, hardwired, cable, DSL, satellite, cellular, PCS, wireless transmission (e.g., 802.11a/b/g), etc. Furthermore, the devices will communicate using the various known protocols such as

Transmission Control Protocol/Internet Protocol (TCP/IP), File Transfer Protocol (FTP), Hypertext Transfer Protocol (HTTP), etc.

  FIGS. 6A and 6B are flowcharts illustrating methods being executed by programmable instructions either at the local computer 402 or the imaging web server 408. Although the following description will be described in relationship to methods being implemented by software on the local computer 402, the methods can be implemented at web server 408 after the images are transferred to the web server 408 via the Internet.

  Referring to FIG. 6A, once information is associated to at least one digital image, the image and associated information is transferred from device 100, 200 and received by local computer 402 (step 502). The local computer 402 will parse the associated information and store each piece of data as a separate field in a single record in a relational database (step 504). An exemplary database 600 is shown in FIG. 7." Rothschild Application ¶¶ 59–61.

"The local computer 402 will query each record of the relational database to determine if an action has been requested. For example, the local computer will query e-mail request field 624 to determine if the image is to be e-mailed to another. As shown in FIG. 7, e-mailing the digital images to a person has been indicated by the user, with such person's e-mail address being stored in the relational database, e.g., bob   aol.com." Rothschild Application ¶ 62.

"Once the selected digital image or images are displayed, the user will also be able to additionally process these images. The user will be able to e-mail any image or images to any other party using standard e-mail software which currently exists by communication through the Global Computer Network, e.g. the Internet." Rothschild Application ¶ 71.

*See, e.g.*, Claims 22, 32, 37, 43.



FIG. 5

| | |
|---|---|
| wherein the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device. | The Rothschild Application discloses the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device.<br><br>For example:<br><br>"The wireless connection will operate under any of the various known wireless protocols including but not limited to Bluetooth TM interconnectivity, infrared connectivity, radio transmission connectivity including computer digital signal broadcasting and reception commonly referred to as Wi-Fi or 80211.   (where x denotes the type of transmission), or any other type of communication protocols or systems currently existing or to be developed for wirelessly transmitting data." Rothschild Application ¶ 36.<br><br>"The user will also be able to invite other users on the Global Computer Network to simultaneously share or view the selected digital image(s). The selected digital image will be presented to standard Instant Messaging software such as AOL TM Instant Messenger or Microsoft TM Instant Messenger, and using the Global Computer Network, other parties will be notified and be able to view the selected image." Rothschild Application ¶ 72.<br><br>To the extent Rothschild does not explicitly disclose that the image-capturing mobile device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device, it would have been obvious to a person of ordinary skill in the art to incorporate these techniques in the Rothschild method. Disposing mobile devices in selectively paired relationships based upon an affinity group was well-known in the art at the time of the purported invention of the '797 patent, and numerous prior-art references disclose its use. See, e.g., U.S. Patent Application Publication No. 2008/0129835 (the "Chambers Application"), U.S. Patent Application Publication No. 2006/0171695 (the "Jung Application"), and Marc Davis et al., MMM2: Mobile Media Metadata for Media Sharing (the "Davis Publication"). A person of ordinary skill in the art would have been motivated to combine the selective pairing and |

| | affinity group techniques disclosed in the prior art into the Rothschild method because it would facilitate sharing photos between devices. Motivation to combine may also be found in the references cited above. |
|---|---|