**EXHIBIT K**

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751

www.tklaw.com

RICHARD L. WYNNE, JR.
(214) 969-1386
richard.wynne@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

December 18, 2014

Andrew M. Howard
SHORE CHAN DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202

**VIA CERTIFIED MAIL**

Michael Diaz, Jr.
Brant C. Hadaway
Xingjian Zhao
DIAZ RUIZ & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131

**VIA CERTIFIED MAIL**

Re: *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (USA) Inc.*; Case No. 14–22652–CIV–Bloom/Valle

Dear Counsel:

Enclosed are the following:

1. Defendant Sony Mobile Communications (USA) Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories to Defendant, and Exhibit A.

2. Defendant Sony Mobile Communications (USA) Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production to Defendant.

3. A CD containing a document production Bates-numbered SMC000001–SMC001725.

Sincerely,

Richard L. Wynne, Jr.

RLW:ls
Enclosures