# EXHIBIT R

# AIA Progress (as of March 5, 2015)

- ## AIA Monthly Filings



| Total | 2,907 |
|-------|-------|
| IPR | 2,582 |
| CBM | 313 |
| PGR | 4 |
| DER | 8 |



# AIA Progress (for FY15 through March 5, 2015)

- ## AIA Petition Technology Breakdown

0.2%

3.5%

7.5%

24.5%

64.3%

- ■ Electrical/Computer - TCs 2100, 2400, 2600, 2800 (530)

- ■ Mechanical/Business Methods - TCs 3600, 3700 (202)

- ■ Chemical - TC 1700 (29)

- ■ Bio/Pharma - TC 1600 (62)

- ■ Design - TC 2900 (2)



# AIA Progress (as of March 5, 2015)

- Cumulative Patent Owner Preliminary Responses

|  | Filed | Waived |
|---|---|---|
| IPR | 1,612 | 371 |
| CBM | 212 | 26 |
| PGR | 1 | - |



# AIA Progress (as of March 5, 2015)

## • AIA Petition Dispositions

| | | Trials Instituted | Joinders | Percent Instituted | Denials | Total No. of Decisions on Institution |
|---|---|---|---|---|---|---|
| **IPR** | FY13 | 167 | 10+ | 87% | 26 | 203 |
| | FY14 | 557 | 15+ | 75% | 193 | 765 |
| | FY15 | 355 | 84+ | 74% | 152 | 591 |
| **CBM** | FY13 | 14 | 0 | 82% | 3 | 17 |
| | FY14 | 91 | 1+ | 75% | 30 | 122 |
| | FY15 | 31 | - | 67% | 15 | 46 |
| **DER** | FY14 | 0 | 0 | 0% | 3 | 3 |



# AIA Progress (as of March 5, 2015)

- AIA Final Dispositions

|     |      | Settlements | Adverse Judgments | Final Written Decisions |
|-----|------|-------------|-------------------|-------------------------|
| IPR | FY13 | 38 | 2 | 0 |
|     | FY14 | 210 | 39 | 130 |
|     | FY15 | 193 | 18 | 137 |
| CBM | FY13 | 3 | 0 | 1 |
|     | FY14 | 27 | 3 | 13 |
|     | FY15 | 25 | 2 | 19 |
| PGR | FY15 | 2 | - | - |