**EXHIBIT S**



| | |
|-|-|
| News, cases, companies | **Search** |

Advanced Search
Take a Free Trial | Sign In



Sign In

News, cases, companies

- Take a Free Trial
-  Sign In

-



-

News, cases, companies

Advanced Search

Close

- Adv. Search & Platform Tools
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Insurance
- Intellectual Property
- Product Liability
- Securities
- Rankings
- Glass Ceiling Report
- Global 20
- Law360 400
- MVPs of the Year
- Most Feared Plaintiffs Firms
- Practice Group Partner Rankings
- Practice Groups of the Year
- Pro Bono Firms of the Year
- Rising Stars

- Site Menu
- [Join the Law360 team](#)
- [Search legal jobs](#)
- [Learn more about Law360](#)
- [Read testimonials](#)
- [Contact Law360](#)
- [Sign up for our newsletters](#)
- [Site Map](#)
- [Help](#)

Which U.S. law firms are on top in 2015?
[Check out the new Law360 400](#)

# USPTO Judge Says Successful IPR Cases Potentially Problematic

By **Michael Macagnone**

Law360, Washington (March 23, 2015, 4:52 PM ET) -- The [U.S. Patent and Trademark Office](#) chief administrative judge said Monday the explosion of successful inter partes review challenges is not alone a sign of success and it is too soon to tell if the reforms of the America Invents Act have taken hold. Speaking as a panelist at the Changing Patent Landscape conference in Washington, Judge James Smith said the IPR process has found patent claims invalid in at least 80 percent of cases, and the number of petitions has only gone up since the America Invents Act was passed in 2011. In the third year since the act passed, the PTO received more than 1,400 IPR petitions when it expected about 500.

"One criticism of the proceedings, and a potential contraindication of success, is that too many petitioners are winning, patent owners are having claims declared unpatentable too often, and the great number of filings is its own indicator of lack of success, if not in the way the board functions but in the overall development of the law with respect to patents," he said.

Smith said it's part of the USPTO's job to find some patents invalid, but some feel the number of patents invalidated is starting to get excessive. He said they have just held to the letter of the law, which has increasingly grown to favor petitioners.

"We're just trying to serve Lady Justice," he said.

He stressed that the agency has grown to meet the needs of the increasing number of filings, so it has not once missed the one-year deadline for handling an IPR case.

Those cases, sometimes close to 200 filed each month, are now working their way through the court system, according to panelist Nathan Kelley, deputy general counsel for intellectual property law at the PTO. Kelley said the huge number of IPR cases will have a dramatic effect on the workloads of the Federal Circuit and other courts nationwide.

"It is very easy to see a Federal Circuit caseload where the vast majority of it is coming out of the Patent and Trademark Office," Kelley said.

The number of cases, and how they have been handled, have raised due process questions for another panelist, Q. Todd Dickinson, the former undersecretary of commerce for intellectual property and director of the PTO. Dickinson, now a partner at Novak Druce [Connolly Bove & Quigg LLP](#), said he was growing increasingly concerned over the number of cases the office has handled and how few times it has allowed amendments to claims during proceedings — less than half a dozen.

"I think there are strong concerns about the rules that have been adopted and the way those rules have been interpreted by the board," he said.

Dickinson said the drafters of the law did not anticipate the IPR would be so widely used. He said Congress should consider such changes as amending the standard of review to one similar to a district court's to prevent some of the problems in IPR proceedings.

"To the extent that folks believed it would be a simple conversion of one to another, we have been proven wrong," he said. "Numbers don't lie."

*An earlier version of this story mischaracterized statements by U.S. Patent and Trademark Office Judge James Smith. This error has been corrected*

# Related Articles

- [PTO Alternatives To Full Litigation](#)
- [Inter Partes Review: The Good, The Bad And The Ugly](#)
- [A Look At 1st Year Stats On Inter Partes Review](#)
- [What We've Learned From 9 Months Of Inter Partes Reviews](#)
- [What To Expect From Growing AIA Patent Challenges](#)

[View comments](#)

- [Printable Version](#)
- [Rights/Reprints](#)
- [Editorial Contacts](#)

# Related

### Sections

- [Intellectual Property](#)
- [Life Sciences](#)
- [Public Policy](#)
- [Technology](#)

### Law Firms

- [Novak Druce](#)

### Government Agencies

- [U.S. Patent and Trademark Office](#)

### Most Read

- [Supreme Court Says TTAB Rulings Can Preclude Courts](#)
- [Supreme Court Revives UPS Pregnancy Bias Case](#)
- [Law360 Reveals 400 Largest US Firms](#)
- [Practitioner's Playbook: The Summary Judgment Motion](#)
- [Top 3 Employment Boutiques Gain As Rivals See Drop-Off](#)

© 2015, Portfolio Media, Inc. [About](#) | [Contact Us](#) | [Legal Jobs](#) | [Careers at Law360](#) | [Terms](#) | [Privacy Policy](#) | [Law360 Updates](#) | [Help](#) **Beta Tools:** [Track docs](#) | [Track attorneys](#) | [Track judges](#)