# EXHIBIT T



# *Inter Partes* Review Petitions Terminated to Date (As of 1/15/2015)

**20,206 Claims in 617 Petitions**

**9,048 Claims Challenged (617 Petitions)**

**11,158 Claims Not Challenged**

**6,114 Claims Instituted** (68% of Claims Challenged) (425 Petitions)

**2,934 Claims Challenged but Not Instituted** (32% of Claims Challenged)

**2,176 Claims Found Unpatentable** (36% of Claims Instituted, 24% of Claims Challenged) (173 Petitions)

**893 Claims Cancelled or Disclaimed (Non-PTAB)** (15% of Claims Instituted, 10% of Claims Challenged)

**643 Claims Found Patentable by PTAB** (10% of Claims Instituted, 7% of Claims Challenged)

**2,402 Claims Remaining Patentable** (39% of Claims Instituted, 27% of Claims Challenged)

1