# EXHIBIT U

# AIA Statistics

Since September 16, 2012, the agency has been receiving filings under the preissuance submission, supplemental examination, and administrative trial provisions. To follow is information on the number of raw filings received for each of these new procedures; the data here does not take into account whether the filing satisfied the statutory and regulatory requirements and was determined to be compliant. Additional data for the administrative trials is available via the PRPS Filing System (https://ptabtrials.uspto.gov/).

## Preissuance Submission



## Supplemental Examination



## Inter Partes Reviews



## Covered Business Methods

