UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A), INC.,<br><br>    Defendant. | Case No. 15-cv-00234-EDL<br>Case No. 15-cv-00373-EDL<br>Case No. 15-cv-00539-EDL<br>Case No. 15-cv-00541-EDL<br><br>**ORDER ADMINISTRATIVELY TERMINATING PENDING MOTIONS** |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HTC CORP., et al.,<br><br>    Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.<br><br>    Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br>APPLE, INC.<br>    Defendant. | |

1    On May 6, 2015, this Court stayed these four related patent infringement lawsuits brought
2 by non-practicing entity Rothschild Storage Retrieval Innovations, LLC ("Rothschild") against
3 HTC Corporation ("HTC"), Sony Mobile Communications (USA) Inc. ("Sony"), Apple Inc.
4 ("Apple") and Samsung Electronics Co. ("Samsung") pending inter partes review by the Patent
5 Trial and Appeal Board of the United States Patent and Trademark Office.  Motions for judgment
6 on the pleadings were pending in three of the four cases at the time the stay was imposed.  See 15-
7 cv-00234 Dkt. #74; 15-cv-00539 Dkt. # 76; 15-cv-00541 Dkt. # 71.  These motions are hereby
8 administratively terminated, and may be re-filed if appropriate when and if the stay is lifted.

10   **IT IS SO ORDERED.**
11 Dated: May 28, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

2