1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5   ROTHSCHILD STORAGE RETRIEVAL
    INNOVATIONS, LLC,                          Case No.  15-cv-00234-EDL

6              Plaintiff,                       Case No.  15-cv-00373-EDL

7          v.                                   Case No.  15-cv-00539-EDL

                                                Case No.  15-cv-00541-EDL
8   SONY MOBILE COMMUNICATIONS
    (U.S.A), INC.,                              **ORDER CONTINUING STAY AND**
9                                               **REQUIRING FURTHER STATUS**
               Defendant.                       **UPDATE**
10

11

12  ROTHSCHILD STORAGE RETRIEVAL
    INNOVATIONS, LLC,

13             Plaintiff,

14         v.

15  HTC CORP., et al.,

16             Defendants.

17  ROTHSCHILD STORAGE RETRIEVAL
    INNOVATIONS, LLC,
18
               Plaintiff,
19
           v.
20  SAMSUNG ELECTRONICS CO. LTD., et
    al.
21
               Defendants.
22

23  ROTHSCHILD STORAGE RETRIEVAL
    INNOVATIONS, LLC,

24             Plaintiff,

25         v.
    APPLE, INC.
26             Defendant.

27

28

1    On May 6, 2015, this Court granted Defendants' motions to stay these four related cases

2  pending the PTAB's decision on whether to institute inter partes review of the patent at issue.  The

3  Court ordered the parties to provide a written update on the status of the proceedings before the

4  PTAB within one week of its decision on whether to institute IPR of the '797 Patent.  The parties

5  have informed the Court that on July 13, 2015 the PTAB instituted an inter partes review of all

6  claims of the patent at issue.   These cases shall remain stayed and the parties are to provide the

7  Court with a written update on the status of the proceedings before the PTAB within one week of

8  a final written decision, or by July 20, 2016, whichever is earlier.

9

10    **IT IS SO ORDERED.**

11  Dated:  July 22, 2015

12

13


14    ELIZABETH D. LAPORTE
        United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28